# PALMER BIEZUP & HENDERSON LLP

COUNSELORS AT LAW

1223 FOULK ROAD
WILMINGTON, DELAWARE 19803

302 594 0895 • 302 478 7443
FAX: 302 478 7625
pbh@pbh.com

**PENNSYLVANIA**
620 CHESTNUT STREET, SUITE 956
PHILADELPHIA, PENNSYLVANIA 191063409
215 625 9900
FAX. 215 625 0185

**MARYLAND**
222 PRINCE GEORGE STREET, SUITE 102
ANNAPOLIS, MARYLAND 21401
410 267 0010
FAX: 410 267 0020

MICHAEL B. MCCAULEY
PARTNER
mccauley@pbh.com

**NEW YORK**
140 BROADWAY, 46TH FLOOR PMB 46030
NEW YORK, NEW YORK 10005
212 406 1855
FAX: 212 858 7651

**NEW JERSEY**
200 NORTH FIFTH STREET
CAMDEN, NEW JERSEY 08102-1204
856 428 7717
FAX: 856 338 1008

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 MAR -3  AM 11: 48

March 2, 2005

Via Federal Express

Clerk of Court
U.S. District Court
844 N. King Street
4th floor, Room 4209
Wilmington, DE 19801

Re:   *John Turner v. B.V. Shipping Company LUZON STRAIT (Goningen)*
      Civil Action No. 04-cv-0936 (JJF)
      Our File No. 7962-056

Dear Sir/Madam:

   We enclose herewith for filing an original and one copy of our Joint Motion to Extend All Deadlines Contained in October 8, 2005 Scheduling Order, together with a face page which we ask that you kindly time-stamp and return to us in the enclosed self-addressed stamped envelope.

   Your courtesy and cooperation are much appreciated.

                                     Very truly yours,

                                     PALMER BIEZUP & HENDERSON LLP

                                     By: *[signature]*
                                     Michael B. McCauley

MMC:lr
Enclosures

PBH: 174512.1