UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN TURNER, et al.<br><br>v.<br><br>B.V. SHIPPING COMPANY<br>LUZON STRAIT (GRONINGEN) | :<br>:<br>: CIVIL ACTION NO. 04-936-JJF<br>:<br>:<br>: |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying Brief, Defendant B.V. Shipping Company Luzon Strait (Groningen), hereby moves for summary judgment pursuant to Fed. R. Civ. P. 56 and respectfully requests that Plaintiffs' Second Amended Complaint (D.I. 29) be dismissed with prejudice.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Date: July 29, 2005

By: /s/ Michael B. McCauley
    Michael B. McCauley (ID 2416)
    1223 Foulk Road
    Wilmington, DE 19803
    (302) 594-0895
    (302) 478-7625 (fax)
    Attorneys for Defendant,
    B.V. Shipping Company Luzon Strait
    (Groningen)

Of Counsel:
Richard Q. Whelan, Esq.
Palmer Biezup & Henderson LLP
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA 19106-3409
(215) 625-9900
(215) 925-0185 (fax)

**D.I. 40**
**Filed July 29, 2005**

PBH: 177393.1