UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN TURNER, et al. | : | |
| v. | : | CIVIL ACTION NO. 04-936-JJF |
| B.V. SHIPPING COMPANY LUZON STRAIT (GRONINGEN) | : | |

ORDER

AND NOW this ____ day of _____, 2005, upon consideration of the Motion for Summary Judgment of Defendant B.V. Shipping Company Luzon Strait (Groningen) and Plaintiffs' response thereto,

It is hereby ORDERED that said motion is GRANTED and Plaintiffs' Second Amended Complaint is DISMISSED with prejudice.


SO ORDERED:


_____
J.


PBH: 177396.1

1