UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN TURNER, et al. | : |
| v. | : CIVIL ACTION NO. 04-936-JJF |
| B.V. SHIPPING COMPANY LUZON STRAIT (GRONINGEN) | : |

**APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Date: July 29, 2005

PALMER BIEZUP & HENDERSON LLP
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
Attorneys for Defendant,
B.V. Shipping Company Luzon Strait
(Groningen)

**D.I. 42**
**Filed July 29, 2005**

PBH: 177392.1

# EXHIBIT LIST

1. DRS Accident Report
2. Plaintiff's Deposition
3. Amended Complaint
4. Clifford J. Lasch Deposition
5. Captain Mark Jansen Deposition
6. Captain Martijn Mobach Deposition
7. Small General Arrangement Plan
8. Pieter Borst Deposition
9. Forward Access Photos
10. Aft Access Photos
11. Plan showing locations of 2 accesses
12. Statement of Facts
13. DRS Work Reports
14. Gregory Ringgold Deposition
15. William Grinnell Deposition
16. Sean Brady Deposition
17. Defendant's Interrogatories and Plaintiff's Answers thereto
18. Inspection Report (Dutch Shipping Inspectorate)
19. ISM Code Certification (Lloyd's Register)
20. Photo of LUZON STRAIT
21. Photos of Cargo Hold and Accesses