IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN TURNER                    )
                               ) CIVIL ACTION
vs.                            )
                               ) NO. 04-936 (JJF)
B.V. SHIPPING COMPANY          )
LUZON STRAIT (GRONINGEN)       )


ORAL DEPOSITION

CAPTAIN MARTIJN S. MOBACH

June 15, 2005


ORAL DEPOSITION OF CAPTAIN MARTIJN S. MOBACH, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on the 15th day of June, 2005, from 9:45 a.m. to 3:26 p.m., before Michelle Hartman-Solari, Certified Shorthand Reporter and Registered Professional Reporter, reported by computerized stenotype machine at the offices of the Motel Schiphol A4, Rijksweg A4 No. 3, 2132 MA Hoofdoorp, The Netherlands, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



EXHIBIT
6

CAPTAIN MARTIJN MOBACH - JUNE 15, 2005

**Page 2**

```
1              APPEARANCES
2
  FOR PLAINTIFF:
3
     Stanley B. Gruber
4    Freedman and Lorry, P.C.
     400 Market Street
5    Suite 900
     Philadelphia, Pennsylvania 19106-2509
6    Telephone: 215-931-2510 - Fax: 215-925-7516
     E-mail: sbgruber@freedmanlorry.com
7
  FOR DEFENDANT:
8
     Richard Q. Whelan
9    Palmer Biezup & Henderson LLP
     956 Public Ledger Building
10   600 Chestnut Street
     Philadelphia, Pennsylvania 19106
11   Telephone: 215-625-7806 - Fax : 215-625-0185
     E-mail: rwhelan@pbh.com
12
13 ALSO PRESENT:
14   Captain Mark R. Jansen, Seatrade Manager Operations
15   Chief Engineer Cornelis J. Balvert
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

| | EXHIBITS (cont.) | |
|---|---|---|
| EXHIBIT | DESCRIPTION | PAGE |
| P-9 | Smaller General Arrangement Plan | 24 |
| P-10 | Website Description of Ship | 24 |
| P-18 (a-j) | Photos of the forward and aft access hatch lids | 47 |
| P-21 | Cargo Stowage Plan | 111 |
| P-22 | Port log | 118 |
| P-23 | Crew list | 106 |
| P-27 | Statement of facts | 120 |
| P-30 | Inspection Report for August 14, 2002 | 147 |
| P-31 | Photograph of the Luzon Strait | 36 |
| P-32 | Logbook which runs from Oct. 1-31 | 115 |
| P-33 | Logbook which runs from Nov. 1-30 | 115 |

**Page 3**

```
1              INDEX
2                              PAGE
3 CAPTAIN MARTIJN S. MOBACH
4 Examination by Mr. Gruber ...................    6
  Examination by Mr. Whelan ..................  146
5 Further Examination by Mr. Gruber ............  161
  Signature Page .............................  164
6 Court Reporter's Certificate .................  165
7
8         REQUESTED ON THE RECORD
9                              PAGE
10 No. 1  Request from Mr. Gruber for safety    106
          notes
11
12            EXHIBITS
13 EXHIBIT        DESCRIPTION         PAGE
14 P-AA    Diagrams of the Luzon Strait    59
15 P-DD    Photographs of the forward      51
           hatch lid in an open position
16
   P-FF    19 Photographs of the forward   52
17          hatch lid
18 P-HH    Letter of Captain A.M. Kirkland  140
           dated October 5, 2000
19
   P-II    Report of Inspection in          141
20          accordance with IMO Port State
            Control Procedures dated
21          September 2, 2002
22 P-1 (a)  Quality Assurance Documents -    97
            Manual QAD-1
23
   P-1 (c)  Quality Assurance Documents -    92
24          Manual QAM
25 P-8     Large General Arrangement Plan    29
```

**Page 5**

```
1          MR. WHELAN:  I guess we can go on the
2  record with the stipulation that Mr. Gruber, counsel
3  for the plaintiff, and myself, counsel for the
4  defendant, agree that the court reporter can swear in
5  the witness for this deposition.
6          MR. GRUBER:  Yes, that's correct.
7          MR. WHELAN:  Off the record for a
8  second.
9          (Discussion off the record)
10         MR. WHELAN:  And then we will have the
11 usual stipulations under the Federal Rules of Civil
12 Procedure.
13         MR. GRUBER:  Waiving the signing and
14 filing and certification of the deposition.  All
15 objections except as to form will be reserved until
16 the time of trial.
17         MR. WHELAN:  Unless, Captain, do you
18 on the signing -- you should be aware of this.  You
19 have the right under our federal rules, which is the
20 rules of the United States, to be able to read the
21 deposition transcript first to make sure it's what
22 you said.
23         THE WITNESS:  Okay.
24         MR. WHELAN:  And then sign it.  Say,
25 "Yes, that's okay," or say, "No, I really meant
```

2 (Pages 2 to 5)

**Page 6**

this."

Would you like to do that, or would you like to waive that?

THE WITNESS: What do you recommend?

MR. WHELAN: Well, if you're not sure, maybe we should allow him to read it and sign it.

MR. JANSEN: Let's do that.

MR. WHELAN: Okay. So we will go with the reading and signing for the captain.

THE COURT REPORTER: Off the record for one moment.

(Discussion off the record)

CAPTAIN MARTIJN S. MOBACH, having been first duly sworn, testified as follows:

EXAMINATION

Q. (BY MR. GRUBER): Good morning, Captain Mobach. My name is Stan Gruber. We were introduced before we started today. I represent a longshoreman by the name of John Turner, who has brought a lawsuit against the B.V. Shipping Company LUZON STRAIT as a result of an incident which took place on November 8, 2002, while the vessel, the LUZON STRAIT --

MR. GRUBER: Off the record a minute.

(Discussion off the record)

Q. (BY MR. GRUBER): -- while the vessel, the

**Page 7**

LUZON STRAIT, was berthed in the Port of Wilmington, Delaware.

Have you ever given a deposition before? Have you ever done something like that before?

A. Never.

Q. Okay. I'm sure Mr. Whelan has explained the process to you, and I'm sure he's explained the number of things that I'm about to tell you. But it's important to just emphasize that if you don't understand a question that I'm putting to you, please let me know, and I will rephrase the question.

A. Okay.

Q. Otherwise, this is going to get typed up into a transcript and people are going to -- may hear it at some later date that I asked you a question and you gave an answer. And so it's important that you understand the question before you answer it, because in most instances it's going to be assumed that you understood the question unless you say, "I don't understand. Please rephrase it." So if you have any doubt in your mind at all, please let me know.

A. Okay, I will.

Q. And you speak English, obviously?

A. Yes, I do.

**Page 8**

Q. And how long have you been speaking English?

A. I think my first training was in primary school, so formally at the age of 12 you get formal English education.

Q. In fact, one of the requirements for the job as a master aboard Seatrade-operated vessels is that you speak English; is that correct?

A. That's correct.

Q. It's also important, as you have been doing, to answer my questions verbally out loud, as opposed to a nod or a shake of your head, or sometimes we go, "uh-huh" or "huh-uh." So try to do it whenever possible "yes" or "no". All right?

A. Okay.

Q. Also, I don't think we will have this problem, but sometimes you will know what my question is before I've finished it.

A. Yeah.

Q. And you will be anxious to answer. But try to wait until I finish my question until you give an answer. All right?

A. Okay.

Q. And if you need to take a break at any time, that's perfectly fine. If you want to consult

**Page 9**

with Mr. Whelan at any time, just let me know and we can take a break. All right?

A. Yes.

Q. Okay. How are you presently employed? What is your present employment?

A. I'm now a technical superintendent with Seatrade Groningen.

Q. And your office is in Groningen, Netherlands?

A. Correct.

Q. How long have you been employed as technical superintendent?

A. For one year and five months.

Q. As technical superintendent, are you assigned to any specific ships or vessels?

A. Yes. There's five ships which I am assigned to.

Q. Is the LUZON STRAIT one of those ships?

A. No.

Q. Are those five ships all what we call reefer ships?

A. Yes.

Q. Does -- well, I will withdraw that.

What did you do -- what was your employment before you were designated as technical

10

1  superintendent?
2      A.    I was a captain.
3      Q.    And again, were you -- who was your
4  employer while you were sailing as a captain?
5      A.    My employer then was Sea Services
6  Groningen.
7      Q.    Sea Services?
8      A.    Yeah.
9      Q.    Is that company associated with Seatrade?
10     A.    They contract with each other, but -- so
11  they are -- Sea Services is a service provider to
12  Seatrade Groningen.
13     Q.    Now you're directly employed by Seatrade as
14  technical superintendent, correct?
15     A.    Yeah.
16     Q.    How many Seatrade vessels did you serve on
17  as master?
18     A.    Four.
19     Q.    And what were they?
20     A.    The first one was COMOROS STREAM.
21     Q.    Could you spell that, please.
22     A.    C-O-M-O-R-O-S, STREAM, S-T -- S-T-R-E-A-M.
23     Q.    Right.
24     A.    There was the MAYA, M-A-Y-A. And the third
25  one was the LUZON STRAIT, and the last one was

11

1  ELVIRA, which was E-L-V-I-R-A.
2      Q.    They were all reefer ships?
3      A.    Yes.
4      Q.    Do you know what I mean by the term "sister
5  ship"?
6      A.    Yes.
7      Q.    Were these sister ships?
8      A.    No, no.
9      Q.    They were all different?
10     A.    All different, yeah.
11     Q.    Over what period of time did you serve as
12  master of the LUZON STRAIT?
13     A.    From 31st August 2002 until 23 September
14  2003 were the two terms that I have, so I had a
15  holiday in between.
16     Q.    And that was continuous?
17           MR. WHELAN:  No, he had a holiday in
18  there.
19           THE WITNESS:  Holiday in between.
20           MR. GRUBER:  Oh, I'm sorry.
21           MR. WHELAN:  Why don't you give the
22  actual periods of the ship.
23           THE WITNESS:  The first period was
24  August 2002 until mid-December, mid-December of 2002.
25  Then I re --

12

1           (Phone rings, and discussion off the
2           record)
3           THE WITNESS:  I returned on board
4  mid-April. Mid-April 2003 is what I recall. Then I
5  finished with that contract on 3 September 2004 --
6  no, '03.
7      Q.    (BY MR. GRUBER):  '03?
8      A.    Yeah.
9      Q.    And then you went on the ELVIRA?
10     A.    Correct, in December.
11     Q.    Is there any particular reason why you left
12  the service of the LUZON STRAIT?
13     A.    No, no particular reason. We just had a
14  system of rotation.
15     Q.    During the period of time that you were
16  sailing as master of the LUZON STRAIT, by whom were
17  you paid?
18     A.    Sea Services Groningen.
19     Q.    From whom did you receive any instruction
20  as to how you were to carry out your duties and
21  responsibilities as master?
22     A.    From -- that is from the management of
23  Seatrade Groningen.
24     Q.    Seatrade Groningen?
25     A.    Yeah.

13

1      Q.    Okay.
2      A.    They're the manager.
3      Q.    I understand. Seatrade Groningen was the
4  manager of the LUZON STRAIT; is that correct?
5      A.    Correct.
6      Q.    Do you know who the owner of the ship was?
7      A.    That's the B.V. Shipping Company LUZON
8  STRAIT.
9      Q.    Had you ever sailed on any other B.V.
10  Shipping Company vessels?
11     A.    Yes.
12     Q.    Which ones?
13     A.    As I recall, the COMMORO STREAM would have
14  its own B.V., B.V. Shipping Company COMMORO STREAM.
15     Q.    Right.
16     A.    The MAYA, I don't recall what was the
17  owner's -- the company's name. The ELVIRA I think is
18  the same construction, B.V. Shipping Company ELVIRA.
19     Q.    Okay. As master of the ship, are you
20  required to be familiar with the management agreement
21  between Seatrade and B.V. Shipping Company?
22     A.    No.
23     Q.    But in general, are you aware of the fact
24  that Seatrade does manage vessels, certain vessels
25  like the LUZON STRAIT and the COMMORO STREAM, which

4 (Pages 10 to 13)

14

1  are different B.V. Shipping Company corporations?
2      A.    Yes.
3      Q.    Okay. Do you know whether there is any
4  common ownership between Seatrade and these B.V.
5  shipping companies?
6      A.    No.
7      Q.    You don't know?
8      A.    No.
9      Q.    Okay. Just a few background questions
10  about yourself. When were you born?
11      A.    I was born 23 September 1969.
12      Q.    Where were you born?
13      A.    The city Utrecht, which is U-T-R-E-C-H-T,
14  in Holland.
15      Q.    And you are a citizen of Holland?
16      A.    Yes.
17      Q.    And your present home address?
18      A.    Present home address is in Antwerp.
19      Q.    Can you give the -- she will be able to
20  understand it. *Willem*
21      A.    ~~Willan,~~ Klooslaan 12, post code 2050,
22  Antwerp.
23      Q.    How long have you lived in Antwerp?
24      A.    Since May 2000.
25      Q.    Okay. And what is the highest level of

15

1  education that you achieved?
2      A.    I have taken a master's degree in
3  international transport, so --
4      Q.    Did you get your degree?
5      A.    Yeah.
6      Q.    Did you get your master's?
7      A.    Yeah.
8      Q.    And where did you obtain that degree?
9      A.    At University of Wales College of Cardiff.
10      Q.    And when did you get that degree?
11      A.    1992.
12      Q.    1992?
13      A.    Yeah.
14      Q.    What other -- if you could summarize for
15  me -- on a college level, summarize your education,
16  please.
17      A.    What is college level?
18          MR. WHELAN: That means university.
19          THE WITNESS: University? Okay,
20  before this university master's year I did Northco
21  (ph) Academy. It's higher educational education. I
22  did that for four years in Holland in Flushing.
23      Q.    (BY MR. GRUBER): Flushing?
24      A.    Yeah.
25      Q.    What type of study -- what course of study

16

1  did you follow there?
2      A.    It is called Maroff, M-A-R-O-F-F. It's a
3  maritime officer, and that's a four-year training for
4  nautical and engineering professions, jobs.
5      Q.    And when did you graduate?
6      A.    1991.
7      Q.    Okay. Then you took a year to get your
8  master's degree?
9      A.    Correct.
10      Q.    Did there come a time when you started
11  sailing on ships for a living?
12      A.    Yes.
13      Q.    And when was that?
14      A.    End of 1992. November, I think -- October
15  or November.
16      Q.    When did you get your master's license?
17      A.    2000.
18      Q.    Your chief officer's license, when did you
19  get that?
20      A.    I think 1996 or 1997.
21      Q.    And your first -- well, when did you get
22  your first license? Third officer I guess would
23  be the --
24      A.    At the end of graduation in 1991.
25      Q.    And then I suppose there was a second

17

1  officer's license in there?
2      A.    Yeah.
3      Q.    When was that?
4      A.    1993 or 1994.
5      Q.    Okay. And over the years before you
6  started sailing as master, did you sail as third
7  officer, second officer and chief officer?
8      A.    Correct.
9      Q.    Did you do any of that on vessels that were
10  managed by Seatrade?
11      A.    Yes.
12      Q.    Throughout your entire career aboard ship,
13  have you always worked on ships that were managed by
14  Seatrade?
15      A.    No. I have -- when I was 17, 18 I worked
16  on ships of Norse Sea Ferries, and I have worked on a
17  tanker for a few months in the summer of 1991, which
18  was owned by Nievelt & Goudriaan, which was a Dutch
19  company.
20          MR. WHELAN: You --
21      Q.    (BY MR. GRUBER): But those jobs were not as
22  a licensed officer; am I correct?
23      A.    No, deckhand. Only the tanker was a second
24  mate.
25      Q.    Oh, was it?

CAPTAIN MARTIJN MOBACH - JUNE 15, 2005

18

1   A.   Yeah.
2   Q.   Other than the job on the tanker, has your
3   work as a licensed officer always been aboard
4   Seatrade-managed vessels?
5   A.   Yes.
6   Q.   And I assume it's your intention to
7   continue your employment with Seatrade?
8   A.   Yes.
9   Q.   Your present job as technical
10  superintendent, what do you do as technical
11  superintendent?  What's different from your job as
12  technical superintendent as opposed to being a master
13  of a ship?
14  A.   I managed the maintenance of the ships, so
15  in coordinating, planned maintenance and dry docking
16  and budgeting.  So the difference very much lies in
17  the financial aspects, the budgets which are managed.
18  Q.   Do you work with Mr. Jansen as technical
19  superintendent?
20  A.   Yes.
21  Q.   Is he your -- your -- I say your boss, but
22  do you work under his direction?
23  A.   No, not under his direction.  But he runs
24  one of the departments, so we do have common fields
25  of attention.

19

1   Q.   So who is the -- who is your -- whose
2   direction do you work under?
3   A.   I work under the direction of my fleet
4   manager.
5   Q.   Okay.  Now, the does Seatrade have two
6   fleets, or how many fleets does Seatrade have?
7   A.   I see it as one fleet.  We -- one.  Yeah,
8   we have one group.  I don't see any -- any
9   distinction between fleets.
10  Q.   Okay.
11  A.   There's one group of ships that we --
12  Q.   Yeah, I have had a chance to look at some
13  of the manuals, and I have seen reference to Fleet A
14  and Fleet B.  That's why I asked.
15  A.   Oh, there's -- yeah, there's two technical
16  directors, each make up part of the total fleet, so
17  in that respect they make the difference.
18  Q.   Mr. Jansen is one of those technical
19  directors?
20  A.   No.
21  Q.   What is Mr. Jansen's --
22       MR. JANSEN:  What are you doing?
23       (All laugh)
24  Q.   (BY MR. GRUBER):  What is Mr. Jansen's job?
25  A.   He runs the --

20

1        MR. JANSEN:  If I may, besides the
2   technical department, there are more departments
3   within the shipping company.
4   Q.   (BY MR. GRUBER):  All right.  Well, the
5   technical director that you're -- well, let me
6   withdraw that.
7        The LUZON STRAIT, would that have been
8   in Fleet A or Fleet B, or do you know?
9   A.   I would not know about that.
10  Q.   When you were sailing as master of the
11  LUZON STRAIT, who was the technical director?
12  A.   Mr. Horremans.
13  Q.   Can you spell that?
14  A.   H-O-R-R-E-M-A-N-S.
15       MR. JANSEN:  Just one R is --
16  Q.   (BY MR. GRUBER):  All right.  And what was
17  Mr. Jansen's job then, as far as you know?
18       What, if anything, did he have to do
19  with the LUZON STRAIT?
20  A.   After we took the ship into management,
21  Mr. Jansen was assigned as the technical
22  superintendent for the LUZON STRAIT.
23  Q.   Same job that you have now for other ships?
24  A.   Yes, yes.
25  Q.   Okay.  So if I understand what you told me

21

1   before, you have never had occasion before today to
2   ever give testimony in a case involving a
3   Seatrade-managed ship; is that correct?
4   A.   Correct.
5   Q.   In connection with your testimony here
6   today, did you review any documents or photographs?
7   A.   Yes.
8   Q.   What did you review?
9   A.   I reviewed pictures of the ship and
10  reviewed a course of events based on the log books.
11  Q.   Logbooks?
12  A.   Yeah.  I think they are here.
13  Q.   Do you have the deck log for the LUZON
14  STRAIT for the voyage in question?
15  A.   Yes.
16  Q.   Okay.  Let's just see if they are --
17       MR. WHELAN:  I don't -- this can be on
18  the record.  What I have are two logs, one numbered
19  03/2002 and one numbered 04/2002.  The 03/2002 goes
20  from 1 October to 31 October, and the 04 goes from 1
21  November 2002 to 30 November.
22       MR. GRUBER:  So let me --
23       (Witness complies)
24  Q.   (BY MR. GRUBER):  All right.  So we don't
25  have a logbook going back to August?

6 (Pages 18 to 21)

22

1      MR. WHELAN: Right. Off the record
2  for a second.
3          (Discussion off the record)
4    Q.  (BY MR. GRUBER): When did you get the
5  assignment to sail as master on the LUZON STRAIT?
6    A.  To my recollection, that must have been in
7  the summer of 2002 in June.
8    Q.  Were you serving aboard a ship at that
9  time?
10   A.  No.
11   Q.  And were you informed that the ship --
12  well, strike that. Let me withdraw that.
13       Were you informed as to where you
14  would join the ship?
15   A.  Yes.
16   Q.  And where was that?
17   A.  In Taiwan, and the port's name is Keelung,
18  K-E-E-L-U-N-G.
19   Q.  Was that at the China Shipbuilding
20  Corporation facilities?
21   A.  Correct.
22   Q.  And before you flew to Taiwan -- or did you
23  fly to Taiwan to join the ship?
24   A.  Yes.
25   Q.  Before you did that, did have any meetings

23

1  with any Seatrade personnel to discuss your
2  assignment to the LUZON STRAIT?
3    A.  No.
4    Q.  Did you receive any written orders or
5  instructions of any kind?
6    A.  No.
7    Q.  Did you receive any special training -- do
8  you know what I mean by the word "orientation"?
9    A.  Yes.
10   Q.  Did you receive any special training or
11  orientation in connection with serving as master of
12  the LUZON STRAIT?
13   A.  No.
14   Q.  Did you receive any information about the
15  ship at all before joining it?
16   A.  Yes.
17   Q.  What information did you receive?
18   A.  A document that's called the ship's
19  particulars.
20   Q.  And what does that consist of?
21   A.  It's a summary of the main technical
22  dimensions of the ship -- length, width, depth -- and
23  one general arrangement drawing.
24   Q.  Showing you two documents that I previously
25  marked as P-9 and P-10, are these anything like what

24

1  you're talking about?
2    A.  It's similar, but from a different source,
3  but these -- the document I got were the ship
4  particulars from the shipyard, so it was there -- is
5  the shipyard layout with their document code, et
6  cetera.
7    Q.  Okay. But it had similar information on
8  it?
9    A.  Yes.
10   Q.  Now, as far as the layout of the ship --
11       MR. GRUBER: That one shouldn't have
12  been in there.
13   Q.  (BY MR. GRUBER): As far as the layout on
14  the ship shown on --
15       MR. GRUBER: What is that, P-9?
16       MR. WHELAN: This one's P-9.
17   Q.  (BY MR. GRUBER): Was that similar to what
18  you received?
19   A.  Yes.
20   Q.  Okay. Now, before you joined the ship, did
21  you have any understanding as to the method that
22  would be used on the ship for loading and discharging
23  cargo?
24   A.  In broad concept terms, yes. In detail,
25  no.

25

1    Q.  What was your understanding in a broad
2  concept?
3    A.  That it did not have conventional cranes,
4  but that it would have a trolley-and-elevator type of
5  system.
6    Q.  Had you ever worked on board a ship which
7  had a similar system?
8    A.  I wouldn't say similar but the COMMORO
9  STREAM had a comparable system which also worked with
10  an elevator type of system.
11   Q.  Okay. What was the difference between the
12  system on the LUZON STRAIT and the COMMORO STREAM?
13   A.  On the LUZON STRAIT, the system works based
14  as a trolley that drives over a train rail track; and
15  whereas on the COMMORO STREAM, the elevator system
16  has a swing arm. It swings in and out.
17   Q.  This general information that you received
18  about the LUZON STRAIT, from what source did you get
19  that information?
20   A.  As I recall, it was mailed to me by
21  Seatrade Groningen.
22   Q.  What was mailed to you?
23   A.  The ship's particulars. And they must have
24  been accompanied with a phone call that informed me
25  that I was assigned there and then told me about the

26

1  different features of the ship.
2      Q.   Any idea who you spoke to?
3      A.   The first person I spoke to regarding the
4  ship was Mr. Jan Young (ph), the crewing coordinator.
5      Q.   Okay. Anybody else that you spoke to about
6  the technical aspects of the ship before you went to
7  Taiwan?
8      A.   No, not as I recall.
9      Q.   Okay. Now, was this the first time that
10 you had actually joined the ship on its maiden
11 voyage, or had you done that before?
12     A.   I had done that before.
13     Q.   On how many prior occasions?
14     A.   Three occasions.
15     Q.   And was there a certain pattern or
16 procedure that you followed as a master joining a
17 ship on its first -- on its maiden voyage?
18     A.   Well, on the other three occasions, I
19 joined as a chief officer.
20     Q.   Oh. So this was the first time you were
21 joining as a master?
22     A.   Correct.
23     Q.   And as a master, did you have any different
24 responsibilities than as chief officer in terms of
25 what you wanted to do when you joined the ship?

27

1      A.   The chief officer had the deck department,
2  and the master, together with the chief engineer,
3  runs the entire ship. So it's a more logistic
4  approach.
5      Q.   Okay. When did you actually get to Taiwan?
6      A.   It was about two weeks before the 31st of
7  August, before we took delivery of the ship.
8      Q.   What did you do during those two weeks?
9      A.   We familiarized with the vessel.
10     Q.   Was the construction of the vessel complete
11 when you got there two weeks before August 31st?
12     A.   Yes.
13     Q.   And in addition to you, who else was there,
14 I say from either the crew or from Seatrade?
15     A.   The chief engineer was with me.
16     Q.   And who was that?
17     A.   Chief Engineer Balvert.
18     Q.   That I would like to you to spell for me,
19 please.
20     A.   B-A-L-V-E-R-T.
21     Q.   Okay. Who else?
22     A.   And on the shipyard a Mr. Bulthuis was
23 there. It's B-U-L-T-H-U-I-S.
24     Q.   And who did he work -- who was his company?
25 Was he with Seatrade or with somebody else?

28

1      A.   I assume he was employed by Seatrade, but I
2  don't know his contract.
3      Q.   Was Mr. Jansen there at all before the ship
4  was commissioned?
5      A.   No.
6      Q.   Mr. Borst, B-O-R-S-T?
7      A.   No.
8      Q.   Okay. So during those two weeks you took
9  the opportunity to familiarize yourself with the
10 ship, correct?
11     A.   Yes.
12     Q.   Now, what did you do in order to
13 familiarize yourself with the ship?
14     A.   Of course, we would inspect all over the
15 ship, so decks, holds, engine room, accommodations.
16     Q.   Did you go into every cargo hold?
17     A.   Yes.
18     Q.   And when you went into each cargo hold, did
19 you inspect each level from A, B, C, D, you know,
20 from the top deck down to the bottom deck?
21     A.   Yes.
22     Q.   And did you examine each piece of equipment
23 or gear at each level or each hatch?
24     A.   Yes.
25     Q.   And then the cargo hatches on the LUZON

29

1  STRAIT -- and I'm talking about -- there were four
2  hatches on the LUZON STRAIT, correct?
3      A.   Correct.
4      Q.   Actually, I have marked as Exhibit 8 -- and
5  we can lay it out here somewhere.
6           MR. WHELAN:  This is 8?
7           MR. GRUBER:  Yeah, the cargo stowage
8  plan.
9           MR. WHELAN:  Stan, why don't we lay it
10 out here.
11          MR. GRUBER:  Not the cargo stowage
12 plan. The general arrangement plan.
13          MR. WHELAN:  We can lay it out there.
14          MR. GRUBER:  Yeah, that's fine.
15          (Discussion off the record)
16     Q.   (BY MR. GRUBER):  Just for the record, the
17 document that we have marked as P-8, is this the
18 general arrangement plan for the LUZON STRAIT?
19     A.   Yes.
20     Q.   And in that document the hull number that's
21 assigned to the ship is 730; is that correct?
22     A.   Correct.
23     Q.   Okay. Now, we indicated that the ship had
24 four cargo hatches, and the top drawing on the
25 general arrangement plan shows the ship from a

8 (Pages 26 to 29)

30

1  profile arrangement, correct?
2    A.   Correct.
3    Q.   And we can see -- starting from the right
4  of the ship on the general arrangement plan and
5  moving to the left, we can see hatches numbered one,
6  two, three, four, correct?
7    A.   Correct, yes.
8    Q.   Now, how many deck levels are there inside
9  the number one hatch?    Forecastle
10   A.   There's three. A forward, A and B.
11   Q.   Okay. And the number two hatch?
12   A.   Has four, so A, B, C, D.
13   Q.   And the three and four hatches?
14   A.   They also both have four levels, A, B, C
15  and D.
16   Q.   Okay. Now, I see on the general -- again,
17  looking at the top, the profile -- at least what
18  appears to me to be two what I look -- I assume to be
19  some type of cranes. Are they?
20   A.   Yes. These are two container cranes, so
21  one and two.
22          MR. WHELAN: And indicating number one
23  close to the bow. Number two --
24          THE WITNESS: Yes.
25          MR. WHELAN: -- furthest away from the

31

1  bow, correct?
2          THE WITNESS: Yes.
3    Q.   (BY MR. GRUBER): And we can see from the
4  drawing that there are spots for containers to be
5  stowed on the actual -- on the main deck of the ship,
6  correct?
7    A.   Yes.
8    Q.   And that's the purpose for these two
9  cranes?
10   A.   Yes.
11   Q.   Now, as I understand your testimony, those
12  two cranes would normally not be used to discharge
13  cargo from inside the cargo holds; is that correct?
14   A.   Yes.
15   Q.   Okay. Now, moving down to the second
16  drawing from the top -- well, actually, before I do
17  that, on the right-hand page, alongside of the
18  overall profile of the ship, this appears to be like
19  a stern view?
20   A.   It's what we call a cross section.
21   Q.   A cross section?
22   A.   Yes.
23   Q.   What is intended to be shown on this?
24   A.   It's a cross section of the midship areas.
25   Q.   Ah.

32

1    A.   It's viewing aft.
2    Q.   All right. If we are looking aft at the
3  mid -- so it would be actually the numbers?
4          MR. WHELAN: Indicating at about
5  between where the E and the A are on the Seatrade?
6          THE WITNESS: Looking -- it's 102.
7    Q.   (BY MR. GRUBER): Okay, I see. Now, going
8  down to the second drawing, what is shown? What does
9  this show?
10   A.   It shows a top view on the upper deck of
11  the ship.
12   Q.   Like we would call a bird's-eye view?
13   A.   Bird's-eye, correct.
14   .Q.   And the drawing on the right of that
15  bird's-eye view?
16   A.   This the same bird's-eye view but down onto
17  the forecastle deck, which is higher than the upper
18  deck.
19   Q.   And that's at the number one hatch?
20   A.   Yes.
21   Q.   Okay. And the third drawing down, what is
22  that?
23   A.   It's another bird's-eye view, but then onto
24  what we call the A deck level.
25   Q.   Okay. Now, I notice -- well, again, just

33

1  to be complete, I'm sorry, and the drawing on the
2  right of that?
3    A.   It's a cross section of the deck house
4  number two, which is adjoined in here.
5    Q.   When you say "here," that's between the
6  number three and four hatches?
7    A.   Yes, correct.
8    Q.   Okay. But looking at the bird's-eye view
9  of the second deck, that's the third drawing down, I
10  see what appears to me to be the number two hatch, a
11  smaller square on the right-hand side. Do you see
12  what I'm talking about?
13   A.   Correct.
14   Q.   What does that represent?
15   A.   This is the hatch cover, which allows the
16  cargo cage to lower down into the hole.
17   Q.   Is that the location of the elevator?
18   A.   Correct.
19   Q.   And while we're standing over here, could
20  you explain to me how the loading and discharging of
21  cargo in the cargo holds would go in the number two
22  hatch. What would be the procedure?
23   A.   Okay. If I just refer to the cargo, the
24  procedure would be for hold two to unlock side
25  door number two.

CAPTAIN MARTIJN MOBACH - JUNE 15, 2005

34

1    Q.    All right. And you're pointing to door
2    number two on the top drawing.
3    A.    And then to open side door number two, to
4    lock that door.
5    Q.    When you say lock it, you mean lock it in
6    an open position?
7    A.    Yeah, lock it in an open position so it
8    cannot fall back.
9    Q.    How do you do that?
10    A.    It has hydraulic plungers with two locks
11    there inserted into the supports, and then it's fixed
12    in place.
13    Q.    Okay.
14    A.    The next procedure would be to hoist the
15    pallet cage off the hatch, and then all the hatch
16    covers can be opened by the controls inside of the
17    deck house, so the hatch covers for the top hatch, A
18    deck, B deck and C deck.
19    Q.    Okay.
20    A.    Then the following step during loading
21    would be to drive the trolley with the pallet cage
22    connected to the outside of the ship, lower the cage
23    onto the quay, where then the cargo could be loaded
24    into the pallet cage, after which the cargo would be
25    hoisted up.

35

1    Q.    By what means?
2    A.    There's a ~~hydraulic or~~ electric winch
3    system on the trolley which hoists the pallet cage
4    up. When it's fully up, then the trolley can drive
5    the pallet cage into the ship, and then lower it down
6    through the hatch coverings into the hold. There the
7    cargo can be taken out from the pallet cage and
8    stowed on the decks.
9    Q.    That would be done normally by forklift
10    trucks?
11    A.    Yes. Forklift trucks or what we call
12    pallet jacks.
13    Q.    Right. Now, you have been referring to
14    pallet cage?
15    A.    Correct.
16    Q.    What are the dimensions of the pallet cage?
17    I mean, when we say "pallet cage," are we talking
18    about something -- well, you tell me.
19        MR. WHELAN: Your best estimate as to
20    the size.
21        THE WITNESS: My estimate is that it's
22    six meters long and three meters deep.
23    Q.    (BY MR. GRUBER): Okay.
24    A.    With a height of 2.5 meters.
25    Q.    So how many pallets can go into the pallet

36

1    cage at one time?
2    A.    Normally eight.
3    Q.    Okay. I have a picture.
4    A.    Right here on the pallets.
5    Q.    Let me see if I can get it without killing
6    myself here.
7        MR. GRUBER: And we will mark this as
8    P-31 when we get a chance.
9    Q.    (BY MR. GRUBER): This photograph I guess
10    shows the -- would be the starboard side of the ship,
11    the LUZON STRAIT?
12    A.    Correct.
13    Q.    And does it illustrate some of what you
14    have been telling me about?
15    A.    It shows the side door in an open position,
16    the trolley on the outside of the ship with the
17    pallet cage below the trolley, and there's cargo
18    inside of the pallet cage.
19    Q.    I guess you can't tell from that whether
20    it's being lowered or raised?
21    A.    No, I can't tell whether --
22        MR. WHELAN: Is this a new photograph?
23        MR. GRUBER: This one was --
24        MR. WHELAN: I'm just asking. This
25    was one that was taken by the --

37

1        MR. GRUBER: Yeah, exactly, if you
2    know who it was.
3        MR. WHELAN: -- whoever it was, one of
4    the longshoremen?
5        MR. GRUBER: Right.
6    Q.    (BY MR. GRUBER): And the side door that
7    we're looking at here, can you tell what hatch that
8    would be for?
9    A.    The first side door is for hold number one.
10    The second is for hold number two.
11    Q.    They look pretty close together?
12    A.    Yeah.
13        MR. GRUBER: Okay. We will just put
14    this over here. When we take a break, we will mark
15    it as P-31.
16    Q.    (BY MR. GRUBER): All right. Now, during
17    your inspections, during those two weeks that you
18    were in Taiwan before signing on, when you went into
19    the cargo hatches, did you learn that there was more
20    than one way to get -- in hatch number two for
21    example, to get from the main deck down to level D,
22    the D level?
23    A.    Yes.
24    Q.    And how many different ways were there?
25    A.    Two.

10 (Pages 34 to 37)

CAPTAIN MARTIJN MOBACH - JUNE 15, 2005

38

1    Q.    And are either of those accessways actually
2    shown anywhere on the general arrangement plan?
3    A.    Yes, they are.
4    Q.    Good. Then show me.
5          MR. WHELAN:  Do you want him to mark
6    the --
7          MR. GRUBER:  That would be wonderful,
8    if we have something appropriate.
9          MR. JANSEN:  Here.
10         MR. WHELAN:  Let's get a red pen so he
11   can --
12         THE WITNESS:  So the forward access
13   would be --
14   Q.    (BY MR. GRUBER):  You are circling that.
15   Actually, you put a square around the second deck
16   level and again on the third deck level and on the
17   fourth deck level. Now --
18         MR. WHELAN:  If you could so we are
19   clear on this, could you do a little arrow to each of
20   the -- teeny little arrow to each of those squares
21   that you put on so we are not trying to figure out
22   what the squares are.
23         So the witness is putting red arrows
24   to the outlined red squares which represent the
25   accesses, the number two at the forward end; is that

39

1    correct?
2          THE WITNESS:  Yeah. So now they all
3    have a red square with an arrow representing the
4    forward accesses, so that the second access aft --
5    Q.    (BY MR. GRUBER):  Before we get to the --
6    let's just stay with the forward for a minute.
7          Just so again we're clear, where it
8    says second deck, third deck and fourth deck, are we
9    referring to the A, B, and C levels?
10   A.    Yes.
11   Q.    So could you write under second deck A,
12   under third deck B and under fourth deck beck C, if
13   that's correct.
14   A.    Uh-huh.
15         (Witness complies)
16   Q.    All right. Now, let's talk about the aft
17   access area, whether there's anything on the drawing
18   that indicates that?
19   A.    I will indicate those as well. They are
20   situated inside of the cooler room space.
21         MR. WHELAN:  And, again, the witness
22   is putting red boxes around those accesses with
23   little arrows pointing to them.
24   Q.    (BY MR. GRUBER):  Right. Now, at the C
25   level, I am going to ask you to do one more thing,

40

1    and you have used the term "cooler" -- well, actually
2    it's written in there. It says "cooler space."
3    A.    Yeah.
4    Q.    So that's fine. What machinery or
5    equipment, if any, is in the cooler space at each
6    deck level?
7    A.    At each deck level there is a cooling
8    battery and ventilation fans on top. So the
9    ventilation fans will force the cooling air through
10   the cooling -- the cooling battery.
11   Q.    Is it possible to have the cooling system
12   working in the D level but not working in the A and B
13   level?
14   A.    Yes.
15   Q.    In order to engage the cooling system, is
16   it necessary to actually do something at the actual
17   level that's to be cooled?
18         In other words, if I wanted to start
19   the cooling system on the C level, would I actually
20   have to go to the cooler space at the C level to do
21   that?
22   A.    No.
23   Q.    Where could I do that?
24   A.    It can be operated from the engine control
25   room.

41

1    Q.    Okay. And by the same term, could I turn
2    it off from the engine room control room?
3    A.    Yes.
4    Q.    And are there also controls at each cooler
5    space to turn that equipment on and off?
6    A.    No.
7    Q.    Is there anything that has to be done by
8    the ship's crew in those cooler spaces?
9    A.    Only when maintaining or preparing the
10   equipment or performing checks, but regular operation
11   can be from the engine control room, so only
12   cleaning, inspections, those type things.
13   Q.    When you say performing checks, what kind
14   of checks are we talking about?
15   A.    See if the cooler is intact, it's not
16   leaking, and in case of refrigerated cargo at very
17   low temperatures, to see if it's not iced up where it
18   would need defrosting.
19   Q.    Is there regular maintenance that has to be
20   performed as far as that type of equipment in these
21   cooling spaces?
22   A.    Yes.
23   Q.    How frequently is that maintenance
24   performed?
25   A.    The inspection maintenance would be to

11 (Pages 38 to 41)

42

1  check up on the valves to see if they operate freely
2  and are well greased.
3      Q.   How often is that done?
4      A.   Every voyage prior to loading.
5      Q.   When you say "every voyage," you mean in
6  every port?
7      A.   No. Characteristically a reefer vessel
8  makes a ballast voyage with maybe dry cargo in it, in
9  containers, and during that voyage it prepares for
10  the next load of reefer cargo. So in preparing for
11  the reefer cargo, these checks would be performed.
12      Q.   Okay. So now you have pointed out to us
13  that there are two different ways of getting from the
14  main deck down to the D level in the number two
15  hatch, at the forward end and at the aft end in the
16  cooler space, correct?
17      A.   Correct.
18      Q.   Was that also true at the number three
19  hatch and the number four hatch?
20      A.   Yes.
21      Q.   Okay. Now, could you -- it seems to me
22  that like in the number three hatch there's a
23  different location for the -- at the forward end; is
24  that correct?
25      A.   Yes, that's correct.

43

1      Q.   And then can you put a square around that,
2  an arrow at the forward end of number three.
3          (Witness complies)
4          MR. WHELAN: The witness is again
5  putting squares around the accesses at the forward
6  end of number three with arrows pointing to those
7  squares, to where the accesses are located.
8      Q.   (BY MR. GRUBER): Now, is the location of
9  the accessways at the forward end of the number three
10  different than the accessways at the forward end of
11  number two because of the location of the freight
12  elevator, I will call it?
13      A.   Yes.
14      Q.   And then the number three hatch, instead of
15  being at the forward end of the hatch, it's at the
16  after end of the hatch, correct?
17      A.   Yes.
18      Q.   Was there any reason for that that you know
19  of in terms of the design of the ship?
20      A.   The reason is that on number three and
21  four, the elevators are positioned together and on
22  numbers one and two, they are together. So in hatch
23  number three the elevator is off, so forward there's
24  a position for the access, and in number two the
25  elevator's forward and there's no space to fit the

44

1  access forward.
2      Q.   Okay. In looking at the number four hatch
3  where the elevator is forward, where is the forward
4  access to the hatch levels?
5      A.   The forward access is the inside the cooler
6  space.
7      Q.   And in number four the cooler space is
8  forward?
9      A.   Forward.
10      Q.   Okay. So where is the access space then on
11  the aft end?
12      A.   It's aft, indicating here on the drawing.
13      Q.   Okay. Can you do that all of the way down?
14      A.   Yeah.
15          MR. WHELAN: So the witness is again
16  putting squares around the access locations for the
17  aft accesses at number four. And at A through C
18  accesses, putting red arrows pointing to those.
19      Q.   (BY MR. GRUBER): So that if I'm correct --
20  well, let me -- I haven't completed the circle here.
21          In the number one hatch, were there
22  also two accessways in and out of the cargo holds?
23      A.   Yes, there were.
24      Q.   Okay. Could you circle those, please.
25          MR. WHELAN: The witness is again

45

1  putting squares around the accessways on the number
2  one hatch, the forward end, and aft end putting red
3  squares with red arrows pointing to them.
4      Q.   (BY MR. GRUBER): Okay. Then it appears to
5  me then that at the B and C levels of the number two
6  hatch, the forward access hatches essentially are
7  away from the bulkheads and are out into the hatch
8  itself; is that correct?
9      A.   Yes.
10      Q.   And that is also true at the A level of the
11  second deck?
12      A.   Cargo hold one, yes.
13      Q.   Cargo hold -- I'm sorry, cargo hold one.
14          Other than that, the accessways that
15  are not in cooler spaces are all -- like we look at
16  number three at the forward end, they are all
17  adjacent to a bulkhead, correct?
18      A.   Yes.
19      Q.   And that is also true at the aft end of
20  number four; is that correct?
21      A.   Yes.
22      Q.   Okay. Now, you used the forward accessway
23  at the number two hatch during those two weeks that
24  you were looking over the vessel, but one time or
25  another you used that forward end to get from the

CAPTAIN MARTIJN MOBACH - JUNE 15, 2005

46

1  main deck all the way down to the D deck level?
2      A.   Yes.
3      Q.   Okay. And how many times would you have
4  done that?
5          MR. WHELAN: Using that access or any
6  access?
7      Q.   (BY MR. GRUBER): Yes, that access.
8      A.   I cannot recall an exact number of times,
9  but I reckon that it's between five to ten times.
10     Q.   Okay. And would you have also done the
11  same thing on the number three hatch and the number
12  four hatch in terms of using the accesses that were
13  not in a cooler space?
14     A.   Yes.
15     Q.   So far as you understood, if you had an
16  understanding, why were there two accessways in and
17  out of each hatch?
18     A.   The one in the cooler room is there to be
19  able to go down during any operation, as well when
20  there's cargo in the hold. The other access is there
21  to go down from the deck house when there's no cargo,
22  so during any normal operation, whenever there's no
23  cargo.
24     Q.   Okay. Now, at the B and C deck levels of
25  the number two hatch at the forward accessway, did

47

1  you observe that the access hatches -- we will call
2  them access hatch covers. Is that what you said? Is
3  that the term that you --
4      A.   Or manhole.
5      Q.   Or manhole, okay. Let's say access hatch
6  covers for now.
7          That these access hatch covers at the
8  B and C deck level, when they were not in use, were
9  they covered by something?
10     A.   When they are not in use, they are covered
11  by what we call a grating.
12     Q.   Okay. Now, I think I have a photograph of
13  that. I'm sorry we're standing up so long here, but
14  this is good. Let's see --
15         (Discussion off the record)
16     Q.   (BY MR. GRUBER): Okay. I have two photos
17  here which we will mark as P-18A and P-18B. Do these
18  photographs show that cover that you mentioned
19  earlier?
20     A.   Yes. These photos show this grating.
21     Q.   Okay. And when the access hatch cover at
22  either the B or C deck levels of the forward end of
23  the number two hatch are not in use, this grating
24  would be in place as part of the overall grating
25  covering the deck at that level, correct?

48

1      A.   No.
2      Q.   No?
3      A.   It's put in place when we're preparing for
4  cargo to be taken into that deck.
5          MR. WHELAN: To be loaded, when you
6  say taken into the deck?
7          THE WITNESS: Yeah, to be loaded.
8      Q.   (BY MR. GRUBER): Okay. In other words --
9      A.   Then that needs to be flush.
10     Q.   Right.
11     A.   That needs to be put -- before that time
12  you might be taking it out the next day.
13     Q.   Okay. But it certainly needs to be in
14  place if you are going to be stowing cargo at that
15  deck level?
16     A.   Yes.
17     Q.   Now, once that cargo is discharged from
18  that deck level and it's necessary to go into the
19  next deck level, then it has to be taken out of
20  place?
21     A.   Yes.
22     Q.   And how is that physically done?
23     A.   The grating is lifted out. And usually the
24  crew has a grating puller, which is a steel bar
25  with a little lift under the edge and you lift it

49

1  out.
2      Q.   Okay.
3      A.   This one has handles so you can retract it
4  and shift it sideways.
5      Q.   All right. And you are pointing at the two
6  handles, which will be in the Photograph P-18A,
7  correct?
8      A.   Yes.
9      Q.   Okay. Now, do you remember that these
10  photographs were taken several years -- this was
11  taken --
12         MR. WHELAN: March 2005.
13     Q.   (BY MR. GRUBER): March 2005. Do you
14  remember whether the grating that actually covered
15  the access hatch at the forward end of 2C had these
16  handles?
17     A.   No, I do not recall that actual grating had
18  those handles.
19     Q.   Okay. In any event, whether it's gotten
20  out by means of that crowbar device that you
21  mentioned or by the handles, is that something that
22  would be done by the ship's crew?
23     A.   Yes.
24     Q.   Any particular rating, AB, or who would do
25  that work?

13 (Pages 46 to 49)

50

1    A.    Normally the AB.
2    Q.    Okay. So when you went in and out of the
3    forward accessway of the number two hatch during
4    those two weeks, the grating was obviously out of --
5    you know, was not in place, correct?
6    A.    Correct.
7    Q.    Okay. And was the hatch lid at each level
8    opened?
9    A.    Yes.
10   Q.    And was it secured?
11   A.    Yes.
12   Q.    And did you look --
13         MR. WHELAN: Can we stop there for a
14   second, just so we -- interchangeably in this
15   deposition will be hatch cover/hatch lid, just so
16   everyone understands --
17         MR. GRUBER: I'm sorry.
18         MR. WHELAN: It doesn't matter.
19         You understand lid to be the cover as
20   well, right?
21         THE WITNESS: Yeah.
22         MR. WHELAN: So don't worry about it.
23   Q.    (BY MR. GRUBER): And did you personally
24   look at the access hatch lid at the forward end at
25   the 2C level during those two weeks that you were

51

1    going up and down to familiarize yourself with the
2    equipment?
3    A.    In the course of familiarization, we looked
4    at all hatch cover lids and also this one.
5    Q.    And were you able to determine the nature
6    of the holding device or securing device for that
7    hatch lid? I'm talking now about the forward end of
8    the 2C.
9    A.    What do you mean by nature?
10   Q.    What did it look like?
11   A.    Oh, yes.
12   Q.    What was it?
13   A.    It -- it was a steel hook device.
14   Q.    A hook-and-eye type of --
15   A.    Hook-and-eye.
16   Q.    Okay. Now, I'm going to show you a
17   photograph Mr. Whelan provided to me which already
18   has Exhibit DD on it. Do you see?
19         Does that show the hook-and-eye type
20   of device that was on the forward access hatch cover
21   at the level 2C during those two weeks that you were
22   going up and down the hatches?
23   A.    Yes.
24   Q.    Was it painted this color then that is
25   depicted in the picture? It seems to be orange or

52

1    red.
2    A.    No.
3    Q.    Do you remember what color it was painted
4    then?
5    A.    It was gray as the rest of the steel
6    constructions in all of the decks.
7    Q.    Okay. So it didn't stand out the way it
8    does in this photograph?
9    A.    No.
10   Q.    Now, I'm showing you some other
11   photographs. There are 19 of them, and they are
12   marked Exhibit FF, and then each photograph has a
13   number at the bottom.
14         Did you have a chance to look at these
15   before the deposition?
16         MR. WHELAN: Let him look at them
17   first. But in the meantime, I want to --
18         THE WITNESS: I didn't look at these,
19   but similar photos.
20   Q.    (BY MR. GRUBER): Okay. That's --
21         MR. WHELAN: Hold on. As a continuing
22   objection, I know we're reserving, but we are
23   objecting to the introduction into evidence obviously
24   of anything with the handles present, so --
25         MR. GRUBER: Yeah, I understand.

53

1          MR. WHELAN: So any of the -- you
2    know, as a continuing objection, any of the
3    photographs that show the handles or the other
4    securing devices will we have an objection to based
5    on subsequent remedial matters.
6          THE COURT REPORTER: Would this be a
7    good time for a break?
8          MR. GRUBER: Sure.
9          (Recess taken)
10         MR. GRUBER: All right. Back on the
11   record.
12   Q.    (BY MR. GRUBER): Now, if we look at the FF
13   photograph, No. 9, and again, these were photographs
14   that I understand were taken of the forward access
15   hatch cover at the 2C level, okay?
16         Now, this photograph shows a portion
17   of the ladder coming out of the 2D hold, is that
18   correct, and it shows the underside of the forward
19   access lid at 2C?
20   A.    Yes.
21   Q.    Okay. And when you personally climbed up
22   out of the number -- excuse me, out of the D level up
23   to the C level, what means did you use to get
24   yourself off of the ladder and onto the C level?
25   A.    First I had to hold onto the ladder and

14 (Pages 50 to 53)

54

1  then when I reach the coaming, I grab the coaming
2  rail and step out sideways.
3      Q.    What's the -- when you say the --
4      A.    This rail and this rail.
5            MR. WHELAN:  Pointing to on the deck
6  next to the gratings.
7      Q.    (BY MR. GRUBER):  Can you take this red
8  marker and mark what you are talking about.
9            (Witness complies)
10           THE WITNESS:  Sideways out of that.
11     Q.    (BY MR. GRUBER):  Okay.  Well, there are no
12 actual handholds there, are there --
13     A.    No.
14     Q.    -- for that purpose?
15     A.    No, there are not.
16     Q.    You did not grab hold of the hatch lid
17 itself?
18     A.    Normally not.
19     Q.    Was there some reason you didn't grab hold
20 of the hatch lid?
21     A.    No particular reason.  Just always my
22 routine of getting out of manholes, I grab the
23 coaming and I step out sideways.
24     Q.    At this time there was no actual handhold
25 on the underside of the hatch lid itself, was there?

55

1      A.    There was not.
2
3
4
5
6
7
8      Q.    Besides yourself, did others go in and out
9  of the 2D level at the forward end of the number two
10 hatch during those two weeks?
11     A.    Yes.
12     Q.    Who else did that?
13     A.    The chief engineer and Mr. Bulthuis and the
14 Dutch shipping inspectors, the commissioning
15 engineers for the elevators.
16     Q.    Uh-huh.
17     A.    And the shipyard personnel.
18     Q.    And did you observe those individuals?
19     A.    Yes.
20     Q.    And how did they -- what method did they
21 use to get from the ladder up to the deck level of
22 2C?  In other words, did any of them hold onto the
23 hatch lid itself?
24     A.    Yes.
25     Q.    Okay.  So did it become apparent to you

56

1  that this is something that a normal person might do
2  in getting out of the 2D level; that is, grab the
3  hatch lid to steady themselves?
4      A.    Yes.
5      Q.    Okay.  Now, at the C -- excuse me.
6            At the number three hatch and the
7  number four hatch, you did not have a similar
8  situation with the access hatch lid being out in the
9  middle of the hatch, did you?
10     A.    Correct.
11     Q.    So in those situations, what method was
12 used to secure the access hatch lid that was not in
13 the cooler space in an open position?
14     A.    Well, those hatch lids had the similar
15 hook-and-eye securing device.
16     Q.    But was the bulkhead used with any of those
17 hatch lids in connection with securing the hatch lid?
18     A.    I'm sorry, I didn't understand.
19     Q.    At the number three hatch and the number
20 four hatch --
21     A.    Yeah.
22     Q.    -- where we see the access hatch lids were
23 against the bulkhead, either at the --
24     A.    Yeah.
25     Q.    -- the forward end of number three or the

57

1  after end of number four, were the hook-and-eye --
2  was any part of the hook-and-eye secured to the
3  bulkhead?
4      A.    As I recall, most of those had a separate
5  stanchion with the hook on it.
6      Q.    A separate stanchion?
7      A.    Yeah.
8      Q.    And the stanchion itself had a hook on it?
9      A.    Yeah.
10     Q.    And the eye that the hook went into, was
11 that on the hatch lid?
12     A.    Correct.
13     Q.    I see.  Was the size of those hooks and
14 eyes different than the hook-and-eye that was used at
15 the forward end on 2C?
16     A.    As I recall, no.  They were all -- as I
17 recall, they were same or similar.
18     Q.    Now, you can see in this Photograph No. 4,
19 which is part of Exhibit FF -- oh, is that 9?  You're
20 right.
21            MR. WHELAN:  We referred to it as 9
22 before.
23            MR. GRUBER:  Did we?
24            MR. WHELAN:  Yes.
25            MR. GRUBER:  Okay.

15 (Pages 54 to 57)

CAPTAIN MARTIJN MOBACH - JUNE 15, 2005

58

1    Q.   (BY MR. GRUBER):  All right.  When you come
2    up out of 2, you cannot see the hook-and-eye because
3    it's on the other side of the hatch lid, correct?
4    A.   Correct.
5    Q.   On the forward -- on the hatch covers at
6    three and four, which were against the bulkhead and
7    you said that the hook was on an adjacent stanchion,
8    if you were coming up out of the level below, would
9    you be able to see the hook on the stanchion as you
10   were coming up?
11   A.   No.
12   Q.   No.  Where would the stanchion have been
13   located behind the hatch cover?
14   A.   Behind the lid.  Behind the open lid.
15   Q.   But was the hook on the stanchion that was
16   behind the open lid, did it fit into an eye at the --
17   at what would have been the top portion of the lid or
18   down at the bottom of the lid?
19   A.   I can only -- I cannot exactly recall the
20   height of this stanchion, so I cannot recall where
21   this hook-and-eye would be positioned, if it was high
22   or low.
23   Q.   All right.  These type of details that we
24   have been talking about would not be shown in the
25   general arrangement plan.  Am I correct about that?

59

1    A.   Correct.
2    Q.   Now, I was presented with some plans by
3    Mr. Whelan which have been marked as Exhibit AA.
4         MR. WHELAN:  Can we do those sitting
5    down, or are you going to continue on with this?
6         MR. GRUBER:  I think we can do them
7    sitting -- it might be better just to finish this
8    standing up and then we can sit down, rather than my
9    reaching across the table and everything.
10        MR. WHELAN:  Okay.
11   Q.   (BY MR. GRUBER):  First of all, are you
12   familiar with these plans, or have you seen them?
13   A.   Yes.
14   Q.   The general arrangement plan that we have
15   been looking at, P-8, was this a plan that had been
16   completed that you had access to during those two
17   weeks that you were there?
18   A.   Yes.
19   Q.   And how about these drawings, were they
20   available for you?
21   A.   No.
22   Q.   Okay.  The first page of Exhibit AA, it
23   says traffic AA apostrophe -- I'm sorry, ARR'T and
24   practice in C/H and tank.  Can you tell me what that
25   stands for, traffic what?

60

1    A.   Traffic arrangement.
2    Q.   Okay.
3    A.   Practice in cargo hold.
4    Q.   Now, as we go through -- and this again is
5    for Hold No. 730, correct --
6    A.   Yes.
7    Q.   -- the LUZON STRAIT.  All right.  Now, the
8    first several -- the first one that you -- well, the
9    first several pages, just in general, what's the
10   information that's on there?
11   A.   Page 2 is the fitted list of ladders, and
12   it lists the different ladders fitted on board, where
13   they are, their designated purpose, for which area,
14   like aft B10, and their height, breadth, and
15   particulars.
16   Q.   Is there any reference there to the ladder
17   leading from 2D to 2C at the forward end?
18   A.   Not on this page.
19   Q.   Maybe it's on a subsequent page.
20   A.   On Page 3 there's mention of two ladders in
21   cargo number two.  Four ladders, correct.
22   Q.   Could you put a checkmark alongside of
23   those four.
24        (Witness complies)
25   Q.   (BY MR. GRUBER):  And going on -- and these

61

1    pages that make reference to drawings, are there any
2    that relate to that ladder?  If you could --
3    A.   Yeah, Page 4 there's a ladder.  There's
4    another two ladders on number two mentioned here.
5         (Witness indicates)
6         MR. WHELAN:  The ones on that page
7    that say 2F, row two at the bottom, are they -- would
8    that be fuel oil tank or --
9         MR. GRUBER:  Fuel oil tank?
10        MR. WHELAN:  -- or you're not -- you
11   don't have those percentages?
12        THE WITNESS:  No.  So that's number
13   two CH, for cargo holders.  So on Page 5 I see one,
14   two, yeah, two ladders before the deck.
15        MR. WHELAN:  Just so the record's
16   clear, the witness has put red checks next to all of
17   the ladders he's referring to in his testimony in
18   number two cargo hold.
19        THE WITNESS:  Yeah.
20   Q.   (BY MR. GRUBER):  Okay.  Now, this next
21   drawing, this is a drawing that makes reference to an
22   access hatch lid which would be up on the weather
23   deck or the main deck, correct?
24   A.   The weather deck, that's correct.
25   Q.   So this is not the one that we are

16 (Pages 58 to 61)

62

1  interested in?
2      MR. WHELAN: That's on Page 7.
3      Q. (BY MR. GRUBER): Yes. And Page 8, again,
4  access hatch and deck house, that's not what we're
5  talking about here, so we'll move on.
6      Page 9, uninsulated access hatch.
7  Now, the hatch lids at the forward end of the cargo
8  holds in number two, were they uninsulated?
9      A. In the A and C deck, yes. In the B deck,
10  they were insulated.
11      Q. But if we are talking about the hatch
12  lid -- the access hatch lid at the forward end of the
13  2C level --
14      A. Would be uninsulated.
15      Q. So this would be a drawing of that
16  particular hatch lid, correct?
17      A. Yes.
18      MR. WHELAN: Referring to Page 9.
19      Q. (BY MR. GRUBER): Yes. And this would be
20  the dimensions of that looking at it from a
21  bird's-eye view?
22      A. Yes.
23      MR. WHELAN: At the bottom is the
24  bird's-eye. What's the top?
25      MR. GRUBER: The top view is this

63

1  cross view.
2      Q. (BY MR. GRUBER): Okay. Now, looking at the
3  bird's-eye view at the bottom, where it says "locking
4  device," is that referring to what I call a "dog"?
5      A. Correct.
6      Q. Which locks the hatch lid in place when
7  it's in a down, secured position?
8      A. Yes.
9      Q. It does not refer to that hook-and-eye that
10  we were talking about, correct?
11      A. Correct.
12      Q. Are you able to determine anywhere on this
13  drawing whether there's any reference to the device
14  that would be used to hold this hatch lid in place
15  when it was open?
16      A. As I see, there's no reference to that.
17      Q. Okay. But you knew that it was a
18  hook-and-eye that was used for that purpose?
19      A. Yes.
20      Q. Now, Page 10, insulated access hatch, this
21  be would be for the -- for example, you said that the
22  B level in number two, it would have been insulated,
23  correct?
24      A. Correct.
25      Q. And would the hatch lids -- access hatch

64

1  lids in the cooler spaces all have been insulated?
2      A. No. Also there would have been the system
3  of A and C, that uninsulated, and B, that insulated.
4      Q. Okay. And, again, in this drawing on
5  Page 10, there's nothing on the drawing to show the
6  way -- or you tell me if there is, to show the way in
7  which that hatch lid would be secured in an open
8  position, is there?
9      A. There's none.
10      Q. Okay. Now, Page 11 is just entitled "Steel
11  Vertical Ladder and Cargo Hold." Is this just a
12  drawing of the ladder itself?
13      A. Yes.
14      Q. Okay.
15      MR. WHELAN: Now, you're not asking
16  him whether that's the one in question, are you?
17      MR. GRUBER: Well, that's a good
18  question.
19      MR. WHELAN: Maybe the way to do this
20  is to --
21      THE WITNESS: Check this.
22      Q. (BY MR. GRUBER): Can you tell whether this
23  would be a drawing of the ladder leading from -- the
24  dimensions of the ladder leading from 2D to 2C at the
25  forward end?

65

1      A. You would have to go back to the index.
2      MR. WHELAN: To the checkmarks?
3      MR. JANSEN: To the checkmarks, yeah.
4  This is 35, 36. 35 is not listed here.
5      MR. WHELAN: Hold on a second.
6      (Discussion off the record)
7      THE WITNESS: 46 is mentioned, but 45
8  is not. 55 and 56 are mentioned. 77, 78 are not
9  mentioned. So we have three.
10      Q. (BY MR. GRUBER): So can you --
11      A. They are here.
12      MR. WHELAN: Can I just say something
13  first? The numbers that the witness is saying, 45,
14  36, 46, et cetera, match up to the far left-hand
15  column of Exhibit AA on the various pages in which he
16  has referred to as the index.
17      MR. GRUBER: Right. I have --
18      MR. WHELAN: First there is the
19  letters in all caps VFS, and then those are the
20  numbers that the witness is referring to; is that
21  correct?
22      THE WITNESS: Correct.
23      Q. (BY MR. GRUBER): All right. Then are you
24  saying that the ladders -- the two ladders that are
25  shown on Page 11 are not similar or not the -- did

17 (Pages 62 to 65)

66

1  not depict the ladder leading from 2D to 2C at the
2  forward end?
3     A.   That has to be checked.  They are there.
4     Q.   Okay.
5     A.   Because under fourth deck.
6        MR. WHELAN:  On Page 5?
7        THE WITNESS:  On Page 5 the index
8  ladders VFS 77 and VFS 78 are the ladders underneath
9  the fourth deck, so this is the ladder going from D
10 to C.  It's not mentioned on Page 11.
11    Q.   (BY MR. GRUBER):  All right.  Let's go to
12 Page -- the next page.
13        Is it mentioned on Page 12?
14    A.   Yes.  77, 78.
15    Q.   Okay.  And then that's a side view?
16    A.   Yes, a side view of the ladder, correct.
17    Q.   How many rungs on that ladder?
18    A.   I count here nine, but there's a break in
19 the drawing, so there might be more.  I think there
20 should be nine.  If it's 300 mill between the rungs,
21 then nine by 300 makes for 2,700 millimeters total.
22 So that would be in conformity with this total
23 height, as mentioned here in the index.
24    Q.   Okay.  Now, going to Page 13, what's shown
25 there?  What's in that drawing?

67

1     A.   Page 13 it says "handle for tank and air
2  cooler space in cargo hold, type two."
3     Q.   This is not something that would have been
4  at the forward end of the access hatch lid area in
5  the number two hatch.  Am I correct about that?
6  Would this have been in the cooler space?
7     A.   It would -- yeah, in the cooler space, yes.
8     Q.   And this handle in the cooler space, would
9  that have been anywhere by the access hatch lid?
10    A.   Yes.
11    Q.   And what would be its purpose?  Why was it
12 there?  What was its function?
13    A.   Its function would be to be a handhold.
14    Q.   For someone coming out of the --
15    A.   Yes.
16    Q.   -- out of the hatch?
17    A.   Yes.
18    Q.   And you could have a handhold there because
19 there was no cargo that had to be loaded in that
20 area; is that correct?
21    A.   Correct.
22    Q.   But you didn't have a -- you couldn't have
23 a handhold like that in the middle of the cargo hatch
24 because it would interfere with the stowing of cargo.
25 Am I correct about that?

68

1     A.   Yes.
2     Q.   But nonetheless, obviously you were
3  familiar with the concept of a handhold that is
4  something for a person coming up out of the ladder to
5  grab onto in order to assist themselves to step onto
6  the next deck level; is that correct?
7        MR. WHELAN:  Object to the form of the
8  question.
9        THE WITNESS:  Yes.
10    Q.   (BY MR. GRUBER):  All right.  Number --
11 Page 14, which is entitled "Typical Arrangement
12 Of" -- is that HL?  What does that stand for?
13    A.   HL 2.  I think that refers to this coding
14 on the previous page, HL 2.  So this is the
15 arrangement of the HL 2.
16    Q.   Okay.  And again, in that drawing we can
17 see the handholds that you have referred to in the
18 proximity of the hatch lids?
19    A.   Yes.
20    Q.   Okay.  So far as you know, were there any
21 differences in the dimensions of the hatch lids and
22 the openings for the hatch lids in the cooler space
23 and then out in the hatch itself at the number two
24 level?
25    A.   As far as I recall, no.  I think they were

69

1  similar if not the same in dimension.
2        MR. WHELAN:  Do you want him to check
3  the --
4     Q.   (BY MR. GRUBER):  If you can --
5     A.   We would have to check the drawings for
6  that.
7     Q.   Actually, if you can do that, that would be
8  fine.
9     A.   So, I mean, I need to go back.
10    Q.   Right.
11        MR. WHELAN:  Right.  You need Page 9
12 to compare with --
13        THE WITNESS:  Here's three of them.
14 Comparing the lids, the uninsulated access hatch
15 would be 720 by 720 millimeters.  And the insulated
16 access hatch is a little bigger at 810, but there's
17 no length given, so I assume it's square.  So it
18 would be the same.  So the insulated access hatch is
19 a little bigger than the uninsulated.
20        MR. WHELAN:  But the question is:  Is
21 it different as comparing the cooler room to --
22        THE WITNESS:  Right, yeah.
23        MR. WHELAN:  -- at the C level.
24        THE WITNESS:  Yeah.
25        MR. WHELAN:  And you said there would

18 (Pages 66 to 69)

70

1  be uninsulated in the cooler room as well. Would
2  that be correct?
3         THE WITNESS: So if I know. I don't
4  find an overview drawing. I need to find a drawing
5  that refers to the type of manholes in the hatches.
6  Then we can compare actual.
7         MR. WHELAN: He's got to find --
8         THE WITNESS: Upper deck number two is
9  HT 1. So HT 1 would be actually inside the deck
10 house situated near A, so that means inside of the --
11 leading into the cooler room. And we need to compare
12 that to HT 1. So also the forward side of hatch two
13 there's an HT 1, which is the same, so which means
14 the access leading into the cargo hold, which is
15 four, is the same as aft.
16   Q. (BY MR. GRUBER): Okay.
17   A.  Here we see there's an HT 2, which is the
18 forward of the second deck. So going back to HT 2,
19 that's the uninsulated, which is forward of hatch two
20 and aft. There's also an HT 2, so forward and aft it
21 would be the same dimensions according to the
22 drawings.
23   Q.  All right. Based upon your review of the
24 drawings then and your recollection, you have
25 concluded that the dimensions of the hatch lids in

71

1  the cooler space and then the forward area at the 2C
2  level were identical?
3    A.  Correct.
4    Q.  Okay. Let's just quickly go through the
5  rest of these drawings as part of AA, wherever we
6  were.
7         MR. WHELAN: You were up to Page 11.
8         MR. GRUBER: No, I think we had
9  actually gotten to Page 14.
10        MR. WHELAN: 14.
11   Q. (BY MR. GRUBER): Page 15 I don't think is
12 pertinent because it just deals with the -- well,
13 what -- it deals with what? What is shown there, a
14 handle for the hatch lid?
15   A.  It's a loose handle, HL 3, handling cargo
16 hold. And it gives the dimensions of the handles
17 that can be fitted on a bulkhead.
18   Q.  Okay. Page 16 talks about an oval manhole
19 cover, which we are not dealing with here.
20   A.  No. These are typical covers for tanks.
21   Q.  Okay. Page -- well, I don't know what page
22 this is.
23        MR. WHELAN: 17.
24   Q. (BY MR. GRUBER): 17. Basically what's
25 shown in general on this drawing?

72

1    A.  The drawing is the inner bottom, which has
2  the double bottom tank construction, and it shows the
3  frames of the ship and the positions of manholes
4  leading into tanks, yeah.
5    Q.  Okay. So the position of the manhole
6  leading from 2C to 2D at the forward end, is that
7  shown in here? If it is, can you circle it.
8    A.  No. This is -- this level is --
9    Q.  Oh, it's a tank level?
10   A.  It's below 2D. Yeah, sorry.
11   Q.  Okay. Then the next page?
12   A.  The next page is more forward in the ship
13 but it's the same level.
14   Q.  Okay. Page 19?
15   A.  19, it's more aft.
16   Q.  Okay. Page 20?
17   A.  Page 20 was the cargo hold one.
18   Q.  Okay.
19   A.  And that's a cross view of the tanks and
20 their ladder arrangement inside of the tanks.
21   Q.  Okay.
22   A.  Page 21 is also a ladder arrangement inside
23 of a tank.
24   Q.  Do you know what hatch that would be?
25   A.  Hatch one.

73

1    Q.  Okay.
2    A.  Page 21 is the bosun's store and the
3  forecastle forward, ladder arrangement.
4    Q.  It doesn't deal with the number two hatch?
5  All right.
6    A.  22 is the bulbous bow.
7    Q.  Okay.
8    A.  Page 24 is the forward area of the ship.
9         MR. WHELAN: What page is that?
10        MR. JANSEN: Wait a minute. Wait a
11 minute. Because I think -- can you go back to
12 Page 21.
13        MR. WHELAN: I think there are two
14 Page 21s.
15        THE WITNESS: It's frame 71 that's
16 situated in cargo number one.
17        MR. JANSEN: No, I think we are
18 missing a page here or something is --
19        THE WITNESS: Yeah, I think we jumped
20 22 or 23.
21        MR. JANSEN: Let's see 21 first.
22        THE WITNESS: This is 21. Frame 71 is
23 correct.
24        MR. WHELAN: Then --
25        THE WITNESS: Page 22, bosun's store.

74

1   MR. JANSEN: Bosun's store, that's
2   correct.
3   THE WITNESS: Then there's 23? 23.
4   Then there's --
5   MR. WHELAN: That's okay.
6   THE WITNESS: 23 is bosun's store,
7   bosun store. It's the forward end of the ship. Page
8   24 is also the forward end of the ship. Page 25,
9   forward. Page 26, extreme forward. Page 27 is the
10   steering in the room, extreme aft. 28 is the aft of
11   the ship. 29, the aft of the ship. 30, that was
12   this -- concerns hatches three and four on the upper
13   deck. Page 31 concerns hatches two and three.
14   Q.   (BY MR. GRUBER): At what levels?
15   A.   At the upper deck level.
16   MR. WHELAN: Would that be the same
17   thing as weather deck, the main deck?
18   THE WITNESS: The main deck leading
19   into A, leading into the A deck.
20   MR. GRUBER: Okay.
21   MR. WHELAN: But not in the A deck.
22   THE WITNESS: Not in the A deck, but
23   leading into A.
24   MR. WHELAN: Okay.
25   THE WITNESS: Page 32 concerns hatches

75

1   one and two, which shows the upper deck level with
2   the access ladder leading into the A deck, which is
3   situated port side, inside of the masthouse, and this
4   is facing the bulkhead.
5   Q.   (BY MR. GRUBER): Can you circle -- do we
6   have that somewhere?
7   A.   Yeah.
8   Q.   Can you just circle that, please.
9   A.   I'm circling the hatch cover that's leading
10   into 2A deck forward.
11   Q.   Okay.
12   A.   This is the hatch cover. Page 33 is cargos
13   number three and four. Page 34 is cargos number two
14   and three, and it shows the aft end of the hatch of
15   cargo two. I'm circling the access hatch --
16   Q.   But it doesn't show the --
17   A.   -- on the second deck. So that's the --
18   MR. WHELAN: A deck.
19   THE WITNESS: -- A deck.
20   Q.   (BY MR. GRUBER): But that's at the aft end?
21   A.   Aft end of the cooler space.
22   Q.   Right. But it doesn't show the access
23   hatch at the forward end?
24   A.   Right. Page 35 concerns hatches one and
25   two and the forward end of two with the ladder

76

1   leading from the A deck into the B deck.
2   Q.   Please circle that.
3   A.   I'm circling it in red.
4   Q.   Okay.
5   A.   I think that needs a correction. This is
6   the A deck.
7   MR. WHELAN: So it's going from A to
8   B?
9   THE WITNESS: No. This is from the
10   upper deck to the A deck, so you would have to --
11   Q.   (BY MR. GRUBER): Can you just circle that.
12   A.   Circle one here.
13   MR. WHELAN: Which one did you circle?
14   What page are you referring to?
15   THE WITNESS: The frame is --
16   MR. JANSEN: You're now going back to
17   page?
18   THE WITNESS: I'm comparing Pages 32
19   and 35. And it's correct because the bulkhead is on
20   frame 155, and the hatch cover is just a little bit
21   in front of it. And then if you compare -- no. The
22   earliest assumption was correct, this is the ladder
23   leading from upper deck to A deck. And this one --
24   MR. WHELAN: In the masthouse?
25   THE WITNESS: Yeah.

77

1   MR. WHELAN: Okay.
2   THE WITNESS: This one is leading from
3   the A deck to the B deck, because you can see from
4   the drawing their position for abeam ships is
5   different.
6   MR. WHELAN: And wait. Let's get the
7   pages right.
8   MR. GRUBER: That's what I'm going to
9   do.
10   Q.   (BY MR. GRUBER): So the drawings showing
11   the hatch -- the access hatch lid leading from A deck
12   to B deck is on Page 35?
13   A.   Yeah.
14   Q.   All right.
15   A.   Continuing on Page 36, concerning hatches
16   three and four. Page 37 concerns hatch two, the aft
17   access hatch in the B deck in the cooler room.
18   Q.   Okay.
19   A.   Which I'm circling in red.
20   MR. WHELAN: And that leads from B to
21   C?
22   THE WITNESS: Yes. Page 38 concerns
23   hatch one and two. The bulkhead is at 15. This is
24   the access hatch leading from B to C.
25   MR. WHELAN: The witness has again put

20 (Pages 74 to 77)

78

1  a red square around it.
2      Q.    (BY MR. GRUBER):  Right.
3      A.    Yeah.
4      Q.    Okay.
5      A.    Can I please jump to Page 41, which
6  concerns cargo hold number two, and it shows the
7  manhole access lid and ladder in cargo hold number
8  two which leads from the C into the D level.
9      Q.    Okay.
10     A.    And I'm circling that.
11           MR. WHELAN:  What page is this?
12           THE WITNESS:  41.  Now I'm jumping to
13  Page 49, which concerns the aft hatch cover lid of
14  the cooler room on the front deck, which is the C
15  deck.  I'm circling it in red.
16     Q.    (BY MR. GRUBER):  All right.  Now, let me
17  ask you just a couple of questions about the last few
18  pages, Pages 41 and 49.  There's some writing and an
19  arrow leading from the hatch lid at the forward end
20  of 2, the access hatch lid at the forward end of 2C.
21  Do you see that writing?  Could you explain that to
22  me.
23     A.    It describes the ladder as being VFS 78.
24     Q.    Which means?
25     A.    That refers to the ladders that we have

79

1  seen in the beginning of these drawings, so whenever
2  we refer to length and height.
3      Q.    Got you.
4      A.    And then there's a coding HT2-5.  HT2
5  stands for the type of lid, which if we go back to --
6      Q.    I remember what you were talking about.
7            Okay.  And how does that compare with
8  the hatch lid at the aft end of this same level?
9      A.    On the aft end of the C deck in cargo hold
10  number two, the lid in the cooler room is also of the
11  type HT2.  The ladder is VFS 77.
12     Q.    Okay.  That's I think all of the drawings,
13  is it?  I hope.  Or is there another one?
14     A.    There is another one.  Page 39 refers to
15  cargo holds number three and four.
16     Q.    All right.  So none of these drawings make
17  reference to any securing or holding devices to keep
18  access hatch covers in place on the LUZON STRAIT,
19  correct?
20     A.    Yes.
21     Q.    Just before we sit down, two more
22  photographs which we will mark as -- these would be
23  18C and D.
24           Am I correct that this first one,
25  which would be 18C -- this is of the number three

80

1  hatch level -- is looking aft and there's a doorway
2  in the photograph, correct?
3      A.    Yeah.  I cannot judge if this is number
4  three, but it could be.  It has the similar
5  configuration.
6            MR. WHELAN:  You're saying this is the
7  number three hatch?
8            MR. GRUBER:  Yeah.  These are the
9  photographs that were taken on March of 2005.
10           MR. WHELAN:  But we were in -- we
11  would have been in number two.  It was the same place
12  as --
13           MR. GRUBER:  Did I say three?
14           MR. WHELAN:  Yes.
15     Q.    (BY MR. GRUBER):  I'm sorry.  I'm going to
16  take a break after this.  I meant two.  I apologize.
17     A.    Two?
18     Q.    I apologize.
19     A.    Yes, this could have been number two.  The
20  configuration could have been number two, but I
21  cannot judge the reaction.
22     Q.    And then here in what will be 18D there's a
23  close-up of the door, correct?
24     A.    Yes.
25     Q.    And am I correct that behind the bulkhead

81

1  that's shown in the door is the cooling space?
2      A.    Correct.
3      Q.    And behind that door would be the accessway
4  at the aft end of number two?
5      A.    Yes.
6            MR. GRUBER:  All right.  Let's sit
7  down, take a break and mark these photographs that
8  haven't been marked.
9            (Recess taken, and Exhibits P-18A, B,
10           C, D, E, F, G, and P-31 marked)
11           (From this point on in the deposition,
12           Mr. Balvert is present)
13     Q.    (BY MR. GRUBER):  Captain, I want to show
14  you three photographs that we have marked as
15  Exhibits 18E, F and G, and I can represent to you
16  that they were taken in March of 2005 when we had an
17  opportunity to board the vessel and take some
18  photographs.
19           MR. GRUBER:  Sorry.
20     Q.    (BY MR. GRUBER):  And I can also represent
21  to you that they were taken in the cooler space at
22  the aft end of the number three hatch at the C level.
23           Now, first of all, you see the
24  securing device that's used with that hatch, which
25  appears to me to be a hook-and-eye where the hook's

82

1 secured to an eye on a stanchion; is that correct?
2 MR. WHELAN: In two of the
3 photographs?
4 Q. (BY MR. GRUBER): Yes.
5 A. Yeah, you see here 18 --
6 MR. WHELAN: G.
7 THE WITNESS: -- G, I think so.
8 MR. WHELAN: F. That's an F, I'm
9 sorry. 18F and G.
10 THE WITNESS: There's a black
11 stanchion where the hook-and-eye device is fitted on.
12 Q. (BY MR. GRUBER): Is the hook-and-eye -- is
13 the hook actually fitted onto the stanchion and the
14 eye on the lid?
15 A. I can't tell from this picture, but the
16 hook is on the stanchion, yes.
17 Q. Okay.
18 A. It seems like somebody has secured this
19 onto the handgrip.
20 Q. Before I mark this, does this photograph in
21 any way make it any clearer as to what the
22 arrangement is?
23 A. Black stanchion is here. The hook device
24 is here, but I do not see the eye.
25 Q. From your memory, was that stanchion

83

1 used -- when you first boarded the ship two weeks
2 before it was commissioned, was that type of a hook
3 arrangement in use with the stanchion at the aft end
4 of the cooler space at 3D?
5 A. To the best of my recollection, yes.
6 MR. WHELAN: I have found a photograph
7 that's made from a different perspective. I mean, I
8 don't know if that helps you at all but --
9 THE WITNESS: I know the system with
10 the stanchion was used on board, but I don't know if
11 this was originally to be fitted to hold onto the
12 handgrip, because to the best of my recollection, all
13 of the hooks would have their eye.
14 Q. (BY MR. GRUBER): Would have an eye?
15 A. Yeah. So I don't know if this is a change
16 or whatever.
17 Q. Okay. The other -- when you had referenced
18 earlier about the -- the hatch covers at the forward
19 end of number three and the aft end of number four,
20 were the locking or the holding devices associated
21 with stanchions? Do you remember?
22 A. Uh-huh.
23 Q. Were they similar stanchions to the ones
24 that are shown in the photographs that I have just
25 identified?

84

1 MR. WHELAN: Do you mean if -- wait.
2 Let's make the question clear. You're talking about
3 the accesses that are near the bulkheads?
4 MR. GRUBER: Yes.
5 MR. WHELAN: As opposed to the cooler.
6 MR. GRUBER: Yeah, yeah.
7 THE WITNESS: On the bulkhead the
8 system's different. It's not like this.
9 Q. (BY MR. GRUBER): Okay. So it's not like
10 what's shown, for example --
11 A. No.
12 Q. -- in Photograph 18F?
13 A. This typically is the cooler room layout.
14 Q. Okay. Now, in this photograph, 18E, we can
15 see the handhold device to the right of the hatch
16 opening, correct?
17 A. Correct.
18 Q. Okay. Now, there's also some -- in these
19 photographs there's some rope that's shown. Do you
20 see that?
21 A. Yes.
22 Q. Was that rope in use or in place two weeks
23 before the ship was commissioned?
24 A. Not on the hatches. It was used as a
25 railing near the hatch cover -- cargo hold hatch

85

1 cover opening, so it was not in use in the cooler
2 rooms or near the manhole lid.
3 Q. Okay. I am going to mark the -- this other
4 photograph that we referenced.
5 MR. WHELAN: Do you want him to
6 continue to look at these or give them back?
7 (Discussion off the record)
8 MR. GRUBER: This additional
9 photograph of the hatch lid and the stanchion that we
10 were referring to in the cooler space at 3D, I'm
11 marking as 18J.
12 (Exhibit 18J marked)
13 Q. (BY MR. GRUBER): Now, I also want to show
14 you a photograph that we have marked as 18H. And
15 again, this was a photograph that was taken in
16 March 2005. And again, I could represent to you that
17 it was taken in the hold at 2D going up to 2C at the
18 forward end.
19 Does that look similar to the way that
20 ladder looked two weeks before the ship was
21 commissioned?
22 A. Yes.
23 Q. Okay. And this is a photograph that's --
24 MR. WHELAN: You're just focusing on
25 the ladder?

22 (Pages 82 to 85)

86

1       MR. GRUBER: Just the ladder. It's
2   all the --
3       MR. WHELAN: Not the underside of the
4   cover?
5       MR. GRUBER: No, just focusing on the
6   ladder.

87

1   understand.
2   A.   The hatch lid, yes.
3   Q.   Now, the location of the hatch lid in that
4   hatch level, did you find that to be unusual, or was
5   that something that you found to be a normal
6   situation?
7   A.   It's a normal situation.
8   Q.   Okay.  Did you --
9       MR. WHELAN: When you say "lid," you
10  mean the opening itself?
11  Q.   (BY MR. GRUBER): Yeah.  The fact that it --
12  when I say -- the fact that it opened in the middle
13  of the hatch, as opposed to adjacent to a stanchion
14  or a bulkhead.  That's what I'm talking about.
15  A.   Yeah.
16  Q.   That you found to be a normal situation?
17  A.   Normal, yeah.
18  Q.   Do you recognize that it's necessary to
19  have an adequate handhold for people who are going to
20  be coming in and out of these access hatches?
21      MR. WHELAN: Object to form of the
22  question.  You can answer.  I'm just objecting for
23  the record.
24      THE WITNESS: No.  There's many types
25  of hatch access systems, and we have seen them with

88

1   stanchions and without stanchions.  And they are
2   featured in many different forms on this vessel, so
3   there's various good access for them.
4   Q.   (BY MR. GRUBER): Well, I'm not -- that
5   really wasn't my point.
6       When I use the term "handhold," I
7   don't necessarily mean a device that -- for example,
8   that's shown in the last photograph that I just
9   showed you.  I'm talking about something that a
10  person can grab onto to assist themselves in coming
11  up a ladder and getting out of the access hatch
12  opening.
13      Do you recognize that it's necessary
14  to have some type of a handhold that a person can use
15  to get them up and out of the hatch?
16  A.   Yes.
17  Q.   Okay.  That was my only question.
18      Do you also recognize that it's
19  necessary to have some sort of device to lock the
20  hatch lid in an open position while people are going
21  in and out of that access hatch?
22  A.   Yes.
23      MR. WHELAN: Object to form of the
24  question.  You can answer.
25      THE WITNESS: Yes.

89

1   Q.   (BY MR. GRUBER): Now, when you saw the
2   situation in those two weeks before the ship was
3   commissioned, did you consider the handhold for this
4   access hatch -- and I'm talking about the forward end
5   of number 2C -- to be adequate?
6   A.   Yes.
7   Q.   And why?
8   A.   This layout features that you can grab onto
9   the coaming, like I would customarily do.  And also
10  the locked hatch lid is able to be your handhold.
11  Q.   Do you consider it to be an adequate
12  situation for a handhold when the handhold is the
13  hatch lid itself?
14  A.   Yes.
15  Q.   Did you consider the locking mechanism or
16  the holding device for this hatch lid -- that is the
17  hook and eye that we have seen and that you have
18  described -- to be an adequate securing device?
19  A.   Yes.  It is the same as on many layouts in
20  many ships.  It's similar.
21  Q.   So then I take it that you did not have any
22  discussion with anybody from Seatrade or anybody in
23  the shipyard with regard to the handhold or lack of
24  handholds for the securing device for this particular
25  hatch cover at the forward end of 2C; is that

23 (Pages 86 to 89)

90

1  correct?
2      A.   That's correct, we didn't have any
3  discussion on that. And the shipping inspection also
4  went through these cargo holds and these accesses,
5  and on any other issue they would have raised and
6  noted it on the inspection report, but they didn't.
7  So everybody who went there -- the chief engineers,
8  the inspectors, me -- we all considered this a normal
9  and safe access lid with all of the required
10  facilities for securing and holding.
11     Q.   So you did give consideration to the fact
12  of whether this was an adequate handhold and an
13  adequate lock or securing device for that hatch lid?
14     A.   Yes. Together with the shipyard people,
15  the chief engineer, the Dutch shipping inspector
16  people.
17     Q.   Well, did you actually discuss the subject?
18     A.   No. Because we all felt it was good
19  individually and as a group, because otherwise, it
20  would have been on the list of the items.
21     Q.   So it's not a subject that you ever talked
22  to the chief engineer about?
23     A.   No.
24     Q.   It's not a subject you ever talked to
25  anybody at the shipyard about?

91

1      A.   No.
2      Q.   And it's not a subject that you ever talked
3  to anybody who came on board to inspect or certify
4  the vessel; is that correct?
5      A.   Correct.
6          MR. WHELAN: So his answer's "no, no,"
7  mean --
8          MR. GRUBER: That he didn't discuss
9  it.
10         MR. WHELAN: That he didn't discuss
11  it.
12         MR. GRUBER: Right.
13     Q.   (BY MR. GRUBER): Okay. Now, when you
14  boarded the ship, were you provided with manuals by
15  Seatrade?
16     A.   Yes. We have what we call a QA system,
17  which is a ship management system.
18     Q.   QA standing for quality assurance, correct?
19     A.   Correct.
20     Q.   And by the time the vessel was
21  commissioned, did you actually physically have the
22  manuals?
23     A.   Yes.
24     Q.   And did you familiarize yourself with them?
25     A.   Yes.

92

1      Q.   And you were familiar with your
2  responsibilities as master?
3      A.   Yes.
4      Q.   Okay.
5          MR. GRUBER: Do you have them there,
6  Rick?
7          MR. WHELAN: Yes.
8      Q.   (BY MR. GRUBER): First the quality
9  assurance manual which we have marked as
10  Exhibit P-1(c), as in Charlotte.
11         MR. WHELAN: P -- what was that again?
12         MR. GRUBER: P-1(c).
13     Q.   (BY MR. GRUBER): If we look at tab three,
14  Page 2 -- I think it's Page 2. The second paragraph
15  on Page 2, this is a paragraph which is part of
16  Seatrade's safety policy statement, correct?
17     A.   Yeah. It says, "Seatrade Policy
18  Statement," yeah.
19         MR. WHELAN: Not Sea --
20         THE WITNESS: Oh, yeah, it's the
21  safety section.
22     Q.   (BY MR. GRUBER): Right. And it's under --
23     A.   A Seatrade policy statement.
24     Q.   But it's under the heading on Page 1,
25  "Safety"?

93

1      A.   Yeah, correct.
2      Q.   And could you read the paragraph out loud
3  that I'm referring to. Actually, that paragraph and
4  the paragraph under it.
5      A.   "It is the aim of Seatrade to prevent
6  hazardous situations and incidents which can lead to
7  personal injury, illness, accidents, or damage to
8  property. We aim at preventing those situations by
9  identifying, analyzing and eliminating possible
10  causes where feasible. Every employee shall
11  participate in determining and eliminating such
12  causes to prevent occurrence or recurrence in the
13  future. The master has overriding authority
14  regarding the safety of its ship, crew and cargo. He
15  has the responsibility to review the onboard safety
16  procedures."
17     Q.   And you recognize that you knew you had
18  this authority; is that correct?
19     A.   Yes.
20     Q.   Now, when they talk about aiming at
21  preventing situations by identifying, analyzing and
22  eliminating possible causes where feasible, was there
23  a process that you were taught to use to identify
24  what I will call hazards; that is to identify them,
25  to analyze them and to eliminate them where feasible?

24 (Pages 90 to 93)

94

1    Was there a particular process that
2  you were taught to use in doing that?
3    A.   I'm not sure where it stands for a
4  particular process, but the general process is the
5  familiarization that you would have on a ship; and if
6  anything is identified as being hazardous, then it
7  would be taken up action in the form of an R-U-S, or
8  RUS report, of the situation or an action in like an
9  action point list.
10   Q.   Did you -- in connection with the hatch lid
11 and access at the forward end of 2C that we have been
12 talking about, did you go through this analysis
13 process with regard to that in terms of analyzing it
14 as to whether either the handhold situation or the
15 locking device for the hatch lid created a hazard or
16 a possibility for an accident?
17     MR. WHELAN:  Wait.  Do you mean like
18 that specific thing or just in general when he's
19 going up and down looking at everything?
20   Q.  (BY MR. GRUBER):  No.  I mean -- no, I mean
21 that specific thing, whether that's an area that you
22 actually made an -- you know, that you thought about.
23     Is this an area where an accident
24 could take place, either because of the lack of a
25 handhold or of an adequate handhold or the holding

95

1  mechanism, did you consider it?
2    A.   Well, as a routine familiarization and the
3  inspecting with the Dutch inspector, you go through
4  all things.  So if anything springs out to be
5  dangerous, then we would start the analysis, but this
6  hatch didn't spring out or trigger us as being
7  something dangerous.  We considered it to be a good
8  and normal hatch cover lid with securing.
9    Q.   Am I correct that you realized that
10 longshoremen in different parts of the world would be
11 going in and out of 2C and 2D at the forward end?
12 You knew that?
13   A.   Yes.
14   Q.   And you were aware of the fact that the
15 longshoremen coming out of 2D, that some of them
16 would be using the hatch lid itself to hold onto to
17 help themselves out of the hatch?
18   A.   Yes.
19     MR. WHELAN:  Object to the form of the
20 question.
21     THE WITNESS:  Yes.  Also, our crew
22 would use that method of holding on; and we would, of
23 course.  When going down with the chief engineer,
24 the inspector, I always step out sideways, but there
25 are many people that hold the lid or go down or up.

96

1  So we did do that.
2    Q.  (BY MR. GRUBER):  Okay.
3    A.   And during the time at the shipyard, later
4  in the -- on the voyages when people had access to
5  those decks or to the crew.  And also even in the
6  Port of Wilmington, at that port call, we had to
7  prepare the hatch and also to go down.  And also
8  during the USDA ice-testing procedure, what we did
9  just before departure in November, to check all of
10 the sensors, if they are in compliance with the
11 United States Department of Agriculture rules, so
12 then also the crew just went up and down that hatch
13 with the ice buckets and all of the testing devices.
14   Q.   Was there ever any consideration given as
15 to requiring the longshoremen to only use the
16 accessway at the aft end of the number two hatch in
17 the cooler space?
18   A.   It was available to them, but when the
19 cargo hold deck still is covered with cargo and when
20 the steward [Stevedore] during the discharge is working aft, then
21 still the cooler room would not have been accessible,
22 so then they couldn't get into the deck, so then they
23 would have to have to need to use the forward.  So both
24 accesses were available to them.
25   Q.   And because there would have been a period

97

1  of time that the cargo would have been blocking the
2  door, so they could have gotten out into the hatch
3  from the cooler space.  Is that what you mean?
4    A.   Yeah. [No]
5    Q.   Okay.  So they would have had to have used
6  the forward at some point in time?
7    A.   (Nods).
8    Q.   And you never prohibited or did anything to
9  tell the longshoremen in the Port of Wilmington, for
10 example, "Don't use the accessway at the forward end
11 of the number two hatch"?
12   A.   No.
13   Q.   Now, getting back to the manual, if you
14 would go to the manual, which is the QAD No. 1, which
15 I have marked as Exhibit P-1(a), tab 7, 2.52.
16     MR. WHELAN:  Which volume is this?
17     MR. GRUBER:  It's --
18     MR. WHELAN:  One?
19     MR. GRUBER:  -- yeah, QAD-1.
20   Q.  (BY MR. GRUBER):  And I'm looking at 2.5.2,
21 and particularly under the heading, "The Chief
22 Officer," which I think is the next page from what
23 you are looking at.  Going down to Item 200, do you
24 see what I'm talking about?
25   A.   Yeah.

98

1    Q.    There it says that the chief officer makes
2    sure that the "hatches are open/closed in a safe
3    manner." To what is that referring to when it says
4    the hatches are open?
5            Are we talking in part there about the
6    access hatch lids that we have been discussing?
7            MR. WHELAN: Object to the form of the
8    question.
9            THE WITNESS: As I understand it, the
10   hatches generally refer to the cargo hold hatches,
11   the cargo hatches, because the next line --
12   Q.    (BY MR. GRUBER): Yes.
13   A.    -- is "Details on Entrances." So I think
14   they separated it.
15   Q.    Well, was it necessary during normal cargo
16   operations aboard the LUZON STRAIT to actually open
17   the hatch covers at each level?
18   A.    Yes.
19   Q.    For what reason?
20   A.    The discharge works from top to bottom, so
21   cargo would also cover the next deck level. So first
22   to clear out the cargo from the hatch, you would need
23   to open up the cargo hold hatch covers. And being a
24   reefer, you need to close the sections in order to
25   have a cooled atmosphere in the cargo hold.

99

1    Q.    Okay. Now, looking down to the next
2    asterisk under that, I think it says, "Safety
3    precautions at entrances and hatch openings are
4    taken." To what was that referring?
5    A.    As I understand it, this safety precautions
6    referred to entrances, such as manhole lids and
7    access ladders, leading into the cooler rooms and the
8    cargo holds.
9    Q.    So that would include the access hatch lid
10   at the 2C level forward end?
11   A.    Yes.
12   Q.    And when it says "Safety Precautions," what
13   particular safety precautions would be taken by the
14   chief officer at those locations?
15   A.    To see there's no obstructions there where
16   somebody can trip over, see if the deck's not
17   slippery with moisture or grease or whatever, and
18   then to assure that the hatches -- hatch lid is open
19   and that it is secured.
20   Q.    It's locked in a secured, open position?
21   A.    Yeah.
22   Q.    And in fact, was it the practice aboard the
23   ship for a crew member or crew members to -- in
24   addition to removing the grating that covered the
25   hatch lid at the forward end of 2C, to physically

100

1    lift up the hatch and to physically lock it in place?
2    A.    Yes.
3    Q.    And to open the hatch they had to -- there
4    was that dog that we saw had to be turned?
5    A.    Yes.
6    Q.    And there's a handle on the hatch where you
7    have to lift it up, correct?
8    A.    Yes.
9    Q.    Can that be done manually, or do you need
10   some sort of a tool or helping device to do that?
11   A.    That can be done manually.
12   Q.    And then it would be a question when the
13   hook-and-eye was in use of making sure that the hook
14   was engaged in the eye, correct?
15   A.    Correct.
16   Q.    And what member of the crew would have been
17   the member -- you know, an AB again, who would have
18   done that?
19   A.    The AB.
20   Q.    All right. Looking still on QAD-1, tab 18,
21   look at 2.1.4, which is entitled -- do you see
22   "Critical Equipment" and "Standby Equipment"?
23   A.    Yes.
24   Q.    And it talks about "identifying equipment
25   and technical systems which Seatrade considers to be

101

1    of a crucial nature in view of safety and/or
2    operational hazards." Then it says, "The following
3    additional qualifications are used in the vessel
4    information system." And then it says -- alongside
5    critical equipment it refers to equipment which bears
6    a direct relation with safety.
7    A.    Yes.
8    Q.    Now, did you consider the hook-and-eye
9    locking device on the hatch lid at the forward end of
10   2C to be critical equipment?
11   A.    In this definition, no.
12   Q.    Why not?
13   A.    Because this definition specifically
14   reefers to this VIS computer system. That's a
15   planned maintenance system. And in this definition
16   of relation with safety, it was referring to items
17   such as fire extinguishers, lifeboats, emergency fire
18   pumps, $CO_2$ fire extinguishers. So it's not as much
19   safety as to safe working appliances, or this was
20   really to emergency preparedness, yeah.
21   Q.    Well, did you consider that hook-and-eye
22   locking device to be a safety device?
23   A.    Yes. In its form, yes.
24   Q.    And was there any program of preventative
25   maintenance in place from the time the ship was

26 (Pages 98 to 101)

102

1 commissioned with regard to that hook-and-eye?
2    A.    The system onboard is that all crew members
3 are instructed and supported to report any defect.
4 So this is a continuous process that if during any
5 operation or at any given moment in operation of the
6 ship, loading, discharging or maintaining, if they
7 find anything broken or not good, not correct, they
8 report it to their superior, meaning the *BOATSWAIN*
9 the chief officer, and then that job gets put on the
10 job list and gets done.
11    Q.    So, for example, if an AB who would be
12 opening that particular hatch lid would notice a
13 problem with the hook-and-eye, it would be his job --
14 he would be responsible for reporting that condition?
15    A.    Correct.
16    Q.    And then once he had made the report, it
17 would be up to the vessel's officers to make sure
18 that the situation was corrected?
19    A.    Correct.
20    Q.    Okay.  I guess but other than when the lid
21 was opened or closed by an AB, would there have been
22 any other period of time when that hook-and-eye would
23 have been inspected for any reason?
24    A.    No.  So basically it's inspected every port
25 when you discharge and load, so that can be every

103

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

104

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

106

1  incident.
2     Q.   So that was the basis of my question.
3          Was the subject brought up at the
4  safety meeting that you are talking about because you
5  had notification of a lawsuit, or was it brought up
6  independently of that?
7     A.   I don't know. That I don't know, if it was
8  during that term, during that period, but I don't
9  know if it was before or after.
10         MR. GRUBER: Okay. I guess if we can
11  find those safety notes, I would request them.
12         MR. WHELAN: Okay.
13         (Information to be supplied)
14    Q.   (BY MR. GRUBER): Now let's talk about the
15  maiden voyage. The crew list that I have been
16  provided with, which I have here somewhere, which I
17  have marked as Exhibit P-23, do you have a copy of
18  that?
19         MR. WHELAN: I can find one. We have
20  one that we can look at if you need that. Let's just
21  make sure it's the same one. Yeah, here, we will
22  hand that back to Mr. Gruber so you can go further.
23  This is P-3 (sic)?
24         MR. GRUBER: Yes.
25    Q.   (BY MR. GRUBER): This indicates that it

107

1  seems like, for the most part, the date joined that's
2  listed as August 30, 2002, when people signed on.
3     A.   Yeah.
4     Q.   When did the ship actually leave Taiwan?
5     A.   31st August, yeah.
6     Q.   Okay. And where was its first stop after
7  it left Taiwan?
8     A.   In Japan.
9     Q.   For what purpose?
10    A.   For obtaining a clearance.
11    Q.   What type of clearance?
12    A.   Obtaining a Japanese port clearance which
13  would permit the vessel then to go to China. Because
14  due to the political situation, no merchant vessel is
15  allowed to trade directly from Taiwan to China. So
16  with a Japanese stopover, that would be solved.
17    Q.   And what had to be done in order to get
18  that clearance?
19    A.   It was just basically paperwork. So a stop
20  at Japan, anchor there, wait for the port officials.
21  Then they would testify the ship has been there, and
22  they would give it a port clearance to proceed to the
23  next port.
24    Q.   And what was the next port?
25    A.   Qingda in China, Q-I-N-G-D-A.

108

1     Q.   And what was done there?
2     A.   We loaded, if I recall correctly, 150 new
3  containers for Crowley USA.
4     Q.   And where were those containers scheduled
5  to be discharged?
6     A.   Jacksonville.
7     Q.   These containers were all stowed? Well,
8  where were they stowed? *deck*
9     A.   On the main, mostly as aft as possible.
10    Q.   Were they covering any of the hatch lids on
11  the main deck?
12    A.   No.
13    Q.   Okay. So nobody had to go into 2D, the 2D
14  level in China; is that correct?
15    A.   China, no.
16    Q.   All right. Then where did you go from
17  China?
18    A.   From China we went to Busan, Korea, to take
19  bunkers at anchor.
20    Q.   And again, it wasn't necessary for anybody
21  to go into 2D at that connection?
22    A.   Correct.
23    Q.   Where did you go from there?
24    A.   Then we sailed to Japan, the Tokyo Bay
25  area, to load secondhand cars and secondhand yachts.

109

1     Q.   And where did you stow that cargo?
2     A.   The cargo was stowed in all of the cargo
3  hold decks.
4     Q.   Including 2D?
5     A.   Including 2D.
6     Q.   Where was that cargo discharged?
7     A.   It was discharged in New Zealand in
8  Auckland.
9     Q.   Okay. Was the forward access hatch cover
10  at 2C opened during those cargo operations?
11    A.   Yes.
12    Q.   Was --
13         MR. WHELAN: 2C?
14         MR. GRUBER: 2C. Did I say --
15         MR. WHELAN: I think you said 2D.
16    Q.   (BY MR. GRUBER): Was your next step in
17  Auckland, New Zealand, after Japan?
18    A.   Yes.
19    Q.   And you discharged that cargo?
20    A.   Yes.
21    Q.   So, again, it would have been necessary for
22  longshoremen to go into 2D at that location?
23    A.   Yes.
24    Q.   And did they use the forward access?
25    A.   Yes.

28 (Pages 106 to 109)

110

1    Q.    Now, while you were in New Zealand, there
2    was some kind of inspection performed?
3    A.    Yes. We had a Port State Control.
4    Q.    And what was the reason that inspection was
5    made?
6    A.    Under the Port State Control memorandums,
7    countries oblige themselves to inspect a certain
8    amount of vessels in order to assure compliance with
9    the rules and safety.
10   Q.    And who conducted the inspection?
11   A.    It's a New Zealand citizen, New Zealand
12   inspector.
13   Q.    And what did he inspect?
14   A.    He inspected the vessel in general and --
15   and I know -- what I recollect, he specifically
16   focused on the emergency preparedness, lifeboats,
17   fire hoses.
18   Q.    Okay. You had mentioned earlier there was
19   a period of time when a Dutch inspector was aboard
20   the ship.
21   A.    Yeah, that's in the -- during the time at
22   the yard, the shipyard.
23   Q.    Okay.
24   A.    That's that shipping inspector.
25   Q.    And how long was he aboard the ship?

111

1    A.    Dutch shipping inspector? I think it was
2    at least a week.
3    Q.    And I think you told me that you had that
4    discussion with the Dutch shipping inspector
5    regarding the locking device for the forward hatch
6    lid at 2C, access hatch lid; is that correct?
7    A.    Yes, we had no discussions (sic).
8    Q.    Okay. You discharged that cargo at New
9    Zealand?
10   A.    Yes.
11   Q.    Did you take on any cargo at New Zealand?
12   A.    No.
13   Q.    Where did you go from there?
14   A.    We then proceeded to the northeast coast of
15   Australia, to Townsville, and there we called four
16   ports to unload beef, frozen beef, and yachts.
17   Q.    Now, I have a cargo stowage plan, which I
18   have marked as P-21. You have it there?
19        MR. WHELAN: Yeah, I have it. Let me
20   make sure it's the same -- yeah.
21   Q.    (BY MR. GRUBER): All right. If you have it
22   there, then --
23   A.    Yeah, it's the same.
24   Q.    And am I correct that this cargo stowage
25   plan does in fact relate to the cargo that was loaded

112

1    in the four Australian ports?
2    A.    As far as I know, yes.
3    Q.    Okay. And what were those ports? Well,
4    let me see, it was Townsville, Brisbane -- well, not
5    in order.
6    A.    Yeah, the first was Townsville, and then
7    Mackay, Port Alma, Brisbane.
8    Q.    So Brisbane was the last port --
9    A.    Yes.
10   Q.    -- before the ship came to the United
11   States?
12   A.    Yes.
13   Q.    Now, at which port was cargo loaded into
14   2D?
15   A.    Let me check the stowage plan. It says 2D,
16   Townsville. All cargo under 84 pallets, Townsville.
17   Q.    And what kind of cargo was it?
18   A.    Frozen beef.
19   Q.    Palletized?
20   A.    Palletized, yeah.
21   Q.    And in order to load that cargo in 2D, was
22   it necessary for longshoremen to go into --
23   physically go into 2D?
24   A.    Yes.
25   Q.    And did they use the forward access at 2C

113

1    that we have been talking about?
2    A.    Yes. They would start storing the cargo
3    aft against the cooler room, work their way forward
4    and use the access. Because obviously the other aft
5    access would be covered by cargo after the operations
6    begin, so they would have to use the aft ladder, the
7    forward ladder.
8    Q.    But in getting out of 2D, would they have
9    used that forward access, or would they have used the
10   aft end, in other words, in leaving the ship?
11   A.    In leaving the ship they would have used
12   the forward, yeah.
13   Q.    Okay. In other words, space would have
14   been left available for them to get out?
15   A.    Yes. Until you reach the really final
16   area, which is then loaded with one forklift and
17   pallets are put in place, covering also the access to
18   the forward ladder. And then what we would call --
19   we would plug the cargo into the coaming area with
20   slings.
21        MR. WHELAN: And how would they get
22   out then?
23        THE WITNESS: They either use a
24   portable ladder or they would use the pallet cage.
25   As long as they are in the final loading cycles, the

29 (Pages 110 to 113)

114

1 cage is off and then they would have to use a ladder,
2 portable ladder.
3    Q.   (BY MR. GRUBER):  Okay.  Now, as I
4 understand it, from Brisbane the ship went to Corpus
5 Christi?
6    A.   Correct.  Through the Panama Canal.
7    Q.   Okay.  And was there any cargo operation in
8 the number two hatch at Corpus Christi?
9    A.   Let me check.
10         MR. WHELAN:  Would you -- not to
11 complicate things, but he could look at the deck logs
12 to tell you that as well.
13         MR. GRUBER:  Oh, I don't care what he
14 looks at, no.
15         MR. WHELAN:  Would you rather do that?
16         MR. GRUBER:  He can look at anything
17 he needs to look at.
18         THE WITNESS:  Anything more decisive
19 than this.  This is here.  At Corpus Christi, a total
20 of 397 pallets was destined for Corpus Christi.
21    Q.   (BY MR. GRUBER):  But were any of those
22 pallets in the number two hatch?
23    A.   Let me check that out.
24         MR. WHELAN:  Do you have any open
25 exhibit numbers you want to put on these logbooks?

115

1         MR. GRUBER:  32, 33.
2         MR. WHELAN:  So we are going to mark
3 as 32 the logbook which runs from October 1st through
4 October 31st, and we are going to mark as 33 the
5 logbook that runs from November 1st through --
6         THE WITNESS:  Here we go.
7         MR. WHELAN:  -- November 30th.  Yeah,
8 do it on the inside.
9         THE WITNESS:  I am missing the Corpus
10 Christi port logbook.  Pallets were loaded and
11 unloaded.  What was the date?  It seems like this
12 logbook lacks the Corpus Christi details.  It ends
13 with Townsville.  And this one also didn't -- that
14 port was after --
15         MR. WHELAN:  Well, then go from the
16 stow plan.
17         THE WITNESS:  From the stow plan, 13
18 and 9, that was -- Corpus Christi.  Oh, here it is.
19 Hatch 1A there was a discharge to Corpus Christi, 91
20 pallets, and Brisbane, 168, and Mackay, 9,
21 Townsville, 213.  Okay.  3A, yeah, so there was a
22 discharge from 1A as they referred to it here, 1A.
23    Q.   (BY MR. GRUBER):  Okay.  But all I'm
24 interested in is whether there were any cargo
25 operations in the number two hatch in Corpus Christi.

116

1    A.   There's another six from hatch number 3B,
2 so no cargo operations.  As I get it from this
3 stowage plan in Corpus Christi, no cargo operations
4 on hatch number two.
5    Q.   Okay.  And am I correct that in looking at
6 this stowage plan, when the ship left Australia,
7 there was no cargo stowed in 2A or 2B?
8    A.   Correct, yeah.
9    Q.   All right.  And then from Corpus Christi
10 where did the ship go?
11    A.   It proceeded to Port Everglades.
12    Q.   And if I read the stowage plan correctly,
13 there were some boats on deck that were discharged?
14    A.   Yeah, for the Florida boat show.
15    Q.   So again, it wasn't necessary to go into
16 the number two hatch at Port Everglades?
17    A.   Correct.
18    Q.   Well, where did the ship go from Port
19 Everglades?
20    A.   To Jacksonville to discharge the new
21 containers.
22    Q.   Okay.  Those containers that you told us
23 about?
24    A.   Yeah.
25    Q.   And again, it wasn't necessary to go into

117

1 the number two hatch at Jacksonville?
2    A.   Correct.
3    Q.   So between -- well, actually, the last port
4 in Australia was Brisbane, correct?
5    A.   Correct.
6    Q.   And as I read the stowage plan, the cargo
7 that was stowed in the number 2D hatch was Townsville
8 cargo?
9    A.   Correct.
10    Q.   So the last cargo operations -- there were
11 no cargo -- strike that.
12         There were no cargo operations at
13 number 2D between Townsville and Wilmington,
14 Delaware.  Is that fair to say?
15    A.   Yes.
16    Q.   Okay.  While the ship was at sea, at any
17 time between Australia and Wilmington, would it have
18 been necessary or was it necessary for anybody to use
19 the forward access lid at the number two hatch, 2C
20 level?
21    A.   No.
22    Q.   Okay.  You had mentioned before -- and I
23 forget in what context -- but something to do with
24 ice bucket or buckets or something?
25    A.   Yeah.

30 (Pages 114 to 117)

118

1    Q.   That was in the Port of Wilmington that was
2  done?
3    A.   After completion of discharge we did this
4  what we call ice-bucket temperature testing of our
5  sensors in order to get USDA accreditation.
6    Q.   Was that right before the ship left port?
7    A.   Yes.
8    Q.   All right. We will get to that.
9         MR. GRUBER: Now, may I just see the
10  first log -- or no, the logbook that would cover
11  Wilmington.
12        (Mr. Whelan complies)
13        MR. GRUBER: Thank you.
14        MR. WHELAN: The Wilmington?
15        MR. GRUBER: Yeah.
16        THE WITNESS: It's in the November 1.
17   Q.  (BY MR. GRUBER): Yeah. Because I have a
18  document that's a port log, which I have marked as
19  P-22. Is this -- is this an excerpt from --
20        MR. WHELAN: Static.
21   Q.  (BY MR. GRUBER): -- from the deck log to
22  the vessel?
23        MR. WHELAN: It's -- just for the
24  record, so no one's confused, this log's a little
25  different from what I think you and I are used to

119

1  seeing.
2         MR. GRUBER: Yeah.  *PORT*
3         MR. WHELAN: Because the sea
4  passage -- and the captain can explain this -- is in
5  the front and the forward activities are in the back.
6         MR. GRUBER: Yeah, I wondered about
7  that.
8         MR. WHELAN: So, Captain, there's a
9  pending question. Does this -- is this out of the --
10  what we have marked as P-33, the official integrated
11  log?
12        THE WITNESS: Let me check. Page 34?
13        MR. WHELAN: Yes.
14        THE WITNESS: So P-22 is part of P-33.
15   Q.  (BY MR. GRUBER): And who actually made
16  that -- did that -- filled out that port log?
17   A.   It's first filled out in the actual deck
18  logbook by the attending officer on duty, so that is
19  the chief officer or second officer. They take duty
20  shifts. And after that the chief officer writes it
21  into this official log.
22   Q.   Okay. So P-22 is a copy of a portion of
23  the vessel's deck log.
24        I will also show you a document that's
25  marked P-27. I don't know whether you have ever seen

120

1  it or a copy of it before.
2    A.   Yeah.
3    Q.   What is that?
4    A.   This is the statement of facts that the
5  agency draws up after a port call.
6    Q.   Is that -- did you get a copy of that --
7    A.   Yeah.
8    Q.   -- in the normal course of business?
9    A.   Yes.
10   Q.   And who actually prepares that document?
11   A.   Who? The agent, the shipping line's agent.
12   Q.   Was that a representative of the shipping
13  line's agent on board the ship during cargo
14  operations?
15   A.   Not all of the time, no.
16   Q.   Well, where did he or she get their
17  information from to complete that document, do you
18  know?
19   A.   Usually from the stevedore company.
20        MR. WHELAN: It's S-T-E-V-E-D-O-R-E.
21        THE WITNESS: But it depends on the
22  port. Some ports have different setups, different
23  arrangements.
24   Q.  (BY MR. GRUBER): Okay.
25        MR. WHELAN: Do you want that back?

121

1         MR. GRUBER: Yeah.
2    Q.  (BY MR. GRUBER): Now, did Mr. Jansen come
3  on board the ship while it was in Wilmington?
4    A.   As I recall, he joined earlier, before
5  then. Possibly before Jacksonville I'm sure. Maybe
6  even Corpus Christi or Everglades. I'm not sure.
7  One of the two.
8    Q.   According to the crew list, which we have
9  marked as P-23, Mr. Jansen came board November 24th,
10  2002. So was the ship in Port Everglades or
11  somewhere?
12        MR. WHELAN: The witness is checking
13  the logbook, Exhibit 33.
14        THE WITNESS: Jacksonville.
15   Q.  (BY MR. GRUBER): Jacksonville?
16   A.   Yeah, Jacksonville.
17   Q.   Okay.
18   A.   So I was wrong with Port Everglades. So it
19  was Jacksonville.
20   Q.   All right. And did he stay on board the
21  ship until it arrived at Wilmington?
22   A.   Yes.
23   Q.   And at some point while the ship was in
24  Wilmington, did he depart?
25   A.   Yes.

122

1 Q. What was his purpose on being aboard the
2 ship?
3 A. His purpose is what we call a vessel visit,
4 and during this visit he checks on the status of the
5 ship and sets out the maintenance, scope of
6 maintenance and other land projects for the near
7 future.
8 Q. Was this considered one of those internal
9 audits that are mentioned in the manual, the QA
10 manual?
11 A. No.
12 Q. But is this the type of thing that you do
13 now in your capacity --
14 A. Yes, correct.
15 Q. -- as vessel superintendent?
16 A. Yes.
17 Q. Were cargo operations going on during the
18 time that Mr. Jansen was there in Wilmington?
19 A. Yes.
20 Q. Do you know whether he had an opportunity
21 to go in and out of the cargo holds?
22 A. The opportunity, yes, was --
23 Q. Well, that's a bad question.
24 Did he go in and out of the cargo
25 hold?

123

1 A. I'm sure, but I cannot recall any specific
2 date or time, but I'm sure he -- he went in, yeah.
3 Q. Okay. Now, also during the course of that
4 voyage -- well, let me see if I'm confused here --
5 there was a change in chief engineer, some type of
6 change took place?
7 A. Yes.
8 Q. What happened there?
9 A. The new chief engineer arrived in the
10 Panama Canal, and in order to hand over and instruct
11 the new chief engineer on the new ship, the chief
12 engineer, Balvert, stayed on until Wilmington, so she
13 had an overlap of about ten days, two weeks.
14 Q. Well, on the last page of P-23 it says --
15 at least as I read it -- Mr. Balvert joined the ship
16 on October 26th, 2002?
17 MR. WHELAN: Just a -- do you want me
18 to tell you what that means, or would you rather not?
19 MR. GRUBER: Yeah, I want information.
20 It's like I always do with you.
21 MR. WHELAN: No, I think what that is
22 is that's the day that he formally turned over the
23 command of chief engineer and he became a
24 supernumerary.
25 MR. GRUBER: Supernumerary, okay.

124

1 MR. WHELAN: Yeah, which is the
2 listing on that exhibit.
3 THE WITNESS: So he stayed on until
4 Wilmington to hand over and familiarize the new
5 chief.
6 Q. (BY MR. GRUBER): Right.
7 A. So I think the date listed for the official
8 handover, 26 October may -- I think that's the Panama
9 Canal crossing when the other chief engineer joined.
10 Q. Well, yeah, I guess that's what confused
11 me, because I couldn't find Mr. Bal -- maybe he's
12 there, but I couldn't find him listed as being on
13 there in August, but he would have been --
14 A. Yeah, he was -- he was there.
15 Q. And he was there for the two weeks
16 before --
17 A. Yeah.
18 Q. -- before August 30th?
19 A. Yeah.
20 MR. WHELAN: And he, indeed, will be
21 here and tell you about that.
22 MR. GRUBER: I know he will. Not that
23 I will -- I may not even ask it.
24 Q. (BY MR. GRUBER): Okay. Now, let's take a
25 look at the port log, which is Exhibit P-22.

125

1 MR. WHELAN: P? You're at --
2 THE WITNESS: 34, yeah.
3 MR. WHELAN: Okay, we will stick with
4 P-22. Okay.
5 Q. (BY MR. GRUBER): And actually, it doesn't
6 have anything to do with this, but with this type of
7 loading and discharging operation, is there a
8 breakout portion of the stow that -- typically I
9 think in terms of there being a breakout portion that
10 has to be discharged first so you can get forklifts
11 in. Is that true with this type of arrangement as
12 well?
13 A. Yes.
14 Q. And the breakout is located in what portion
15 of the hatch?
16 A. It's located exactly under the hatch cover,
17 which we refer to as the hatch square.
18 Q. Now, in order to discharge the breakout,
19 what has to be done?
20 A. The pallet cage would have to be parked,
21 and only the trolley with the spreader would lower to
22 the deck and lift out the breakout by nylon slicks. slings
23 Q. Okay. So you wouldn't be using the
24 elevator for that?
25 A. Yeah. It's part of the elevator.

126

1    Q.   Oh, it is an elevator?
2    A.   The elevator consists of the trolley and
3  the spreader and then the pallet cage. So now the
4  pallet cage is off and you just have this --
5        MR. WHELAN: Putting the cage on the
6  pier?
7        MR. GRUBER: Yeah.
8        THE WITNESS: No. There's a parking
9  spot for it.
10       MR. WHELAN: On the ship?
11       THE WITNESS: Yeah, there's a parking
12  spot on the ship.
13       MR. JANSEN: You must see it to --
14       THE WITNESS: Yeah, it's quite --
15   Q.   (BY MR. GRUBER): But then after the
16  breakout, then the forklift can be loaded?
17   A.   Yeah, yeah.
18   Q.   Okay. Now, typically as I understand it
19  then, in the particular hatch level that you are
20  working, do you stop, turn off the cooling system?
21   A.   Yes.
22   Q.   Why?
23   A.   That have -- we get complaints from
24  stewards that they are freezing up.
25   Q.   Okay. And that can be done from the engine

127

1  room you say?
2    A.   Yes. So the routine is that the deck
3  officer notices that the above deck is nearing to be
4  discharged. Then he would call the engine room and
5  tell, "Okay, please switch off the next deck's
6  cooling." And after they confirm that, then he can
7  eventually open up the next deck.
8    Q.   Okay. Do you remember having a meeting --
9  or let me strike that.
10       Typically would it be you and/or the
11  chief officer who would meet with stevedore
12  representatives when a vessel would arrive in port?
13   A.   Yes.
14   Q.   Both of you or one of you?
15   A.   Usually both, yes.
16   Q.   And do you recall any meeting that you had
17  in Wilmington when the ship arrived around
18  November 6th or 5th?
19   A.   No, I don't recall. I recall the foreman.
20  Yeah, I recall speaking to him, and he even drove me
21  around on the terminal to show me the port, how it
22  operated there.
23   Q.   Was that your first time in the Port of
24  Wilmington?
25   A.   Yes. The first time since 15 years, so I

128

1  have long not been there.
2    Q.   But you don't remember any specific
3  conversation?
4    A.   No, no.
5    Q.   Do you remember any discussion with the
6  stevedore representatives regarding whether this was
7  a new operation for them?
8    A.   I don't specifically recall it, but we had
9  to, because without a specific discussion on how to
10  operate this ship, we could not have started.
11   Q.   And you knew, of course, that they would be
12  discharged from the 2D in Wilmington, correct?
13   A.   Yes.
14   Q.   And did you in any way tell the stevedore's
15  representative that they were not to use the forward
16  end accessway in the number two hatch?
17   A.   No. They could use both accesses.
18   Q.   All right. And in the Port of Wilmington,
19  according to the port log, cargo operations started
20  at 2D for the first time on November 7th; is that
21  correct? On Page 35 I think.
22   A.   Yeah.
23   Q.   Is that right?
24   A.   Correct, November 7, 2D, there was a
25  discharge.

129

1    Q.   That was in the afternoon, a little after
2  2:00 o'clock in the afternoon?
3    A.   Yeah, 14:05.
4    Q.   And cargo operations stopped in 2D at a
5  little before 6:00 o'clock in the evening, correct?
6    A.   Correct.
7    Q.   And then again on November 8th, if I'm
8  reading this correctly, there were only two hatches
9  working that day, number two and number three; is
10  that right?
11   A.   Correct.
12   Q.   And number three was completed by 10:43 in
13  the morning?
14   A.   Correct.
15   Q.   And the only hatch that was then working,
16  and it was working between 11:10 and 1500, was hatch
17  number two?
18   A.   Yes, correct.
19   Q.   And throughout that period of time cargo
20  operations were going, they were discharging the
21  cargo in 2D, correct?
22   A.   Correct.
23   Q.   Now, according to the QA manual, and I know
24  in general, there was always an officer on watch
25  during cargo operations, correct?

33 (Pages 126 to 129)

130

1  A.  Correct. They log these times.
2  Q.  Who was the officer on watch between 11:10
3  and 1500 hours on November 8th?
4  A.  We usually have six-on/six-off shifts. So
5  from 11:10 until noon would have been the chief
6  officer. From noon until 1800 was the second
7  officer.
8  Q.  When only one cargo hatch is being worked,
9  what is the responsibility of the officer on watch or
10  on deck?
11  A.  He looks after the ship's matters, the
12  mooring lines, he keeps the log, and he looks after
13  the equipment and any general interests.
14  Q.  Doesn't he have an obligation to observe
15  cargo operations?
16  A.  Yeah, he observes that, yeah.
17  Q.  First of all, to see whether there was any
18  damage to the cargo?
19  A.  Yes.
20  Q.  Whether there was any damage to the ship?
21  A.  Yes.
22  Q.  Was there any damage to the cargo or any
23  damage to the ship while the vessel was in the Port
24  of Wilmington in November 2002?
25  A.  As I recall, we had no cargo damage, and as

131

1  I recall, we had no ship's damage.
2  Q.  Okay. So, I'm sorry, who would have been
3  the officer that was on duty between noon and 1500?
4  A.  The second officer, Jison is his name.
5  Q.  And what about you, what would you have
6  been doing at that time?
7  A.  I know I was on board and --
8         MR. WHELAN: You're saying from 1200
9  to 1500?
10         MR. GRUBER: 1200 to 1500.
11         THE WITNESS: 1200? I was on board.
12  We were coordinating the preparation for the USDA
13  testing. So we had been in contact with the agent
14  and the ship chandler for ice buckets and ice. And
15  the USDA inspector, he had been on board to review
16  our systems and to discuss with us the procedure. So
17  we preplanned the testing for the afternoon.
18  Q.  (BY MR. GRUBER): Was Mr. Jansen still on
19  board on November 8th?
20  A.  I think he left on that day. I think he
21  left during that day, but I'm not a hundred percent
22  sure.
23  Q.  Now, we know that 2D was worked on
24  November 7th for a portion of the day.
25  A.  Yes.

132

1  Q.  So at some point in time on November 7th,
2  presumably before 1405, somebody would have opened
3  the forward access hatch lid that we have been
4  talking about?
5  A.  1405? Yes.
6  Q.  Do you know who that would have been?
7  A.  The duty AB, who was on duty with the
8  second mate.
9  Q.  Now I have seen reference to a Joel
10  Medenilla.
11  A.  Yeah.
12  Q.  M-E-D-E-N-I-L-L-A.
13  A.  Yeah, probably him.
14  Q.  And at the end of cargo operations on
15  November 7th, which was just before 6:00 o'clock in
16  the evening, would the forward access hatch lid have
17  been left open for the next day or would it have been
18  closed?
19  A.  We would have closed it, because afterwards
20  we would start the cooling again. Leaving the hatch
21  open would have left a lot of cool air to escape and
22  not have an efficient cooling system.
23  Q.  And again, that would have been done by the
24  AB?
25  A.  By the AB, yeah.

133

1  Q.  Now --
2  A.  Because at 1806 they would start cooling,
3  so before that they would close the lid and the hatch
4  cover.
5  Q.  And on November 8th, it shows hatch number
6  two at 0600 stopped cooling 2D and opened. Is that
7  the time that forward access hatch lid would
8  have been opened by an AB?
9  A.  Yes, correct.
10  Q.  And would that have been Medenilla again?
11  A.  I think so, but we would have to check his
12  schedule, because they had a rotating schedule.
13  Q.  Okay.
14  A.  But at 6:00 a.m., it might have been
15  another AB.
16  Q.  Okay. But in any event, it would have been
17  a ship's AB that opened it?
18  A.  Yes.
19  Q.  And it would have been at 0600?
20  A.  Yes.
21  Q.  And the longshoreman did not enter that
22  hatch until 11:10 in the morning, correct?
23  A.  Yes.
24  Q.  Now, this testing that you told us about,
25  according to the port log that we have been talking

34 (Pages 130 to 133)

134

1  about, is that where it says "testing of sensor by
2  USDA"?
3      A.   Yes.
4           MR. WHELAN:  Sensor's spelled with a
5  $.
6           MR. GRUBER:  I know.
7      Q.   (BY MR. GRUBER):  That started at 1800 hours
8  or 6:00 o'clock?
9      A.   Yes.
10     Q.   And that finished at 2000 hours or 8:00
11 o'clock?
12     A.   Yes.
13     Q.   And then the shift left after that sometime
14 that evening?
15     A.   Correct.
16     Q.   Now, what was being tested?
17     A.   During those two hours, the cargo hold's
18 temperature sensors, which are on each and every
19 deck -- there's air sensors and also fruit sensors --
20 they have a long cable and they can be inserted into
21 fruit to monitor the actual pulp temperature during a
22 voyage, and then it can be certain that this complies
23 with the cooling instructions.
24     Q.   Okay.
25     A.   So it is an intense regime of temperature

135

1  checking during the voyage.  So it's required by the
2  USDA.
3      Q.   Now, why did that require people going into
4  the hold with buckets of ice, did you say?
5      A.   Yeah.  Because buckets of melting ice in
6  water typically have 0-degree Celsius temperature.
7  So if the sensors are inserted into these buckets and
8  stirred well, then you should get a 0-degree readout
9  in your computer system.  If there's any offset, like
10 if it shows 0.3, you know that the sensor is faulty.
11 But if they all show 0.0, or what is permitted, 0.2,
12 they are okay and you do get a certificate.  So it's
13 a quality check of your sensor calibration.
14          MR. JANSEN:  We do it at home as well.
15     Q.   (BY MR. GRUBER):  Did you personally observe
16 this --
17     A.   Yes.
18     Q.   -- going on?
19     A.   I coordinated the shifting of buckets in
20 order to make it a speedy operation.  Because we had
21 ten buckets and the surveyor wanted to do a fast
22 operation.  So we complete one deck, shift them all
23 to the next, and we would coordinate that shifting
24 around.
25     Q.   In every hatch?

136

1      A.   In every hatch we had radio communication
2  in order to make sure that the readout was good and
3  that we could proceed.
4      Q.   At every level of every hatch?
5      A.   Correct.
6      Q.   Did it make any difference whether the crew
7  members use the forward access hatch or the aft
8  access hatch?
9      A.   No.  We use all.  But we put the buckets
10 onto the elevator and brought them down to the decks,
11 and the crew members would go down the ladders and
12 take them off and distribute the buckets of ice.
13     Q.   Okay.  Now, at some point the forward
14 access hatch cover at 2C had to have been closed
15 before the ship left port, or no?
16     A.   No.  Because we would then go on a ballast
17 voyage.  We would leave it open because during the
18 voyage, the ABs would sweep the cargo hold and remove
19 any cardboard or wood or any remains from plastic
20 wrap, and for this we would leave those accesses open
21 because they would be going up and down this hatch
22 and other many times with their brooms and buckets.
23     Q.   So when would have been the next time that
24 it would have been closed?
25     A.   We then proceeded southbound to Brazil, and

137

1  there we stayed at anchor for about a week.  And at
2  the end of that week, we started our routine which we
3  call precooling.  That's when the cargo holds are
4  clean and ready for cargo.  Then we start the hatches
5  to test the equipment and to bring the holds down to
6  their required temperature.
7      Q.   So it would have been done in Brazil?
8      A.   Yeah, at anchor in Brazil.
9      Q.   By an AB presumably?
10     A.   Correct.
11     Q.   Now, I know that you gave a statement to
12 somebody in this case around June 8th or June 9th,
13 2004.  Do you recall that?
14     A.   No, I don't.  Last -- last year?
15     Q.   Yeah.
16     A.   We made it -- yeah.
17     Q.   You do recall?
18     A.   Yeah, I recall, yeah.
19     Q.   Was Mr. Medenilla with you when you gave
20 that statement?
21     A.   I was in the office, so he was not present
22 with me at that time, no.
23     Q.   Were you present when he gave his
24 statement?
25     A.   No.

138

1    Q.    Did you talk to him about what he recalled?
2    A.    No.
3    Q.    So you have no idea what's in his
4  statement?
5    A.    No.
6    Q.    You haven't seen it?
7    A.    I don't recall, but I have never seen it.
8    Q.    Do you have any firsthand information
9  regarding anything about Mr. Turner and the accident
10  he claims to have had aboard the ship on
11  November 8th, 2002?
12    A.    Not first, only secondhand, from what I
13  report -- what was reported to me through the
14  company.
15    Q.    Now, I take it you continued to use that
16  forward access hatch lid at 2C after you left
17  Wilmington?
18    A.    Yeah.
19    Q.    And were there any repairs or modifications
20  made to it while you were on board the ship?
21    A.    No.
22
23
24
25

140

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

141

1  mine's not marked HH. But I will mark mine. Oh, you
2  marked it yourself.
3              MR. GRUBER:  I didn't mark it.  I got
4  it from you.
5              MR. WHELAN:  That's not me.
6              MR. GRUBER:  Why would I mark
7  something HH?
8              MR. WHELAN:  Well, no, I say it in my
9  letter.
10              MR. GRUBER:  You know what?  Maybe I
11  did.
12              MR. WHELAN:  Yeah, because I say it in
13  my letter.  So one's HH and the other one's II?
14              MR. GRUBER:  Yeah, that's II.
15              MR. WHELAN:  Let me just mark them.
16              MR. GRUBER:  That's right.  That's not
17  my handwriting, but I may have had it done.
18    Q.   (BY MR. GRUBER):  Okay.  Anyway, this is an
19  exhibit that's marked HH.  Do you have any idea who
20  these people are, Gibson, Minto, M-I-N-T-O, & Aiton,
21  A-I-T-O-N?
22    A.   No.
23    Q.   And this is a letter that's written in
24  October 2000 to China Shipbuilding Corporation.  And
25  the third paragraph of that letter says, "Handgrips

36 (Pages 138 to 141)

142

1  to a height of 1000 millimeters should be fitted
2  above all main deck access openings."
3          Do you have any idea what they are
4  talking about there, what handgrips?
5   · A.  A height of a thousand millimeters should
6  be fitted above all main decks.  So they are
7  discussing the main deck, which is the upper deck of
8  the ship where you access from outside into the hold?
9      Q.  (Nods).
10     A.  So all those access openings should be
11  fitted with handgrips.  It could mean that they mean
12  a handgrip which is a hundred millimeters -- a
13  thousand millimeters in height but it could also mean
14  a handgrip positioned a thousand millimeters in height, so
15  that's --
16     Q.  Do you know that such handgrips were in
17  fact installed or a part of the LUZON STRAIT when you
18  came aboard?
19     A.  I do not know for sure, but in the access
20  to hold number two's main deck, I know there is
21  handholds, yeah, going from the deck house through
22  the main deck into the A deck, yeah.
23     Q.  So the purpose of those handholds is what
24  at the main deck access level?
25     A.  To grab onto.

143

1      Q.  Coming in and out of that main access?
2      A.  Yeah.
3      Q.  Pardon me?
4      A.  Yes.
5      Q.  Is there a hatch cover there?
6      A.  Yes.
7      Q.  But there's also a separate hand --
8  handhold?
9      A.  Yeah.  I think in two -- hold number two's
10  access, I think the hatch lid opens up sideways where
11  the ladder is to the bulkhead, so there you need the
12  grips because you don't have the lid to hold onto,
13  because the lid is on the port side and the ladder is
14  forward.
15     Q.  Uh-huh.
16     A.  Which is different from the other
17  constructions where they had -- the lid is on the
18  same side as the ladder.
19     Q.  Why isn't the lid on the same side as the
20  ladder?  Is there some reason it couldn't have been
21  on the same size as the ladder -- same side as the
22  ladder?  I'm sorry.
23     A.  Yeah, they could have done that, but
24  obviously they didn't.
25     Q.  Okay.

144

1      A.  Because then the hatch, that lid should
2  have opened forward and it opens port.
3      Q.  All right.  Just a few more questions and
4  we're done.
5          Just going back to these photographs
6  that we used for the access hatch lid at the aft end
7  of 2C.  Oh, I'm sorry, those were 18E, J -- well, we
8  can just use 18J for now.
9          The size -- we see the hook that's
10  shown in the photograph.  Now that hook, I think you
11  will agree with me, is substantially different in
12  size than the hook that was in use to secure the
13  hatch lid at the forward end of 2C.  Am I correct
14  about that?
15         MR. WHELAN:  Object to form of the
16  question, but I'm --
17     Q.  (BY MR. GRUBER):  No?
18     A.  No, I think not.  I would estimate that in
19  length and diameter of the steel it is the same or
20  similar.
21     Q.  Well, let me -- hold on a minute.  Looking
22  at Photograph DD and Photograph FF-3 and comparing
23  that with the hook that was shown in Photograph 18J,
24  are you saying it's the same length and thickness?
25     A.  Yeah.

145

1      Q.  Pardon me?
2      A.  Yeah, I would -- I would estimate, and what
3  I recall is that these all were the same length and
4  thickness.  Here you see the photo of it.  It's
5  difficult to compare.  I'm trying to compare the
6  handhold with the --
7      Q.  Yeah, I understand.
8          MR. WHELAN:  And you're asking him to
9  do this by looking at these photographs?
10         MR. GRUBER:  I am.
11         MR. WHELAN:  Okay, in that regard I am
12  going to object to him making an opinion on something
13  like that.  So to the best of his -- if he can from
14  his recollection recall, but not from photographs.
15         THE WITNESS:  All these hooks were the
16  same or very similar in size, length and diameter of
17  the steel.
18     Q.  (BY MR. GRUBER):  Are you aware of the
19  existence of any drawings giving the dimensions of
20  the hooks and eye or the hooks used for the access
21  hatch lids in number two, both at the aft end and the
22  forward end?
23     A.  No, I have never seen that.
24         MR. GRUBER:  Okay.  Thank you very
25  much.  I appreciate your patience.

37 (Pages 142 to 145)

146
1        THE WITNESS: You're welcome.
2        MR. WHELAN: I just have a few cleanup
3  questions before that. I am going to go backwards
4  rather than from the beginning.
5        THE WITNESS: The recent stuff.
6        EXAMINATION
7    Q.  (BY MR. WHELAN): Okay. Do you know,
8  Captain, whether the exact sizes of the hooks that
9  Mr. Gruber asked you to compare --
10   A.  No.
11   Q.  -- do you know for a fact what their sizes
12  are?
13   A.  No, I never measured them. I just know
14  they are about a hand long, so I would guess 15
15  centimeters or six-, seven-inch.
16   Q.  Okay.
17   A.  Or a -- thicker than a pen,
18  eight millimeters.
19   Q.  Do we have the --
20        MR. WHELAN: Stan, did you mark the
21  New Zealand thing?
22        MR. GRUBER: You mean II? That --
23        MR. WHELAN: No, not -- I'm sorry, the
24  Dutch thing. I want to mark that because he referred
25  to it. I think that is the follow-up. I think I

147
1  gave you my --
2        MR. GRUBER: You gave me a copy, but I
3  didn't mark it.
4        MR. WHELAN: Can I use that copy to
5  mark, because I don't have an extra.
6        THE COURT REPORTER: Can I go off the
7  record?
8        MR. WHELAN: Yeah, off the record.
9        (Discussion off the record)
10   Q.  (BY MR. WHELAN): Okay. Captain, during
11  your testimony you talked -- when Mr. Gruber was
12  asking about your stay in Keelung shipyard period,
13  you made reference to the Dutch inspector, who spent
14  you said approximately a week aboard the vessel.
15   A.  Yes.
16   Q.  Do you remember that?
17   A.  Yes.
18        MR. GRUBER: I hate to interrupt, but
19  we already have it. For some reason it's marked
20  P-30.
21        MR. WHELAN: So for the record, strike
22  P-34. We will save that for whatever the next
23  exhibit is. That's actually been marked as
24  Exhibit P-30.
25        MR. GRUBER: But do you have another

148
1  copy so I can look on?
2        MR. WHELAN: Yeah, we will give you
3  his.
4    Q.  (BY MR. WHELAN): We are looking at P-30.
5        Captain, is that the report from the
6  Dutch inspector that you recall being in Keelung to
7  inspect the LUZON STRAIT during that period before
8  you left the shipyard?
9    A.  Correct.
10   Q.  And could you tell us why this Dutch
11  inspector came to your vessel and did this
12  inspection?
13   A.  The ship was to be flagged under The
14  Netherlands registration and the Dutch ship  *Flag*
15  inspections. Before taking a ship into its flight,
16  they check for compliance with international
17  conventions and also Dutch-specific regulations.
18   Q.  Okay. And did the inspector go into the
19  cargo holds of the LUZON STRAIT?
20   A.  Yes.
21   Q.  Did he use the accesses both through the
22  cooler rooms and through the deck accesses, both the
23  forward and aft accesses for all of the cargo holds?
24   A.  Yes.
25   Q.  Did he ever bring to your attention any

149
1  problems that he saw with either the access covers,
2  the ladders, or the securing devices for the access
3  covers while he was in attendance?
4    A.  No, he did not. Because otherwise he would
5  have inserted it on this list.
6    Q.  Okay. Is that the type of thing that he
7  would inspect, entrances such as accesses?
8    A.  Yes.
9    Q.  Would -- while we're on that subject, when
10  you were talking to Mr. Gruber about referencing the
11  QA manual about entrances to -- there was the word
12  "entrances" and that the officer of the ship prior to
13  cargo operations should be assured that the entrances
14  are in a safe condition.
15   A.  Yes.
16   Q.  Could entrances in that -- or does the
17  reference to that entrance, would that also include
18  entrances into the ship's house and any other type of
19  entrances -- masthouse entrances and other
20  entrances --
21   A.  Yes.
22   Q.  -- that longshoremen would use?
23   A.  Yes.
24   Q.  Or anyone would use for that matter?
25   A.  Correct.

38 (Pages 146 to 149)

150

1    Q.   Okay. And was there one inspector or more
2   than one for the Dutch flag that was at attention?
3    A.   There was two. But one of the gentlemen
4   left earlier. One was there five days, and the other
5   was there a week or a little bit more than a week.
6    Q.   Okay. And as a result of this inspection,
7   this exhibit that we have marked P-30, this was
8   created and it's called "Inspection Report," and
9   there were certain items that he listed that needed
10  correction or attention at some point in time,
11  correct?
12   A.   Correct.
13   Q.   But those items did not stop you from
14  obtaining the certification to fly the flag of the
15  Netherlands?
16   A.   Correct, that's the procedure.
17   Q.   Okay. And did any of the open items have
18  anything to do with the access covers, the ladders
19  and the access that are in the cargo holds?
20   A.   No. There's a — there's a good example
21  that there's -- on one of the entrances into the bow
22  thruster room, he remarked that there was a locking
23  pin missing, so this gives an example into how much
24  detail he went, and he did remark that onto the --
25  the access into the bow thruster room.

151

1            MR. GRUBER: Could you give me the
2   number of that, please.
3            THE WITNESS: Item 7: "Securing pin
4   missing for BT entrance cover," so that's bow
5   thruster entrance hatch cover. But it shows the
6   level of detail he would go into in listing all of
7   these points that are to be attended to.
8    Q.   (BY MR. WHELAN): Okay. Now, going to the
9   next point, is the main -- is the main deck
10  synonomous with weather deck?
11   A.   Yes.
12   Q.   And one of the questions that Mr. Gruber
13  was asking about, Exhibit II where they were talking
14  about handholds for the main deck, do you remember
15  that?
16            MR. GRUBER: That was HH.
17   Q.   (BY MR. WHELAN): I'm sorry. HH.
18   A.   Yeah.
19   Q.   I am going to show you what has been marked
20  before as AA, Plaintiff's AA, which is the booklet of
21  plans that we went over in detail earlier. And
22  Page 7, that has the access on the weather deck; is
23  that correct?
24   A.   Yes.
25   Q.   Okay. And in that -- is that access flush

152

1   with the weather deck or above the weather deck?
2    A.   This typical one, which would be parallel
3   number four and number one, that would be elevated.
4    Q.   Okay.
5    A.   So not flush.
6    Q.   Okay. And what about the main deck for
7   number two, would that be similar?
8    A.   That one would be flush, because that is
9   inside of the deck house.
10   Q.   Okay.
11   A.   This one is outside on the deck.
12            MR. GRUBER: What page?
13            MR. WHELAN: On Page 7.
14            MR. GRUBER: Okay.
15   Q.   (BY MR. WHELAN): So some of the main deck
16  accesses have a raised coaming so to speak?
17   A.   Correct.
18   Q.   Above -- is that because --
19   A.   On number one and number four.
20   Q.   Is that because they are exposed to the
21  weather?
22   A.   Correct.
23   Q.   And so they have to be higher up?
24   A.   Yeah. The ones for two and four are inside
25  of deck houses.

153

1    Q.   Okay.
2    A.   No, two and three. Sorry, two and three.
3    Q.   Now, going back to when you were in Brazil,
4   and that would be the time when you started your
5   cooling process after you had left Wilmington, and
6   you said that when you did the pre-cooling, that's
7   when the cover at 2C at the forward-end access would
8   be closed by an AB?
9    A.   Yeah.
10   Q.   And locked in place and the plug would be
11  put in for the gratings, correct?
12   A.   Not yet.
13   Q.   Not yet. Okay. Because you would be
14  loading?
15   A.   Yeah, it still can be used before it needs
16  to be flushed for forklifts.
17   Q.   Okay. But at the same time when you're
18  doing this cooling process, would the ABs also go in
19  and close the covers in the cooler rooms for the
20  various access levels?
21   A.   Yes.
22   Q.   And you were talking about when you were in
23  Wilmington and the USDA was doing these tests, and
24  the reason for the USDA tests is because they require
25  temperature records on fruit that you're carrying

154

1  before it would be permitted to be brought back into
2  the United States; is that correct?
3      A.   Yes, correct.
4      Q.   So it's sort of a regulatory or a
5  government requirement to have these sensors?
6      A.   Yes.
7      Q.   And you had indicated that you were
8  bringing some buckets down with the pallet tray?
9      A.   Yeah.
10     Q.   And you said that they would use the access
11 at the forward end of number 2D because it's close to
12 a pallet tray --
13     A.   Close to the pallet, yes.
14     Q.   -- to grab the bucket and go up to the next
15 level and down to the next level?
16     A.   Yeah.
17     Q.   And also when Mr. Gruber asked you about on
18 November 8th, which is the date of the alleged
19 accident, that at 0600 that was in the port log that
20 we were looking at, which is marked as P-33, that at
21 0600 the ship stopped cooling and then that's when
22 both the hatch covers would be open and the access
23 would be open for 2 -- leading from 2C to 2D; is that
24 correct?
25     A.   Correct.

155

1      Q.   And at the same time, would the hatch
2  covers have to be opened as well?
3      A.   Yes.
4      Q.   And is there anything that also goes along
5  with safety precautions that have to do with the
6  hatch covers when they are open?
7      A.   The first thing is to check if the locks
8  are in place so that the hatch cover cannot
9  accidentally close and the second is to put safety
10 lines, yellow and black lines on the sides of the
11 hatch.
12     Q.   Because there's an opening there?
13     A.   Yeah.
14     Q.   Okay.  And at that time would the access
15 also be opened in the cooler room at the aft-end
16 access for 2D so that it's opened all of the way
17 down?
18     A.   Yes.
19     Q.   Okay.  And going back to the previous day,
20 which would be November 7th, again there was -- there
21 was testimony that someone would have opened when you
22 were working -- when the ship -- when the stevedores
23 were working 2D on the 7th for a brief period of time
24 that the accesses at the forward end would be open,
25 also the accesses at the aft end would be opened in

156

1  anticipation of work; is that correct?
2      A.   Possibly, yes.  But I don't know if they
3  were aware of the times of completion for the date.
4  If they would have known prior to that date of
5  completion the continuation work would be the next
6  day, then maybe somebody didn't open it.
7      Q.   Okay.  Because then it would probably be
8  covered with cargo?
9      A.   No, no.  Because there's no use after an
10 hour you have to close it up again, without anybody
11 using it.
12     Q.   Okay.
13     A.   So the next day they knew this deck was
14 complete so somebody would.
15     Q.   Open it?
16     A.   Yeah.
17     Q.   Now, when the 2D hatch is full to the
18 extent that this access that we have been -- you have
19 been testifying about here all day that leads from 2D
20 to 2C, if the cargo is blocking that access so it
21 can't be used, the method of getting in and out of
22 the hatch is either on the pallet tray for a
23 longshoreman --
24     A.   A portable ladder.
25     Q.   -- or a portable ladder?

157

1      A.   Yeah.
2      Q.   And the safer thing --
3      A.   Just to -- during the breakout.
4      Q.   What would be the safer thing to do, riding
5  a pallet tray or using a portable ladder?
6          MR. JANSEN:  Objection.
7          THE WITNESS:  If I would choose, I
8  would use the -- the pallet tray.
9      Q.   (BY MR. WHELAN):  Okay.
10     A.   Because you can stand in the center
11 and feel the --
12         (Witness indicates)
13     Q.   (BY MR. WHELAN):  Okay.  But you have seen
14 longshoremen use the portable ladder aboard the ship?
15     A.   They -- they do it as a routine on regular
16 reefer ships.  They take out the breakout, and then
17 they use a portable ladder to get down.  They put in
18 the forklifts and they create more space.  And after
19 that when they reach an opening, then they can use
20 the fixed ladders.  But, yeah, it's customary to use
21 portable ladders for breakouts.
22     Q.   You were talking about in response to
23 Mr. Gruber's questions the typical inspection and
24 maintenance routine for the access covers and the
25 securing devices for the access covers being whenever

40 (Pages 154 to 157)

158

1    they are opened and closed, so that would hold true
2    for the ladders and all of the other associated --
3        A.    Yeah.
4        Q.    -- equipment with the accesses?
5        A.    That's correct.
6        Q.    And would another item of maintenance be
7    checking them to see if they needed to be painted and
8    if so, they would be checked and painted?
9        A.    Yes. But this was a new ship, so it had a
10   good coating of paint with no rust.
11       Q.    And then you were talking about from
12   Tokyo -- I'm sorry, Tokyo Bay, Japan, loaded cars,
13   and Mr. Gruber asked you whether the forward access
14   cover at 2C was open when they were working 2D.
15   Additionally, the aft access would be open and used
16   if they -- or available to them if they wanted to use
17   them; is that correct?
18       A.    Correct.
19       Q.    Are you a naval architect?
20       A.    No.
21       Q.    Okay. Now, when Mr. Gruber asked you about
22   when you are in the shipyard and you're going up and
23   down, you're looking for the accesses and the
24   securing devices, you're also looking at other
25   things; is that correct?

159

1        A.    Many.
2        Q.    Well, many things?
3        A.    Yes.
4        Q.    So you never from a naval architecture
5    point of view did any review of the design or the
6    calculations that had to do with those accesses or
7    the securing devices, did you?
8             MR. GRUBER: Object to form of the
9    question.
10            THE WITNESS: No. We just do a common
11   sense and -- and from a -- from a mariner's point of
12   view we check.
13       Q.    (BY MR. WHELAN): All right. I will try to
14   ask it a non-legal way.
15            What sort of check did you do when you
16   are going in and out of the accesses in the ship
17   yard?
18       A.    We do a check from a mariner's point of
19   view and from a common sense point of view.
20       Q.    And Mr. Gruber had -- and this is just a
21   picky thing, technical thing, but I'm -- just to be
22   sure it's clear, he had showed you an Exhibit 18A,
23   which I believe -- 18H, I'm sorry, which shows a
24   ladder. I'm holding it upside down. And you say,
25   yeah, that's same way as it looked at the shipyard.

160

1    But obviously at the shipyard this ladder was brand
2    new and this photograph was taken in 2005; is that
3    correct?
4        A.    Yeah. So we have to allow for wear and
5    tear.
6        Q.    But that was not taken -- I just want to
7    make sure you knew that was not taken at the
8    shipyard.
9        A.    Yeah.
10            MR. GRUBER: Oh, yeah, that was not --
11       Q.    (BY MR. WHELAN): Now, back to what was
12   marked as AA, Plaintiff's AA, Mr. Gruber asked you
13   about the page that shows H2 -- HT 2, which is Page 9
14   of AA, which is the uninsulated access hatch lid, and
15   asked you, well, there's no plan for -- that shows
16   the securing device on this plan. Do you remember
17   that?
18       A.    Yes.
19       Q.    And you answered, "No, there's not." And,
20   in fact, though, for all of the accesses, no matter
21   where it is, whether it's this one or any other one,
22   there's no securing devices that are shown in any of
23   these plans; is that correct?
24       A.    Yes, correct.
25       Q.    Okay. And you had indicated that when you

161

1    were at the shipyard, again Mr. Gruber asked you
2    whether you used the aft access to go -- sorry, the
3    forward access to go up and down while you were in
4    the shipyard through number two.
5             Did you also use the aft access in the
6    cooler room to go up and down to familiarize yourself
7    with that?
8        A.    Yes.
9             MR. WHELAN: That's all I have. Thank
10   you very much.
11            FURTHER EXAMINATION
12       Q.    (BY MR. GRUBER): Captain, just one
13   follow-up, really.
14            You said that you looked at the access
15   hatch lid that we have been talking about with a
16   mariner's eye and with common sense. But you were
17   the person as master of that vessel who was charged
18   with the overriding responsibility for the safety of
19   that ship, weren't you?
20            MR. WHELAN: Object to the form of the
21   question. You can answer.
22            THE WITNESS: Okay. Within the scope
23   of the job description as a QA system, yes.
24       Q.    (BY MR. GRUBER): The QA system says the
25   master has overriding responsibility regarding the

41 (Pages 158 to 161)

162

1 safety of the ship, correct?
2     A.    I think it's overriding authority.
3     Q.    Well, I'm quoting. It's responsibility.
4 But authority and responsibility, I won't argue with
5 you. But one thing it doesn't say is limited to a
6 mariner's or common sense point of view. There's no
7 qualifying. It says "overriding authority or
8 overriding responsibility regarding the safety of the
9 ship," correct?
10     A.    Yes.
11           MR. GRUBER: Thank you. That's all I
12 have.
13           MR. WHELAN: Okay. Thank you.
14           (Proceedings concluded at 3:26 p.m.)
15
16
17
18
19
20
21
22
23
24
25

163

1         CHANGES AND SIGNATURE
2 PAGE LINE CHANGE         REASON
3 _____
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

164

1
2
3
4
5
6
7
8       I declare under penalty of perjury that the
9 foregoing is true and correct.
10
11       _____
12       CAPTAIN MARTIJN S. MOBACH
13
14
15       SUBSCRIBED AND SWORN TO BEFORE ME, the
16 undersigned authority, by the witness, CAPTAIN
17 MARTIJN S. MOBACH, on this the _____ day of
18 _____, 2005.
19
20       _____
21       NOTARY PUBLIC IN AND FOR
22       THE STATE OF _____
23
24 My Commission Expires: _____
25

165

1      IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF DELAWARE
2
  JOHN TURNER        )
3              ) CIVIL ACTION
  vs.           )
4              ) NO. 04-936 (JJF)
  B.V. SHIPPING COMPANY   )
5   LUZON STRAIT (GRONINGEN) )
6
7       REPORTER'S CERTIFICATE
8       ORAL DEPOSITION OF
9     CAPTAIN MARTIJN S. MOBACH
10       June 15, 2005
11     I, Michelle Hartman-Solari, the undersigned
12 Certified Shorthand Reporter and Registered
13 Professional Reporter, certify that the witness was
14 sworn and that the facts stated in the foregoing
15 pages are true and correct.
16     That the deposition transcript was duly
17 submitted to the attorney for the witness for
18 examination and signature.
19     I further certify that I am neither attorney or
20 counsel for, related to, nor employed by any parties
21 to the action in which this testimony is taken and,
22 further, that I am not a relative or employee of any
23 counsel employed by the parties hereto or financially
24 interested in the action.
25     SUBSCRIBED AND SWORN TO by my hand on this the

42 (Pages 162 to 165)

166

1   30th day of June, 2005.

2

3         _____
        Michelle Hartman-Solari, CSR, RPR
        Texas CSR 7093

4         Expiration: 12/31/2005
        European Reporting Service

5         Meesmannstr. 52
        58456 Witten, Germany

6         Tel./Fax: +49 2302/277485
        Cell: +49 162/1059463

7         www.EuropeanReportingService.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CAPTAIN MARTIJN MOBACH – JUNE 15, 2005

163

CHANGES AND SIGNATURE

PAGE LINE CHANGE                          REASON

13  13&14  "Commoros Streem" should read   Comoros Stream
13  25      — // —                          — // —
14  21      "Willan" should read            "WILLEM"
15  20      "Nanthica" should read          "NAUTICAL"
17  16      "Darse" should read             "North"
25  8-12-15 "Commoro" should read           "Comoros"
26  4       "Young" should read             "JUT"
30  10      "A forecood" should read        "Forecastle"
35  2       "hydraulic on" can be deleted
43  23      "OFF" should read               "AFT"
96  20      "Steword" should read           ~~steverose~~ "stevedore"
97  4       "Yech" should be "NO" since
with cargo blocking the cooler room
stevedores could NOT have gotten into
the cArgo hold via the cooler room.
102  8      "postmen" should read           "boatswain"
108  9      "main" should read              "main deck"
111  15     "cought" should read            "called"
125  22     "slicks" should read            "slings"
126  29     "stewards" should read          "stevedores"
142  14     "meters" should read            "millimeters"
148  15     "flight" should read            "flag"

28 JULI 2005

1
2
3
4
5
6
7
8      I declare under penalty of perjury that the
9  foregoing is true and correct.
10
11
12                    CAPTAIN MARTIJN S. MOBACH
13
14
15      SUBSCRIBED AND SWORN TO BEFORE ME, the
16  undersigned authority, by the witness, CAPTAIN
17  MARTIJN S. MOBACH, on this the _28_ day of
18  _____July_____, 2005.
19
20
21                    _____
                      NOTARY PUBLIC IN AND FOR
22                    THE STATE OF _____
23
24  My Commission Expires: _____
25



Weatherdeck

Upperdeck Deck   Hold 4    Hold 3    Hold 2    Hold 1

A Deck    Hold 4    Hold 3    Hold 2    Hold 1

B Deck    Hold 4    Hold 3    Hold 2    Hold 1

C Deck    Hold 4    Hold 3    Hold 2    Hold 1

D Deck    Hold 4    Hold 3    Hold 2

EXHIBIT

P-9

EXHIBIT

7

tabbies'

**Hatch sizes on weatherdeck
(metres)**

cft/m$^2$ <u>insulated deck</u>

| | **Hold 1** | **Hold 2** | **Hold 3** | **Hold 4** |
|---|---|---|---|---|
| 1) 1x3.30 X 6.00 | <u>FC1: 47441 / 554,66</u> | A: 52133 / 614,6 | A: 57199 / 674,3 | A: 48589 / 572,8 |
| 2) 1x3.30 X 6.00 | A: 27797 / 327,69 | <u>B: 45853 / 543,29</u> | <u>B: 56447 / 669,44</u> | <u>B: 48239 / 571,54</u> |
| 3) 1x3.30 X 6.00 | B: 14693 / 174,08 | C: 38542 / 441,33 | C: 57100 / 653,28 | C: 43309 / 495,91 |
| 4) 1x3.30 X 6.00 | | D: 24048 / 284,19 | D: 42221 / 498,98 | D: 22400 / 264,46 |

**Containers**

**Deck**
440 TEU
or 220 FEU

**Holds**
-

Particulars believed to be correct but not guaranteed

1

1    IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF DELAWARE

2

JOHN TURNER                    )
3                              )  CIVIL ACTION
   vs.                         )
4                              )  NO. 04-936 (JJF)
   B.V. SHIPPING COMPANY       )
5  LUZON STRAIT (GRONINGEN)    )

6

7                ORAL DEPOSITION

8            PIETER CORNELIS BORST

9               June 16, 2005

10

11        ORAL DEPOSITION OF PIETER CORNELIS BORST,

12   produced as a witness at the instance of the

13   Plaintiff and duly sworn, was taken in the

14   above-styled and numbered cause on the 16th day of

15   June, 2005, from 9:10 a.m. to 11:08 a.m., before

16   Michelle Hartman-Solari, Certified Shorthand Reporter

17   and Registered Professional Reporter, reported by

18   computerized stenotype machine at the offices of the

19   Motel Schiphol A4, Rijksweg A4 No. 3, 2132 MA

20   Hoofddorp, The Netherlands, pursuant to the Federal

21   Rules of Civil Procedure and the provisions stated on

22   the record or attached hereto.

23

24

25

**EXHIBIT**
**8**

APPEARANCES

FOR PLAINTIFF:
   Stanley B. Gruber
   Freedman and Lorry, P.C.
   400 Market Street
   Suite 900
   Philadelphia, Pennsylvania 19106-2509
   Telephone: 215-931-2510 - Fax: 215-925-7516
   E-mail: sbgruber@freedmanlorry.com

FOR DEFENDANT:

   Richard Q. Whelan
   Palmer Biezup & Henderson LLP
   956 Public Ledger Building
   600 Chestnut Street
   Philadelphia, Pennsylvania 19106
   Telephone: 215-625-7806 - Fax : 215-625-0185
   E-mail: rwhelan@pbh.com

ALSO PRESENT:
   Captain Mark Jansen, Technical Superintendent

---

INDEX

PAGE
PIETER CORNELIS BORST
   Examination by Mr. Gruber ....................   5
   Examination by Mr. Whelan ..............   61
   Further Examination by Mr. Gruber ............   67
   Further Examination by Mr. Whelan ..............   70
   Signature Page ..............................   73
   Court Reporter's Certificate ..................   74

EXHIBITS
EXHIBIT       DESCRIPTION              PAGE
P-DD        Photographs of the forward      49
            hatch lid in an open position

P-HH        Letter of Captain A.M. Kirland   24
            dated October 5, 2000
P-1 (a)     Quality Assurance Documents -    14
            Manual QAD-1
P-1 (b)     Quality Assurance Documents -    14
            Manual QAD-2
P-1 (c)     Quality Assurance Documents -    14
            Manual QAM

P-2         Website Welcoming               26
P-3         Website Company Profile         26
P-4         Website Policy Statement        26
P-5         WEBSITE STATEMENT SERVICES      26
P-6         Website Statement Management    26
P-7 (a)     Website Statement Crewing       26
P-19        Declaration of Company          30
            According to the ISM Code
P-20        Safety Management Certificate   30

---

EXHIBITS (cont.)
EXHIBIT       DESCRIPTION              PAGE

P-23        Crew list                        27

P-24        Drawing 0409-51 New Loading      58
            Device
P-39        Book entitled "Safety and        19
            Health in Dock Work"

P-40        Shipboard Audit Report dated     30
            August 29, 2002
P-41        Interim Safety Management        31
            Certificate issued August 29,
            2002
P-42        International Safety Management   42
            (ISM) Code 2002

---

1          MR. WHELAN:  We're going to have the
2    usual stipulations on the Federal rules, and also we
3    have the same stipulation we have had in terms of
4    swearing the witness, as we had in the other
5    depositions.
6          Do you agree with that, Mr. Gruber?
7          MR. GRUBER:  Yes.
8          PIETER CORNELIS BORST,
9    having been first duly sworn, testified as follows:
10          EXAMINATION
11    Q.  (BY MR. GRUBER):  Good morning.  Would you
12    please state your name for the record.
13    A.    Tom Borst.
14    Q.    Mr. Borst, as you know, my name is Stan
15    Gruber.  I represent John Turner in this lawsuit
16    against the owners of the LUZON STRAIT in connection
17    with a matter which occurred on November 8, 2002.
18          Have you ever given a deposition like
19    this before?
20    A.    No.  This is the first time.
21    Q.    Okay.  I'm sure that you have had an
22    occasion to talk to Mr. Whelan.  He's probably told
23    you the same things I'm about to tell you.
24    Principally, that it's very important that you don't
25    answer a question unless you understand it.  If you

6

1  don't understand my question, just tell me, and I
2  will rephrase the question until it make some sense
3  to you.
4    A.  All right.
5    Q.  Because this is being taken down and you're
6  under oath, if you answer a question, it will be
7  assumed that you understood it, unless you tell me
8  that you don't understand.
9        In answering your questions, please do
10  so verbally, as opposed to a nod or a shake of the
11  head or an "uh-huh" or an "huh-uh." Even though you
12  might know what my question is before I finish it,
13  please do your best to wait until I finish my
14  question and then you give your answer, and then I
15  will wait until you finish your answer before I ask
16  the next question.
17        You're perfectly free to take a break
18  at any time that you want to or confer with
19  Mr. Whelan if you want to take a break and do that.
20  All right?
21    A.  Okay.
22    Q.  Have you reviewed any documents or
23  materials connection with preparing for this
24  deposition?
25    A.  I saw in the file.

7

1    Q.  You saw the file?
2    A.  A general fie, but not all of the
3  information.
4    Q.  Whose file was it?
5    A.  Just a general file which we have in the
6  office.
7    Q.  Is that a file on the ship, the LUVON
8  STRAIT?
9    A.  No.
10    Q.  It's a file regarding the accident?
11    A.  It is just a general information about the
12  accident.
13        MR. WHELAN:  It's a portion of a
14  claims file.
15    Q.  (BY MR. GRUBER): Were there any accident
16  reports in that file?
17    A.  No. Well, I didn't see any accident
18  reports in that file.
19    Q.  Okay. Was there a statement from
20  Captain Mobach in the file?
21    A.  I didn't see that statement.
22    Q.  Was there a statement from able seaman
23  Medenilla in the file?
24    A.  No, I didn't see that statement.
25    Q.  Okay. I assume you had an opportunity to

8

1  review photographs and the drawings, the various
2  drawings dealing with the ship?
3    A.  I know the vessel.
4    Q.  Okay. And you are employed by Seatrade
5  Groningen at the present time?
6    A.  That's correct.
7    Q.  And how long have you been employed by that
8  company?
9    A.  I've been employed by Seatrade Groningen
10  for nine and a half years.
11    Q.  What's the date of birth, of your birth?
12    A.  11 of July, 1959.
13    Q.  And do you hold any maritime licenses?
14    A.  Yes, I do.
15    Q.  Do you hold a master's license?
16    A.  Yes, I hold a master's license.
17    Q.  And when did you obtain your master's
18  license?
19    A.  I obtained it in -- exact date I cannot
20  recall, but that was already in 19 -- something like
21  1990.
22    Q.  1990?
23    A.  Yeah, yeah.
24    Q.  Okay. And that was here in
25  The Netherlands?

9

1    A.  That was here in The Netherlands.
2    Q.  Aside from -- and I assume you went to some
3  sort of maritime college or university?
4    A.  Yes. I went to the maritime -- sorry, the
5  maritime college.
6    Q.  Here in The Netherlands?
7    A.  In The Netherlands.
8    Q.  Do you hold any other degrees?
9    A.  I hold all of the degrees which are
10  necessary to get the master license.
11    Q.  I understand. But besides being a licensed
12  maritime officer, do you have any other degrees from
13  the university?
14    A.  No.
15    Q.  Okay. Have you actually sailed as a
16  master?
17    A.  Yes, I have.
18    Q.  How long have you done that?
19    A.  Two and a half, three years.
20    Q.  What type of ships?
21    A.  I sailed on several vessels. But as
22  master, I sailed on container vessels, general
23  purpose.
24    Q.  Did you ever serve as master aboard a
25  reefer ship?

3 (Pages 6 to 9)

10

1    A.    No.
2    Q.    Did you ever serve as a licensed officer,
3  chief mate, second officer, third officer aboard a
4  reefer vessel?
5    A.    No.
6    Q.    So you have no seagoing experience aboard a
7  reefer vessel; is that correct?
8    A.    I never sailed on reefer vessels.
9    Q.    Okay. Your experiences as a master, were
10  they on board vessels that were managed by Seatrade?
11    A.    No, they were not managed by Seatrade.
12    Q.    Okay. When you first came to work for
13  Seatrade, in what capacity was your first job?
14    A.    I started working for Seatrade in the same
15  capacity as when I'm working now.
16    Q.    What is your job title?
17    A.    It's a Senior Quality Coordinator.
18    Q.    And what department are you in?
19    A.    In the quality department.
20    Q.    And who do you report to?
21    A.    I am reporting to the managing director.
22    Q.    That's Mr. --
23    A.    That's Mr. --
24    Q.    -- Karl-Heinz Hilbig? Am I pronouncing
25  that properly?

11

1    A.    Yeah, Hilbig.
2    Q.    And has he been the managing director
3  throughout the time that you have been employed at
4  Seatrade?
5    A.    He has been the managing director
6  since 19--
7          MR. JANSEN: 1998.
8          THE WITNESS: -- 98? Yeah.
9    Q.  (BY MR. GRUBER): Are there other senior
10  quality coordinators besides yourself?
11    A.    No.
12    Q.    Your office is located in Groningen?
13    A.    Yes.
14    Q.    And it's always been there?
15    A.    Yes.
16    Q.    That's the headquarters of your company?
17    A.    Yes, that's correct.
18    Q.    Now, what is the business of Seatrade?
19    A.    Seatrade is a management company.
20    Q.    You manage oceangoing vessels?
21    A.    Yes, that's correct.
22    Q.    Back in 19 -- or strike that. I wanted to
23  say 1992.
24          Back in 2002 in November,
25  approximately how many ships were being managed by

12

1  Seatrade?
2    A.    By that time I think 60 -- 65?
3          MR. WHELAN: Just your best estimate,
4  so --
5          THE WITNESS: Yeah, 65.
6    Q.  (BY MR. GRUBER): Were they all reefer
7  ships?
8    A.    With exceptions of two, two container
9  vessels.
10    Q.    So it's fair to say that the ships that are
11  managed by Seatrade are predominantly reefer or
12  refrigerated-type vessels?
13    A.    Yes, that's correct.
14    Q.    Okay. Is there any particular reason why
15  Seatrade has focused on managing reefer vessels as
16  opposed to other types of ships?
17    A.    They started with reefer vessels, and
18  that's all Seatrade is good at.
19    Q.    Now, in reading through some of the
20  materials that I have been furnished, I have seen
21  references to Fleet A and Fleet B.
22          In 2002, which was the period of time
23  that we are focusing on around November, did Seatrade
24  break its ships down into two fleets in some fashion?
25    A.    It will be around 2002 that they split it

13

1  up in two groups.
2    Q.    And was that done in some sort of fashion
3  that -- was it just arbitrary that, well, we will
4  take so many ships and make that Fleet A and so many
5  ships and make that Fleet B, or was there some reason
6  why some ships would be in Fleet B and others would
7  be in Fleet A?
8    A.    No, there was no particular reason to put a
9  vessel in Fleet A or B. Just divided in two groups.
10    Q.    And what fleet was the LUZON STRAIT
11  included in?
12    A.    The LUZON STRAIT is in group B by that
13  time.
14    Q.    Now, as senior quality coordinator, what
15  were your responsibilities -- if any, with regard to
16  the managing of the fleets that were under management
17  by Seatrade?
18    A.    For -- in my position I'm responsible for
19  the -- for the quality system.
20    Q.    You are the person who is designated as --
21  there's a terminology that's used I believe under the
22  ISM code. Somebody ashore has to be designated as
23  the person responsible?
24    A.    Yes, that's correct, I'm the designated
25  person for Seatrade.

4 (Pages 10 to 13)

14

1   Q.   And are you the designated person for all
2   of the ships that are managed by Seatrade?
3   A.   That's correct.
4   Q.   The quality assurance program that was
5   developed for Seatrade, were you employed by Seatrade
6   when the quality assurance program was published, put
7   into effect?
8   A.   The quality system was put in effect in
9   1996, March.
10  Q.   And we have already marked as Exhibits
11  P-1(a), (b) and (c) three manuals: The quality
12  assurance manual, the manual QAD-1 and the manual
13  QAD-2. I know there is a fourth manual dealing with
14  emergency situations --
15       MR. WHELAN: Here. Oh, you have them
16  there?
17  Q.   (BY MR. GRUBER): -- which I haven't marked.
18       The quality assurance program is
19  contained in these manuals; is that correct?
20  A.   That's correct.
21  Q.   Who or -- the work of preparing the manuals
22  and the -- and the quality assurance program, which
23  went into effect in March of '96, did you participate
24  in that or was that -- who did this work?
25  A.   I started in -- in 1996 working for

15

1   Seatrade, so the quality system was in effect by that
2   time.
3   Q.   Okay. Do you know who it was that prepared
4   it?
5   A.   It's -- by that time Michiel (ph) Schaap.
6   Michiel (ph) Schaap. Mr. Schaap.
7   Q.   Spell it for me.
8   A.   S-C-H-A-A-P.
9   Q.   B?
10  A.   P, papa.
11  Q.   Is he still employed by -- what was his
12  position?
13  A.   He was quality coordinator for Seatrade by
14  that time.
15  Q.   And you took his place?
16  A.   I took his place.
17  Q.   When you took his place, did you modify
18  these manuals in any way?
19  A.   There were some modifications, but not that
20  the documents were unapproved, but it's a living
21  system.
22  Q.   Now, one of your responsibilities, I
23  assume, is to make sure that the vessels are operated
24  in compliance with the ISM code; is that correct?
25  A.   That's correct.

16

1   Q.   In order to do that, what do you have to do
2   or what do you do? I know that's a broad question,
3   but --
4   A.   Yeah. First of all, what I said, I'm
5   responsible to keep the quality system up to date.
6   If there are any changes, then I will implement it,
7   and that's regarding to international regulations or
8   flag state regulations. I implement it in the
9   manual. And furthermore, we keep track of -- how do
10  you say it -- of -- we visit vessels for internal
11  audits.
12       MR. WHELAN: Did you get -- off the
13  record a second.
14       (Discussion off the record)
15       THE WITNESS: The international
16  regulations and flag state regulations. Then --
17       MR. WHELAN: Okay, wait. So the
18  reason why you sometimes supplement or modify the
19  quality system is because there are -- there could be
20  changes in regulations or flag state requirements; is
21  that correct?
22       THE WITNESS: That's correct.
23  Q.   (BY MR. GRUBER): Okay. Well, let's talk
24  about that a little bit.
25       First of all, why does Seatrade seek

17

1   to be in compliance with the ISM code? Why is that
2   significant?
3   A.   We find it significant because we want to
4   sail in the best way the vessels we could do.
5   Q.   Well, what is the ISM code?
6   A.   The ISM code is based on the safety
7   employee's prevention for the vessels.
8   Q.   And who formulated the ISM code?
9   A.   The IMO formulated the ISM code.
10  Q.   I'm sorry, who?
11  A.   The I-M-O. Sorry. The International
12  Maritime Organization.
13  Q.   Now, has Seatrade voluntarily assumed the
14  responsibilities of the ISM code?
15  A.   Yes. We did it on a voluntary basis,
16  because we started already in 1994, and regulations
17  became into force in 2002, and we were certified in
18  1996.
19  Q.   Well, when did they -- you say the
20  regulations came into force or became up mandatory
21  sometimes in 2002?
22  A.   In 2002.
23  Q.   Do you remember what month in 2002?
24  A.   The first of July 2002.
25  Q.   And if a ship was not in compliance with

5 (Pages 14 to 17)

18

1  the ISM code after July 1st, 2002, what would be the
2  significance of that?
3      A.   No. All our vessels were in compliance.
4  But if a vessel is not in compliance, then the vessel
5  is not allowed to sail.
6      Q.   Now, besides the ISM code, you mentioned
7  other -- other authorities which Seatrade endeavors
8  to comply with. Now, for example, I have seen
9  reference to ISO -- and by the way, Isidor Sam --
10  okay. But I have seen reference to ISO 9001-2000
11  standard. What organization publishes that standard?
12     A.   ISO is the standard, which is an
13  international standard, which we do on a voluntary
14  basis because it's not applicable for shipping.
15     Q.   So, in other words, if you did not
16  voluntarily seek to comply with that standard, it
17  would not affect the ability of the ship to -- to
18  sail?
19     A.   The ISO is not necessary for -- for us.
20     Q.   Okay. Now, besides the ISM code and the
21  ISO standard that we just talked about, are you
22  familiar with the code published by the International
23  Labor Organization on safety and health and dock
24  work?
25     A.   I know that there's a code. But familiar?

19

1  I cannot recall the contents.
2      Q.   Is The Netherlands a member nation of the
3  ISO?
4      A.   I'm not a hundred percent sure, but we have
5  parts of it.
6      Q.   Uh-huh. Well, let me show you -- I guess
7  we can mark this as P-38.
8          MR. GRUBER: Is that what we are up
9  to? No, I think --
10         (Discussion off the record, and
11         Exhibit P-39 marked)
12     Q.   (BY MR. GRUBER): I am going to show you a
13  document that's entitled, "Safety and Health in Dock
14  Work," published by the International Labor
15  Organization of the United Nations, I guess, and I
16  would represent to you that this code has been, I
17  would use the word, "sub-planted" or replaced in 2005
18  by a broader code, but was in effect in 2002.
19         But if you can just take a look at
20  that and let me know if it's familiar to you at all.
21  You can leap through the pages if you wish.
22     A.   We don't have this for the -- the ISM.
23     Q.   Okay. So, I assume that you maintained
24  some sort of a library, which contains the ISM code,
25  for example, the ISO standards?

20

1      A.   Yes.
2      Q.   But in the -- you don't have this, this
3  document?
4      A.   No, we don't have that document in our
5  library.
6      Q.   Okay. Your quality assurance manuals apply
7  to each vessel in the fleet; is that correct?
8      A.   That's correct.
9      Q.   Now, as a designated person, do you come
10  into contact directly with the officers and crews of
11  each vessel, or do you work through intermediaries or
12  people in between?
13     A.   On a yearly basis I meet several people who
14  work the vessels.
15     Q.   On a yearly basis you come into contact
16  directly with the officers and crew of each vessel?
17     A.   Correct.
18     Q.   Is that on board ship or ashore or --
19     A.   That can be in the office or on board of
20  the vessel.
21     Q.   Okay. Mr. Jansen here, do you come into
22  contact with Mr. Jansen in the performance of your
23  duties?
24     A.   That's correct.
25     Q.   And in what respect? How did you and he

21

1  interact in doing your jobs?
2      A.   Mr. Jansen is also sitting in our office as
3  operations manager, and we have contact about several
4  items in the office and what goes on onboard.
5      Q.   In terms of the change of command, do you
6  have any supervisory responsibility over Mr. Jansen,
7  or does he function under somebody else's direction?
8      A.   No. We -- I'm reporting to the managing
9  director. I'm in a staff function, and Mr. Jansen is
10  in line function, so --
11     Q.   Who does he report to?
12     A.   Mr. Jansen is also reporting to the
13  managing director.
14     Q.   Okay. How do his -- excuse me. I need to
15  get some water. Break.
16         (Recess taken)
17     Q.   (BY MR. GRUBER): How does Mr. Jansen -- if
18  I'm pronouncing that directly -- how does his job
19  differ from yours?
20     A.   I'm in a staff function and Mr. Jansen is
21  in a line function.
22     Q.   Yeah, but that -- what does he do that you
23  don't do? That -- that -- when you say he's in a
24  line function, he's more hands-on as far as the ships
25  are concerned?

6 (Pages 18 to 21)

62

1    Mr. Gruber was asking you about questions about this
2    section, 10.3 of the ISM code, and you said that --
3    we were talking about critical equipment.
4            Could you give us some examples of
5    what is considered critical equipment aboard the
6    ship?
7       A.    Critical equipment on board the vessels is
8    emergency fire pumps, emergency generator and
9    lifeboat engine. There are three good examples of
10   critical equipment.
11      Q.    Okay. And anything else you can think of?
12      A.    No. But it's the final of the equipment
13   which you can use at the latest moment to save your
14   life on board.
15      Q.    At sea?
16      A.    Yeah, at sea.
17      Q.    Okay. And when Mr. Gruber was asking you
18   questions about regulations relating to securing
19   devices for access covers and the design of that, is
20   that something that you rely on, the class society
21   and the Dutch shipping entity that inspects the
22   vessel to make -- they are basically checking to make
23   sure everything in the way that the ship is
24   constructed and designed is in accordance with their
25   standards?

63

1            MR. GRUBER: Objection to the form of
2    the question.
3            THE WITNESS: Yes, I rely on the class
4    rules, flag state rules, and in this case shipping
5    inspection.
6       Q.    (BY MR. WHELAN): Okay. After -- let me ask
7    it this way: After this ship was completed and
8    before it was sailed for the first time from Keelung,
9    Taiwan, did a class surveyor go on board to inspect
10   the vessel?
11      A.    Yes.
12      Q.    Okay. What parts of the vessel does a
13   class inspector have to look at in a situation like
14   this?
15      A.    He inspects the whole vessel from top to
16   bottom.
17      Q.    And what was the name of the classification
18   society if you recall?
19      A.    In -- for the ISM code it was Lloyd's
20   Register.
21      Q.    Okay. And with regard to class itself,
22   was it Veritas?
23      A.    It was Veritas.
24      Q.    And then with regard to the Dutch shipping
25   inspector that attended in Keelung, what parts of the

64

1    vessel would that inspector typically go over in
2    connection with his certification of the vessel to
3    give the ship its flag?
4       A.    The surveyor from the shipping inspection,
5    he is going all over the vessel, so he's checking
6    generally everything.
7       Q.    Okay.
8       A.    But also accommodations, engine room,
9    holds, structure.
10      Q.    Would that include the accesses and the
11   holds?
12      A.    Yes.
13      Q.    Okay. And did either the class surveyor or
14   the Dutch shipping inspector, so as far as you know,
15   have any problem with the accesses?
16      A.    No, they didn't have a problem with the
17   accesses.
18      Q.    Okay. Now, you had -- in response to
19   Mr. Gruber's questions, you were talking about how
20   Seatrade as managers oversee the maintenance of the
21   gear and equipment aboard the ship.
22            Is it correct to say that that's done
23   on behalf of the owners of the vessel? In other
24   words, Seatrade is acting as manager on behalf of the
25   actual owners of the vessel?

65

1       A.    Can you repeat your question?
2       Q.    Okay. In other words, you're the -- what
3    Seatrade does in terms of technical management of the
4    vessel --
5       A.    Yes.
6       Q.    -- that's done on behalf of the actual
7    owners of the vessel?
8       A.    Yes, correct.
9       Q.    There was -- Mr. Gruber was asking you some
10   questions about how there was the Dutch safety
11   certificate --
12      A.    Yes.
13      Q.    -- for the vessel that was dated the
14   15th -- or was dated in any event before the audit
15   was completed and before the vessel sailed.
16            If the Dutch shipping inspector -- so
17   if you know the answer to this question -- didn't
18   have -- wasn't satisfied when he inspected the
19   vessel, could he have held that certificate back?
20      A.    Yes. Because their certificate is in an
21   enclosed envelope, a sealed envelope.
22      Q.    Now, we have marked as Plaintiff's
23   Exhibit 40 the Lloyd's Register Shipboard Audit
24   Report. Could you explain -- well, let me ask it --
25   is the purpose of this audit report to certify that

17 (Pages 62 to 65)

PIETER CORNELIS BORST - JUNE 16, 2005

66

1  this vessel was ISM-compliant?
2      A.   Yes, that's correct.
3      Q.   And what was the result of this audit that
4  was done back in August of 2002?
5      A.   The result was positive.
6      Q.   Positive. So it was -- the vessel when it
7  sailed on its maiden voyage was ISM-compliant?
8      A.   The vessel was ISM-compliant, and if we
9  didn't get this certificate, then we were not allowed
10  to sail.
11      Q.   And just for the record, I misspoke when I
12  was describing this exhibit, so I want to make it
13  clear. It's actually a series -- it's a four-page
14  exhibit, but it's actually a series of separate
15  documents. And one -- the first page is -- which has
16  an exhibit marker on it is the shipboard audit
17  report, and then there's a separate document
18  entitled, "Ship Audit Plan."
19      A.   Right.
20      Q.   And the third page is entitled, "ISM
21  code -- I'm sorry, "ISM Code Certification Audit Log,
22  ISM Code-Safety Code Management Certificate."
23          And that's a two-page document; is
24  that correct?
25      A.   Correct.

67

1      Q.   And these were all issued in Keelung after
2  the audit; is that correct?
3      A.   Correct.
4          MR. WHELAN: That's all I have.
5          MR. GRUBER: A few follow-up
6  questions.
7          FURTHER EXAMINATION
8      Q.   (BY MR. GRUBER): Could Seatrade have
9  requested a drawing of the hook-and-eye from the
10  shipyard?
11      A.   I think they can.
12      Q.   I'm sorry?
13      A.   They can.
14      Q.   They can?
15      A.   Yeah.
16      Q.   Did they ever?
17          MR. WHELAN: If he --
18          THE WITNESS: If he doesn't -- I'm
19  sorry.
20          MR. WHELAN: Well, I'm going to object
21  to the extent of his knowledge, but I mean, did they
22  ever, "yes" or "no"? I mean, does he know whether
23  they ever did it.
24      Q.   (BY MR. GRUBER): Do you know whether they
25  ever requested such a drawing?

68

1      A.   I don't know.
2      Q.   Well, you're the designated person for the
3  ship.
4      A.   Correct.
5      Q.   Who would have -- if somebody -- typically
6  who would be the person that would request such a
7  drawing? Would it be the designated person, or would
8  it be somebody else?
9      A.   In this case I come back on the same
10  statement, the vessel was built according to class
11  regulations, flag state regulations, and there is for
12  us no need or reason to order a separate drawing.
13      Q.   Are you aware of any situations where
14  separate drawings have been ordered for any reason?
15  I don't mean for this ship particularly, but for any
16  ship?
17      A.   Yes, sometimes we ask for information.
18      Q.   Okay. And typically who would be the
19  person who would do that?
20      A.   The superintendent.
21      Q.   Okay. You were asked by Mr. Whelan to give
22  examples of what you considered to be critical
23  equipment.
24      A.   Yeah.
25      Q.   Do you have any authority that you can

69

1  point me to, written authority, to support your
2  interpretation of what critical equipment is?
3      A.   I don't have the authority to appoint
4  critical equipment, but our ISM system is approved by
5  four classification societies and they indicate what
6  critical equipment is. And the company has to comply
7  with those regulations.
8      Q.   Well, that's what I'm asking about.
9          Any of those classification societies,
10  the company -- the entity which -- that formulated
11  the ISM code, are there any written regulations or
12  standards that you can point me to which define
13  critical equipment?
14      A.   No.
15      Q.   Okay. Now, you weren't there when any of
16  these inspections were made by the Dutch inspector or
17  Bureau Veritas to get the ISM certificate? You
18  weren't there when those inspections took place?
19      A.   No.
20      Q.   And you didn't see what the inspector
21  actually looked at, did you? You don't --
22      A.   I was not there, so I don't -- I didn't see
23  where he inspected.
24      Q.   And if, as you say, the hook-and-eye
25  device, the locking device that was used for the

18 (Pages 66 to 69)