

EXHIBIT 9













EXHIBIT 10