

EXHIBIT

P-31

Depositions 6/15-16/05

018221-17

6-8 Nov 2002 Wilmington

EXHIBIT

20

DEFENDANT'S S.J. Mot.



EXHIBIT
(COMPOSITE)
21 (8 PAGES
Photos)

EXHIBIT
18-A
6/15-16/2005 Reps

169





EXHIBIT

18-B

6/15-16/2005 Reys





EXHIBIT

18-D

6/15-16/2005 Dep5.







EXHIBIT

18e

6/15-16/2005 Depos.













EXHIBIT

18 G

6/15-16/2005 Repos,



Pg 6









EXHIBIT
18
6/15-16/2005 Dens

