FREEDMAN AND LORRY, P.C.
BY: STANLEY B. GRUBER, ESQUIRE
IDENTIFICATION NO. 22954
400 Market Street, Suite 900
Philadelphia, PA 19106
(215) 931-2510
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN TURNER , et. al.                          : CIVIL ACTION
                                               :
        vs.                                    :
                                               :
                                               :
B.V. SHIPPING COMPANY                          : NO. 04-cv-0936
LUZON STRAIT (GRONINGEN)

## STIPULATION

It is hereby stipulated and agreed by the parties hereto that the time for plaintiff to

respond to the Motion for Summary Judgment brought by defendant shall be extended to

September 2, 2005.

_Stephen Potter_
Stephen Potter
840 N. Union Street
Wilmington, DE 19899


Stanley B. Gruber
Freedman & Lorry, P.C.
400 Market Street, Suite 900
Philadelphia, PA 19106

Attorneys for Plaintiffs John and Nannette
Turner


Michael McCauley
Palmer, Biezup & Henderson
1223 Foulk Rd.
Wilmington, DE 19803


Richard Q. Whelan
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA 19106

Attorneys for Defendant B.V.
Shipping Company Luzon
Strait (Groningen)

SO ORDERED,

_____  _____  _____
                J.