Suite 900
400 Market Street
Philadelphia, PA 19106-2509
215-925-8400
Fax: 215-925-7516
Toll Free (888) 999-1962

# Freedman & Lorry, P.C.

COUNSELORS AT LAW
AND PROCTORS IN ADMIRALTY



Stanley B. Gruber
(215)931-2510

August 25, 2005

Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street, Room 4124
Lockbox 27
Wilmington, DE 19801

Re:   John Turner, et. al. v. B.V. Shipping Company
      Civil Action No.: 04-cv-0936

Dear Judge Farnan:

This will confirm that at the request of counsel for both parties in this case the pre-trial conference in the above matter previously scheduled for September 8, 2005 has been rescheduled to November 3, 2005 at 11:30 a.m. in courtroom 4B.

Respectfully,

FREEDMAN & LORRY, P.C.

BY: STANLEY B. GRUBER

SBG/elc
Cc: Rick Whelan
    Stephen Potter
    Michael McCauley