IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN TURNER | : CIVIL ACTION |
| AND | : |
| NANETTE TURNER | : |
| vs. | : |
| B.V. SHIPPING COMPANY LUZON STRAIT (GRONINGEN) | : NO. 04-0936-JJF |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in the accompanying brief, plaintiffs John Turner and Nanette Turner hereby respond to the Motion for Summary Judgment brought by defendants pursuant to F.R.C.P. 56 and respectfully request that defendant's Motion for Summary Judgment be denied.

Respectfully Submitted,

__/S/ Stephen B. Potter__
STEPHEN B. POTTER, ESQ. (ID# 298)
840 North Union Street
Wilmington, DE 19805
(302) 658-8940
Dated: September 2, 2005     (302) 654-8377 (fax)

/S/ Stanley B. Gruber
STANLEY B. GRUBER, ESQ.
FREEDMAN & LORRY, P.C.
400 Market Street, Suite 900
Philadelphia, PA 19106
215-925-8400
215-925-7516 (fax)
Attorneys for Plaintiffs John and Nanette Turner

D.I  44
Filed  September 2, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN TURNER | : CIVIL ACTION |
| AND | : |
| NANETTE TURNER | : |
| vs. | : |
| B.V. SHIPPING COMPANY LUZON STRAIT (GRONINGEN) | : NO. 04-0936-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below I caused a copy of Plaintiffs' Response to Defendant's Motion for Summary Judgment, Brief in Opposition, and Appendix to be served by hand delivery, upon counsel for defendant at the addresses listed:

Michael B. McCauley
1223 Foulk Road
Wilmington, DE 19803

Richard Q. Whelan, Esquire
Palmer, Biezup & Henderson, LLP
956 Public Ledger Building
Independence Mall West
620 Chestnut Street
Philadelphia, PA 19106-3409
Attorneys for Defendant

/S/ Stanley B. Gruber
_____
STANLEY B. GRUBER
Freedman & Lorry, P.C.
400 Market Street
Suite 900
Philadelphia, PA 19106

Dated: September 2, 2005