IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN TURNER | : | CIVIL ACTION |
| | : | |
| AND | : | |
| | : | |
| NANETTE TURNER | : | |
| vs. | : | |
| | : | |
| B.V. SHIPPING COMPANY | : | |
| LUZON STRAIT (GRONINGEN) | : | NO. 04-0936-JJF |

**ORDER**

**AND NOW**, the      day of           , 2005 upon consideration of the Motion for Summary Judgment of defendant B.V. Shipping Company Luzon Strait (GRONINGEN) and plaintiffs' Response thereto,

It is hereby ORDERED that said Motion is **DENIED**.

**SO ORDERED:**

_____
J.