IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN TURNER | : CIVIL ACTION |
| AND | : |
| NANETTE TURNER | : |
| vs. | : |
| B.V. SHIPPING COMPANY | : |
| LUZON STRAIT (GRONINGEN) | : NO. 04-0936-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below I caused a copy of Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment to be served by hand delivery, upon counsel for defendant at the addresses listed:

>Michael B. McCauley
>1223 Foulk Road
>Wilmington, DE 19803

>Richard Q. Whelan, Esquire
>Palmer, Biezup & Henderson, LLP
>956 Public Ledger Building
>Independence Mall West
>620 Chestnut Street
>Philadelphia, PA 19106-3409
>Attorneys for Defendant

>/S/_____
>STANLEY B. GRUBER
>Freedman & Lorry, P.C.
>400 Market Street
>Suite 900
>Philadelphia, PA 19106

Dated: September 2, 2005