IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN TURNER, and                    :
                                    :
NANETTE TURNER                      :     CIVIL ACTION
                                    :
v.                                  :     No. 04-0936 JJF
                                    :
B.V. SHIPPING COMPANY               :
LUZON STRAIT (GRONINGEN)            :

**NOTICE OF PAPER FILING**

                    /S/ Stephen B. Potter
                    Stephen B. Potter, Esq. (#298)
                    Potter, Carmine & Aaronson, P.A.
                    840 N. Union Street
                    P.O. Box 524
                    Wilmington, DE  19899
                    (302) 658-8940
                    (302) 654-8377 (Fax)

Date: September 2, 2005

                    /S/ Stanley B. Gruber
                    Stanley B. Gruber, Esq.
                    Freedman and Lorry, P.C.
                    400 Market Street, Ste. 900
                    Philadelphia, PA  19106
                    (215) 931-2510
                    (215) 925-7516 (Fax)
                    Attorneys for Nanette and
                    John Turner