UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JOHN TURNER, et al. :
:
v. : CIVIL ACTION NO. 04-936-JJF
:
B.V. SHIPPING COMPANY :
LUZON STRAIT (GRONINGEN) :

## STIPULATION

It is hereby stipulated and agreed by and between the parties to the captioned action that the time for the defendant to file its Reply Brief in response to plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment shall be extended by three (3) days until September 15, 2005.

_____
Stephen B. Potter
Potter Carmine Leonard & Aaronson P.A.
840 N. Union Street
Wilmington, DE 19899

_____
Stanley B. Gruber
Freedman & Lorry, P.C.
400 Market Street
Suite 900
Philadelphia, PA 19106

Attorneys for Plaintiffs John
and Nannette Turner

_____
Michael B. McCauley
Palmer Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803

_____
Richard Q. Whelan
Palmer Biezup & Henderson
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA 19106

Attorneys for Defendant B.V. Shipping
Company LUZON STRAIT (Groningen)

SO ORDERED,

_____
                J.

PBH: 178129.1