EXHIBIT
P-53

# OFFICIAL
# INTEGRATED LOG

No. 04/2002

Ship _____ M/V LUZON STRAIT _____

Log Book commencing: 01 NOVEMBER 2002  Ending: 30 NOVEMBER 2002

9936 HX DELFZIJL, Zeesluizen 8
Tel. (0596) 635252
Fax (0596) 615245
E-mail: delfzijl@datema.nl



## DATEMA
*Specialists in nautical safety*

3029 AD ROTTERDAM, Galvanistraat 148
Tel. (010) 4366188
Fax (010) 4365511
E-mail: rotterdam@datema.nl

"Date Mate" No. IL 9121
© copyright

0111



EXHIBIT
23
DEFENDANT

# OFFICIAL LOG

| | | |
|---|---|---|
| SHIP'S NAME | : MS / SS | LUZON STRAIT |
| COVERING THE PERIOD FROM: | 01 NOVEMBER | till 30 NOVEMBER year 2002 |
| INTERNATIONAL CALL SIGN | : | PBHT |
| PORT OF REGISTRY | : | GRONINGEN |

| MASTER | : | MOBACH | from 30 Aug | till |
|---|---|---|---|---|
| | | | from | till |
| | | | from | till |
| | | | from | till |
| | | | from | till |

| CHIEF ENGINEER | : | BELZEN | from 26 Oct | till |
|---|---|---|---|---|
| | | | from | till |
| | | | from | till |
| | | | from | till |
| | | | from | till |

PERSON DESIGNATED TO HANDLE EMERGENCY
AND SAFETY TRAFFIC : MOBACH from ___ till ___
from ___ till ___
from ___ till ___
from ___ till ___
from ___ till ___

This integrated Log contains 11 pages of various records, numbered I - XI

Page    I    - Log book records        Page  VI    - Ship's articles
"     II    - Index of Log entries       "   VII   - Lifeboat exercises
"    III   - Idem                "  VIII  - Draft arrival, departure
"    IV   - Idem                "   IX   - Idem
"    V    - Idem                "   XI   - Idem

1A, 1B, 1C, 1D, - 31A, B, C, D, numbered daily pages, A Sea log, B Sea log,
C Radio log, D Compass log, Chronometer log, Engine room log book.
1 extra daily page A,B, C, D; to be used when passing date line.

37 pages Harbour log and or supplement to a log page, numbered 32 - 68.

Numbering pages
Verified by:

Initials

_____

DATEMA DELFZIJL BV
Zeesluizen 8
9936 HX Delfzijl
Tel. 0596 63 52 52
Fax 0596 61 52 45

"Date Mate" No. IL 9121

| SHIP'S PORT-LOG | DELAWARE, U.S.A., M.S. I-SS. | m.v. "Luzon Strait" |
|---|---|---|

| TIME | SPECIAL OCCURRENCES, REMARKS, ETC.   06 NOVEMBER '02 |
|---|---|
| 0500 | STOP COOLING 1A, 3B & 4B |
| 0700 | OPEN HOLD 1A, 3B & 4B |
| 0800 | STEV. ONBOARD 3 GANGS |
| 0812 | COMMENCE DISCH. 1A PRE SLING |
| 0821 | COMMENCE DISCH. 4B |
| 0830 | COMMENCE DISCH. 3B |
| 0954 | START DISCH. BY CAGE 1A |
| 1047 | STOP COOLING 2C AND OPEN |
| 1150 | STOP DISCH. 1A, 3B & 4B, STEV. LUNCH BREAK |
| 1250 | RESUMED DISCH. 1A, 3B & 4B |
| 1335 | COMPLETED DISCH. 4B |
| 1340 | STOP COOLING 4C |
| 1350 | OPEN HOLD 4C |
| 1400 | COMMENCE DISCH. 4C |
| 1510 | COMPLETED DISCH. 3B & STOP COOLING 3C |
| 1525 | COMPLETED DISCH. 1A |
| 1530 | OPEN 3C & STOP COOLING 1B |
| 1538 | OPEN 1B |
| 1540 | · COMMENCE DISCH. 3C |
| 1555 | COMMENCE DISCH. 1B |
| 1745 | STOP DISCH. 4C |
| 1750 | STIP DISCH. 1B & 3C |
| 1800 | STEV. KNOCK OFF |
| 1802 | CLOSED HOLD 1B, 4C & 2C |
| 1805 | CLOSED HOLD 3C |
| 1815 | START COOLING 1B, 2C, 3C & 4C |

Port and date shall be entered the log. The log shall be duly signed by both the Master and the Keeper of the log.

SHIP'S PORT-LOG _DELAWARE , U.S.A._ M.S. / S.S. _m.v. "Luzon Strait"_

| TIME | SPECIAL OCCURRENCES, REMARKS, ETC.   07 NOVEMBER '02 |
|------|-------------------------------------------------------|
| 0600 | STOP COOLING AND OPEN HOLD 1B, 2C, 3C & 4C |
| 0700 | STEV. ONBOARD 3 GANG'S |
| 0712 | START DISCH. 3C & 4C |
| 0718 | COMMENCE DISCH. 2C PRE SLING |
| 0730 | START DISCH. CAGE HANDLING 2C |
| 1106 | COMPLETED DISCH. 4C , STOP COOLING 4D |
| 1115 | OPEN HOLD 4D |
| 1125 | COMMENCE DISCH. PRE SLING 4D |
| 1146 | START DISCH. 4D CAGE HANDLING |
| 1150 | STOP DISCH. 4D & 2C , STEV. LUNCH BREAK |
| 1153 | STOP DISCH. 3C , STEV. LUNCH BREAK |
|      | **HATCH NO. 2** |
| 1300 | RESUMED DISCH. 2C |
| 1401 | COMPLETED DISCH. 2C |
| 1405 | STOP COOLING 2D & OPEN |
| 1407 | TAKE OUT THE CAGE |
| 1410 | COMMENCE DISCH. 2D PRE SLING |
| 1415 | COMPLETED DISCH. 2D PRE SLING & STEV. SHIFT TO HATCH. 1B |
| 1420 | CONNECTED THE CAGE TO TROLLEY |
| 1630 | COMMENCE DISCH. 2D BY CAGE |
| 1756 | STOP DISCH. 2D |
| 1806 | START COOLING 2D |
|      | **HATCH NO. 3** |
| 1300 | RESUMED DISCH. 3C |
| 1430 | COMPLETED DISCH. 3C |
| 1435 | STOP COOLING 3D , DISCONNECT THE CAGE FROM TROLLEY |
| 1455 | COMMENCE DISCH. 3D PRE SLING |

Port and date shall be entered the log. The log shall be duly signed by both the Master and the Keeper of the log.

SHIP'S PORT-LOG _____ .M.S / S.S.   **m.v. "Luzon Strait"**

| TIME | SPECIAL OCCURRENCES, REMARKS, ETC. |
|------|-------------------------------------|
| 1525 | 1 PALLET COLLAPSE IN PIER BUT THEIR IS NO DAMAGE. |
| 1600 | COMPLETED DISCH. PRE SLING |
| 1610 | CONNECT THE CAGE TO TROLLEY |
| 1615 | COMMENCE DISCH. BY CAGE HANDLING |
| 1748 | STOP DISCH. 3D |
| 1750 | CLOSED HOLD 3D |
| 1807 | START COOLING 3D |
| | HATCH NO. 4 |
| 1300 | RESUMED DISCH. 4D |
| 1620 | TWO CARTOON'S DAMAGE DURING DISCH. (STEV. HANDLING) |
| 1720 | COMPLETED DISCH. 4D |
| | HATCH NO. 1 |
| 1420 | RESUMED DISCH. 1B |
| 1355 | COMPLETED DISCH. 1B |
| 1600 | STEV. SHIFT TO 2D |

Port and date shall be entered the log. The log shall be duly signed by both the Master and the Keeper of the log.