(1/  )

| BIBLIOGRAPHY | ALTERATION | | | | |
|---|---|---|---|---|---|
| | NO. | DESCRIPTION | REF. NO. | DATE | REMARKS | SIGNED |



| 發圖日期 | | |
|---|---|---|
| OWNER | | |
| A B S | | |
| D N V | | |
| C R | | |
| L R | | |
| B V | | |
| 工務課 | 管理 | |
| | 品保小組 | |
| | 材料中心 | |
| | 營業 | |
| | 採購 | |
| 造船 | 生管課 | |
| | 內業工場 | |
| | 外業工場 | |
| | 塗裝工場 | |
| | 義裝工場 | |
| | 機電工場 | |
| 修船組 | 業務課 | |
| | 修船工場 | |
| | 船渠工場 | |
| 設計課 | 船體 | |
| | 艤裝 | |
| | 輪機 | |
| | 電機 | |
| 合計 | | |



EXHIBIT 24 DEFENDANT

FINISHED PLAN

| DIRECTOR | 核圖專用 C.H.CHEN | **LUZON STRAIT** 626,000 CUFT REEFER SHIP | B.V. Shipping Company Luzon Strait |
|---|---|---|---|
| DEPUTY DIRECTOR | | | |
| MANAGER | H.J.Cho__ | TRAFFIC ARR'T & PRACTICE IN C/H & TANK (INCL. AWWF LADDER) | CLASS BV |
| ENG'R IN CHARGE | Ym, Wang | | |
| CHECKED BY | C.M.Wang | | HNO.730 |
| DRAWN BY | S.J. Chen | | |
| DATE | JUN.14, 2002 | | DWG NO. K2731404 |



中國造船股份有限公司
CHINA SHIPBUILDING CORPORATION

F-19

3RD DECK (2B Level)

Fwd →

Aft ←

(Forward) ACCESS ON 2B level

