UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN TURNER, et al. : | |
| v. : | CIVIL ACTION NO. 04-936-JJF |
| B.V. SHIPPING COMPANY : | |
| LUZON STRAIT (GRONINGEN) : | |

### CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2005, I electronically filed Defendant's Reply Brief in Support of Defendant's Motion for Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Stephen B. Potter, Esq.
Potter Carmine Leonard & Aaronson, P.A.
840 North Union Street
P.O. Box 514
Wilmington, DE 19899
spotter@pcllaw.com

I further certify that on September 15, 2005, the above documents were delivered by overnight courier to:

Stanley B. Gruber, Esq.
Freedman & Lorry, PC
400 Market Street
Suite 900
Philadelphia, PA 19106

PALMER BIEZUP & HENDERSON LLP

Date: Septemebr 15, 2005      By: /s/ Michael B. McCauley
　　　　　　　　　　　　　　　　Michael B. McCauley (ID 2416)
　　　　　　　　　　　　　　　　1223 Foulk Road
　　　　　　　　　　　　　　　　Wilmington, DE 19803
　　　　　　　　　　　　　　　　(302) 594-0895
　　　　　　　　　　　　　　　　(302) 478-7625 (fax)
　　　　　　　　　　　　　　　　mccauley@pbh.com

PBH: 178329.1