# PALMER BIEZUP & HENDERSON LLP

COUNSELORS AT LAW



| PENNSYLVANIA | 1223 FOULK ROAD | NEW YORK |
| --- | --- | --- |
| 620 CHESTNUT STREET, SUITE 956 | WILMINGTON, DELAWARE 19803 | 140 BROADWAY, 46TH FLOOR PMB 46030 |
| PHILADELPHIA, PENNSYLVANIA 191063409 | | NEW YORK, NEW YORK 10005 |
| 215 625 9900 | 302 594 0895 • 302 478 7443 | 212 406 1855 |
| FAX: 215 625 0185 | FAX: 302 478 7625 | FAX: 212 858 7651 |
| | pbh@pbh.com | |
| MARYLAND | | NEW JERSEY |
| 222 PRINCE GEORGE STREET, SUITE 102 | | 200 NORTH FIFTH STREET |
| ANNAPOLIS, MARYLAND 21401 | | CAMDEN, NEW JERSEY 08102-1204 |
| 410 267 0010 | | 856 428 7717 |
| FAX: 410 267 0020 | | FAX: 856 338 1008 |

MICHAEL B. MCCAULEY
PARTNER
mccauley@pbh.com

October 6, 2005

The Honorable Joseph J. Farnan, Jr.                              <u>Via Federal Express</u>
United States District Court
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

    Re:    *John Turner et al v. B.V. Shipping Company LUZON STRAIT (Groningen)*
           Civil Action No. 04-cv-0936 (JJF)
           <u>Our File No. 7962-056</u>

Dear Judge Farnan:

    We represent defendant B.V. Shipping Company LUZON STRAIT (Groningen) but are writing to Your Honor on behalf of both parties to jointly apply to the Court for oral argument on the pending Motion for Summary Judgment. Please accept our apologies for this late request. In speaking with Your Honor's Chambers we were advised that we should present this request via letter as all of the motion papers have been filed with the Clerk. We confirm that plaintiffs' counsel has authorized us to submit this letter as a joint request for oral argument.

                                  Respectfully submitted,

                                    PALMER BIEZUP & HENDERSON LLP

                                  By: /s/ Michael B. McCauley
                                       Michael B. McCauley

cc:    Stephen B. Potter, Esq.
        Stanley B. Gruber, Esq.

PBH: 178740.1