IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN TURNER,                          :
                                      :
    Plaintiff,                        :
                                      :
v.                                    : Civil Action No. 04-936-JJF
                                      :
SEATRADE GRONINGEN B.V.,              :
                                      :
    Defendant.                        :

### O R D E R

WHEREAS, due to a scheduling conflict, the time set for the November 3, 2005 Pretrial Conference will be changed;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on Thursday, November 3, 2005 **at 12:30 p.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

October 26, 2005                      /s/ Joseph J. Farnan
    DATE                              UNITED STATES DISTRICT JUDGE