## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the within Defendant's Voir Dire and Defendant's Proposed Jury Questionnaire were served on the below-listed counsel by first-class mail, postage prepaid, on the date appearing below:

Stephen B. Potter, Esquire
Potter Carmine Leonard Aaronson, P.A.
840 N. Union Street
P.O. Box 514
Wilmington, DE 19899

Stanley B. Gruber, Esquire
Freedman and Lorry, P.C.
400 Market Street
Suit 900
Philadelphia, PA 19106-2509

Counsel for Plaintiffs

**PALMER BIEZUP & HENDERSON** LLP

By: /s/ Michael B. McCauley
Michael B. McCauley

Dated: October 28, 2005

PBH: 179263.1