UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN TURNER, et al | : |
| | : CIVIL ACTION |
| | : |
| v. | : NO. 04-cv-0936 (JJF) |
| | : |
| | : |
| B.V. SHIPPING COMPANY LUZON STRAIT (GRONINGEN) | : |
| | : |

**DEFENDANT'S PROPOSED JURY QUESTIONNAIRE**

**Directions:** Your answer to each question must be unanimously decided by the jury. Please follow the directions as stated.

**QUESTION NO. 1 :**   Was plaintiff John Turner's alleged accident caused solely by the negligence of the stevedore employer, Delaware River Stevedores, Inc., the negligence of plaintiff John Turner or the negligence of any of plaintiff's fellow Delaware River Stevedores, Inc. employees?

ANSWER : Yes _____   No_____

If you answered Question No. 1 with a "Yes" do not answer any further questions.

**QUESTION NO. 2 :**   Did the Defendant B.V. Shipping Company Luzon Strait (Groningen), owner of the M/V LUZON STRAIT, negligently breach the turnover duty?

ANSWER : Yes _____   No_____

If you answered Question No. 2 with a "Yes" proceed to Question No. 3. If you answered Question No. 2 with a "No" do not answer any further questions.

PBH: 179264.1

**QUESTION NO. 3 :**   Was the breach of the turnover duty by Defendant B.V. Shipping Company Luzon Strait (Groningen), owner of the M/V LUZON STRAIT, a legal cause of any injury to plaintiffs?

ANSWER :   Yes:_____   No_____

If you answered Question No. 3 with a "Yes" proceed to Question No. 4. If you answered Question No. 3 with a "No" do not answer any further questions.

**QUESTION NO. 4 :**   Was plaintiff John Turner guilty of some contributory negligence?

ANSWER :   Yes:_____   No_____

If you answered Question No. 4 with a "No" do not answer Question No. 5 and go to Question No. 6; but if your answer to Question No. 4 is "Yes" then answer Question No. 5.

**QUESTION NO. 5 :**   What degree (stated as a percentage) did John Turner's own negligence play in causing his injuries?

ANSWER :   _____%

Go on to Question No. 6.

**QUESTION NO. 6 :**   What amount do you find will fairly and adequately compensate the plaintiffs for the injuries that they sustained? (do not make a deduction based on any percentage of negligence attributed to John Turner here).

ANSWER : $ _____

        Respectfully submitted,

        PALMER BIEZUP & HENDERSON LLP

        By:   /s/ Michael B. McCauley
                Michael B. McCauley, Esq. (ID # 2416)
                Attorneys for Defendant,
                B.V. Shipping Company Luzon Strait (Groningen)
                1223 Foulk Road
                Wilmington, DE 19803
                (302) 594-0895

Of Counsel:
Richard Q. Whelan, Esq.
Palmer Biezup & Henderson LLP
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA 19106-3409

                Dated: October 28, 2005

PBH: 179264.1

3