IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN TURNER | : CIVIL ACTION |
| AND | : |
| NANETTE TURNER | : |
| vs. | : |
| B.V. SHIPPING COMPANY LUZON STRAIT (GRONINGEN) | : NO. 04-0936-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below I caused a copy of Plaintiffs' Requested Voir Dire Questions to be served by hand delivery, upon counsel for defendant at the addresses listed:

       Michael B. McCauley
       1223 Foulk Road
       Wilmington, DE 19803

       Richard Q. Whelan, Esquire
       Palmer, Biezup & Henderson, LLP
       956 Public Ledger Building
       Independence Mall West
       620 Chestnut Street
       Philadelphia, PA 19106-3409
       Attorneys for Defendant

       /S/ Stephen B. Potter
       STEPHEN B. POTTER, ESQUIRE(ID#298)
       Potter, Carmine, Leonard, & Aaronsen
       840 N. Union Street
       Wilmington, DE 19805
       (302)658-8940

Dated: October 31, 2005       (302)654-8377

       /S/ Stanley B. Gruber
       STANLEY B. GRUBER

FREEDMAN & LORRY, P.C.
400 Market Street, Suite 900
Philadelphia, PA 19106