IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN TURNER | : CIVIL ACTION |
| AND | : |
| NANETTE TURNER | : |
| vs. | : |
| B.V. SHIPPING COMPANY<br>LUZON STRAIT (GRONINGEN) | : NO. 04-0936-JJF |

### CERTIFICATE OF SERVICE

I hereby certify that on the date listed below I caused a copy of Plaintiffs' Special Verdict Form to be served by hand delivery, upon counsel for defendant at the addresses listed:

        Michael B. McCauley
        1223 Foulk Road
        Wilmington, DE 19803

        Richard Q. Whelan, Esquire
        Palmer, Biezup & Henderson, LLP
        956 Public Ledger Building
        Independence Mall West
        620 Chestnut Street
        Philadelphia, PA 19106-3409
        Attorneys for Defendant


        /S/ Stephen B. Potter
        STEPHEN B. POTTER, ESQUIRE(ID#298)
        Potter, Carmine, Leonard, & Aaronsen
        840 N. Union Street
        Wilmington, DE 19805
        (302)658-8940
Dated: October 31, 2005        (302)654-8377


        /S/ Stanley B. Gruber
        STANLEY B. GRUBER

FREEDMAN & LORRY, P.C.
400 Market Street, Suite 900
Philadelphia, PA 19106