IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN TURNER and NANNETTE : 
TURNER, :
 :
    Plaintiffs, :
 :
v. : Civil Action No. 04-936-JJF
 :
B.V. SHIPPING COMPANY LUZON :
STRAIT (GRONINGEN) :
 :
    Defendant. :

### MEMORANDUM ORDER

WHEREAS, the Court held a pre-trial conference on November 3, 2005, during which the parties requested the Court to postpone the trial so as to allow the parties to pursue settlement negotiations;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Trial scheduled for November 28, 2005 is **CANCELLED**.

2. The parties shall submit a status letter by **Friday, January 27, 2006.**

3. In the event this matter cannot be settled, trial shall be scheduled for either the week of April 3, 2006 or the week of May 15, 2006. The parties shall inform the Court in writing of their preference for a trial date.

11/3/05
Date

_____
UNITED STATES DISTRICT JUDGE