# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-936-JJF |
| | : | |
| SEATRADE GRONINGEN B.V., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **30th** day of **November, 2005**,

IT IS ORDERED that a continued mediation conference has been scheduled for **Tuesday, January 17, 2006** beginning at **10:30 a.m.** There shall be no further submissions of the parties, unless counsel/parties wish to provide additional information regarding their approach to settlement. Such supplements to the original mediation statements shall be limited to no more than **three (3) pages, double-spaced, 12 pt. font** and shall be due on or before **Tuesday, January 10, 2006.** Counsel shall notify the compensation carrier of the mediation and provide a copy of this Order to its representative. A representative from the compensation carrier shall attend the mediation and shall have the authority to negotiate a resolution of the lien. All other provisions of the Court's November 4, 2004 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE