## PALMER BIEZUP & HENDERSON LLP

COUNSELORS AT LAW

| PENNSYLVANIA | 1223 FOULK ROAD | NEW YORK |
| --- | --- | --- |
| 620 CHESTNUT STREET, SUITE 956 | WILMINGTON, DELAWARE 19803 | 140 BROADWAY, 46TH FLOOR PMB 46030 |
| PHILADELPHIA, PENNSYLVANIA 191063409 |  | NEW YORK, NEW YORK 10005 |
| 215 625 9900 | 302 594 0895 • 302 478 7443 | 212 406 1855 |
| FAX: 215 625 0185 | FAX: 302 478 7625 | FAX: 212 858 7651 |
|  | pbh@pbh.com |  |
| MARYLAND |  | NEW JERSEY |
| 222 PRINCE GEORGE STREET, SUITE 102 |  | 200 NORTH FIFTH STREET |
| ANNAPOLIS, MARYLAND 21401 |  | CAMDEN, NEW JERSEY 08102-1204 |
| 410 267 0010 |  | 856 428 7717 |
| FAX: 410 267 0020 |  | FAX: 856 338 1008 |

MICHAEL B. MCCAULEY
PARTNER
mccauley@pbh.com

January 27, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

   Re: ***John Turner et al v. B.V. Shipping Company LUZON STRAIT (Groningen)***
      **Civil Action No. 04-cv-0936 (JJF)**
      <u>**Our File No. 7962-056**</u>

Dear Judge Farnan:

  We are writing on behalf of the parties to the captioned action to report on the status of this matter pursuant to the Court's Order of November 3, 2005.

  The parties attended a mediation session before Magistrate Judge Thynge on January 17, 2006 and are waiting for confirmation from the compensation underwriter for the plaintiff's employer for the completion of a settlement which involves a contribution by the compensation underwriter. The parties shall provide a further report once the mediation process is finalized.

        Respectfully submitted,

        **PALMER BIEZUP & HENDERSON** LLP

        By: */s/ Michael B. McCauley*
           Michael B. McCauley

cc: Stephen B. Potter, Esq.
   Stanley B. Gruber, Esq.

PBH: 180985.1