UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JOHN TURNER, et al.

v.

B.V. SHIPPING COMPANY
LUZON STRAIT (GRONINGEN)

CIVIL ACTION NO. 04-936-JJF

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the parties to the captioned action that the captioned lawsuit is hereby DISMISSED WITH PREJUDICE pursuant to a confidential settlement agreement between the parties.

_____
Stephen B. Potter
Potter Carmine Leonard & Aaronson P.A.
840 N. Union Street
Wilmington, DE 19899

_____
Stanley B. Gruber
Freedman & Lorry, P.C.
400 Market Street
Suite 900
Philadelphia, PA 19106

Attorneys for Plaintiffs John
and Nannette Turner

_____
Michael B. McCauley
Palmer Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803

_____
Richard Q. Whelan
Palmer Biezup & Henderson
956 Public Ledger Building
620 Chestnut Street
Philadelphia, PA 19106

Attorneys for Defendant B.V. Shipping
Company LUZON STRAIT (Groningen)

SO ORDERED,

_____
J.

PBH: 181218.1